UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on
behalf of themselves and a similarly situated         Hon. Patrick J. Duggan
class,
                                                      Case No. 04-70592
                Plaintiffs,

v.                                                    **Class Action**

CNH GLOBAL N.V., formerly known as
Case Corporation, and CNH AMERICA LLC,

                Defendants.
_____/

| | |
|---|---|
| Samuel C. McKnight (P23096) | Norman C. Ankers (P30533) |
| Roger J. McClow (P27170) | HONIGMAN MILLER |
| KLIMIST, McKNIGHT, SALE, | SCHWARTZ AND COHN LLP |
| McCLOW & CANZANO, P.C. | Attorneys for Defendant CNH America LLC |
| Attorneys for Plaintiffs Reese, et al. | 2290 First National Building |
| 400 Galleria Officentre, Suite 117 | 660 Woodward Avenue |
| Southfield, MI  48034 | Detroit, MI 48226 |
| (248) 354-9650 | (313) 465-7000 |
| | |
| | Bobby R. Burchfield, Esq. |
| | Douglas G. Edelschick, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendant CNH America LLC |
| | 600 Thirteenth Street, N.W. |
| | Washington, D.C.  20005 |
| | (202) 756-8000 |

_____/

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR STAY

Class Plaintiffs filed a Motion To Stay Proceedings pending the Supreme Court's consideration of the Petitions for Writ of Mandamus filed in *Yolton v El Paso Tennessee Pipeline and CNH America LLC*. For the reasons stated on the record on August 16, 2006:

IT IS ORDERED that Plaintiffs' motion is granted.

IT IS FURTHER ORDERED that this matter, other than any residual matters relating to discovery, is stayed until the further Order of this Court.

IT IS FURTHER ORDERED that the parties immediately inform the Court of the Supreme Court's disposition of the Petitions for Writ of Certiorari.

Dated:_August 21, 2006_____s/PATRICK J. DUGGAN_____
                                                                U.S. DISTRICT COURT JUDGE

C:\Documents and Settings\Orem\Local Settings\Temp\notes6030C8\revised proposed order granting motion for stay.wpd