# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, GEORGE NOWLIN, and RONALD HITT, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CNH GLOBAL N.V. and CNH AMERICA LLC, <br><br>　　　　Defendants. | Case No. 2:04CV70592 <br><br> Hon. Patrick J. Duggan, U.S.D.J. <br><br> Hon. Steven D. Pepe, U.S. Mag. J. |

## STIPULATED ORDER STAYING EXECUTION OF ORDER
## GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES PENDING APPEAL

The parties hereby stipulate that:

1.　On June 20, 2008, the Court granted Plaintiffs' motion for attorney fees. (R. 242.)

2.　On July 3, 2008, Defendants appealed the Court's order to the United States Court of Appeals for the Sixth Circuit. (R. 243.)

1

3. In consideration of the attached supersedeas bond, the Court shall stay execution of its order granting Plaintiffs' motion for attorney fees throughout Defendants' appeal of the order.

4. This stipulation having been e-filed, the original of the bond shall be kept and preserved by defendants' counsel.

Dated: July 3, 2008                                    Respectfully submitted,

s/ with consent of Roger J. McClow                     s/Norman C. Ankers
Klimist, McKnight, Sale, McClow & Canzano              Honigman Miller Schwartz and Cohn LLP
400 Galleria Officentre, Suite 117                     2290 First National Building
Southfield, Michigan 48034-8460                        660 Woodward Avenue
Telephone: 248.354.9650                                Detroit, Michigan 48226
Facsimile: 248.354.9656                                Telephone: 313.465.7306
rmcclow@kmsmc.com                                      Facsimile: 313.465.7307
(P27170)                                               nankers@honigman.com
                                                       (P30533)

                                                       Bobby R. Burchfield (bburchfield@mwe.com)
                                                       Jason A. Levine (jlevine@mwe.com)
                                                       McDermott Will & Emery LLP
                                                       600 13th Street N.W.
                                                       Washington, D.C.  20005
                                                       Telephone: 202.756.8000
                                                       Facsimile: 202.756.8087

*Attorney for Plaintiffs*                              *Attorneys for Defendants*

It is so ordered.

Dated: July 3, 2008                                    s/PATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

DETROIT.3195538.1