UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, GEORGE NOWLIN and RONALD HITT, on behalf of themselves and a similarly situated class,

Plaintiffs,

v.

CNH GLOBAL N.V., formerly known as Case Corporation, and CNH AMERICA LLC,

Defendants.

Hon. Patrick J. Duggan

Case No. 04-70592

**Class Action**

_______________________________________/

**EXHIBIT 1**

**TO**

**PLAINTIFFS' SECOND MOTION FOR ATTORNEY FEES**

**AFFIDAVIT OF ROGER J. McCLOW**
**May 24, 2011**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, GEORGE NOWLIN and RONALD HITT, on behalf of themselves and a similarly situated class,

Plaintiffs,

v.

CNH GLOBAL N.V., formerly known as Case Corporation, and CNH AMERICA LLC,

Defendants.

Hon. Patrick J. Duggan

Case No. 04-70592

**Class Action**

______________________________________/

Roger J. McClow (P27170)
KLIMIST, McKNIGHT, SALE, McCLOW & CANZANO, P.C.
Attorneys for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650

Norman C. Ankers (P30533)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000

Bobby R. Burchfield, Esq.
McDERMOTT WILL & EMERY
Attorneys for Defendants
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

______________________________________/

**AFFIDAVIT OF ROGER J. McCLOW IN SUPPORT OF MOTION FOR ATTORNEY FEES**

STATE OF MICHIGAN )
)ss
COUNTY OF OAKLAND )

Roger J. McClow, being first duly sworn, states as follows:

1. I am Of Counsel to the law firm of Klimist, McKnight, Sale, McClow & Canzano, P.C., in Southfield, Michigan. I have been associated with the Firm since 1981 and, from 1983 through 2008, I was a partner.

2. I graduated magna cum laude from Wayne State University Law School in Detroit, Michigan in 1976. I have been a member of the Michigan State Bar since May of 1977. I have extensive trial and appellate experience before Michigan courts, federal courts and the National Labor Relations Board. I am admitted to practice before the Fourth, Sixth and Eighth Circuit Courts of Appeals and the United States Supreme Court. I have practiced in federal district courts in Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, New Jersey (bankruptcy), New York, Ohio, Oklahoma, Pennsylvania, Texas, Virginia and Wisconsin. I am rated AV by Martindale Hubbell and have been listed in Who's Who in American Law since 1994 and in Who's Who in America since 1998.

3. My practice consists primarily of labor law litigation representing unions and employees in the state and federal courts, before administrative agencies and in arbitrations. My practice focuses on federal court litigation.

4. I have been a speaker on labor law topics before the American Bar Association, Michigan's Institute of Continuing Legal Education and the State Bar of Michigan. I am the author of *Labor Law and Unemployment Compensation*, Wayne Law Review, Vol. 35, No. 2 (Winter 1989).

5. I have litigated several complex state and federal court cases involving multiple parties and tens of millions of dollars. I was one of the trial attorneys in the successful age

discrimination action arising out of the closing of NL Industries' Doehler-Jarvis plant in Grand Rapids, Michigan.  *See Adama v. Doehler-Jarvis*, 115 Mich. App. 82 (1982), *rev'd* 419 Mich. 905 (1984), *on rem.*  144 Mich. App. 764 (1985), *rem.* 424 Mich. 705 (1986).

6.     I represented retirees in enforcing the judgment in the seminal retiree insurance case of *UAW v. Yardman*, 716 F.2d 1476 (6th Cir. 1983).  I handled the class action litigation for plaintiffs in the retiree insurance case of *UAW v. Ross Valve* in the Eastern District of Michigan in 1984.  I represented retirees of Echlin Inc.'s Owosso plant in a class action retiree health insurance lawsuit, *UAW Local 836 v. Echlin, Inc.*, 670 F. Supp. 697 (E.D. Mich. 1986), which involved approximately 90 retirees.

7.     I was Class Counsel in two related retiree health care cases, *Haggerty v. NL Industries*, No. 87-1292 (W.D.N.Y.) and *Farley v. UAW and Paolucci*, No. 90-6195 (E.D. Pa.), in which NL and Farley separately sought declaratory judgments that they were not required to provide lifetime medical benefits for retirees. Those cases were settled in 1992. NL agreed to pay approximately $2.5 million, or 75% of accrued out of pocket medical claims.  NL and Farley both agreed to provide a modified lifetime medical plan for retirees.  The combined estimated present value of those plans was in excess of $80 million.  As part of the settlement, Farley placed approximately $100 million worth of its major asset, Fruit of the Loom stock, in escrow to guarantee payment of benefits it agreed to provide.

8.     I was Class Counsel in the salaried retiree health care benefits case, *Colby v. Massey-Ferguson*, 94-71698-DT (E.D. Mich.), which was settled in 1997.  In the settlement, Lucas Varity (the successor to Massey-Ferguson, now owned by TRW) agreed to provide lifetime health care benefits to the Class and a Modified Health Care Plan for Pre-1984 Class Members, who comprised a vast majority of the Class.  The Modified Plan was a substantial improvement over the plan Massey-Ferguson had implemented in 1994 which had led to the litigation.  Lucas Varity also paid

$2.35 million into a Common Fund for attorney fees and reimbursement of health care expenses incurred by Pre-1984 Class Members.

9.      I was Class Counsel for retirees and surviving spouses in *Fox v. Massey-Ferguson*, 172 F.R.D. 653 (E.D. Mich. 1995), *affirmed* 91 F.3d 143 (6th Cir. 1996), an hourly retiree health care case.  That case was also settled in 1998 after a trial before Judge Julian Cook.  Under the Settlement Agreement, the Company agreed to provide a health care benefit plan for the lives of retirees and surviving spouses with no premium contribution.  It also agreed to pay 100% of the out of pocket costs the Class Members incurred until the May 31, 1995 preliminary injunction went into effect.

10.     I was Class Counsel for a Class of retirees and surviving spouses in *Golden v. Kelsey-Hayes*, No. 93-CV-40530 (E.D. Mich.), another retiree health care case.  Judge Paul V. Gadola initially issued a preliminary injunction, 845 F. Supp. 410 (E.D. Mich. 1994), *aff'd* 73 F.3d 648 (6th Cir. 1996), and subsequently granted plaintiffs' motion for summary judgment. 954 F. Supp. 1173 (E.D. Mich. 1997).  The parties then entered into a settlement providing for 100% health care coverage for life and for all damages incurred less $250.00 per class member.

11.     I was class counsel in the retiree health care case of *Gilbert v. Doehler-Jarvis, Inc. and Harvard Industries,* Case No. 3:99 CV 7395 (N.D. Ohio), which involved more than 500 retirees and surviving spouses of retirees, from Doehler-Jarvis' facilities in Ohio and Pennsylvania who retired after Farley sold those facilities in 1990.  In *Gilbert*, the court entered summary judgment in favor of the retirees on March 6, 2000, nine days before Doehler-Jarvis intended to terminate the benefits. *Gilbert v. Doehler-Jarvis, Inc.,* 87 F. Supp. 2d 788 (N.D. Ohio 2000).  The court entered its final judgment in favor of the retirees on June 28, 2001.

12.     I am or have been class counsel for in several other retiree health care actions, including *Brock v. Industrial Metal Products*, Case No. Case No. 1:01-405 (W.D. Mich.); *Hunt v.*

*Melling Forging*, Case No. 1:99-914 (W.D. Mich.); *Burcicki v. Newcor Tool, Inc.*, Case No. 02-70230 (E.D. Mich.); *La Forest v. Honeywell International, Inc*., Case No. 03-6248T (W.D.N.Y.); *Vance v. Tenneco Automotive Operating Co.*, Case No. 04-60012 (E.D. Mich.); *Neil v. Raytheon, Inc.*, Case No. 05-2521-B (N.D. Tex.); *Shotwell v. Owens Corning*, Case No. 2:07-13673 (E.D. Mich.); and *Audia v. Newcor, Inc.*, Case. No. 10-10209 (E.D. Mich.). Each of these cases were settled. In all but, *Melling Forging*, the settlement included lifetime health care and prescription drug benefits with no premium contribution and damages. In *Melling Forging*, the settlement provided for damages and additional pension and medical expense payments over a ten year period.

13. I am class counsel in the companion case of *Yolton v. El Paso Tennessee Pipeline Company and CNH America LLC,* Case No. 02-75164, currently pending before this Court. On December 31, 2003, this Court issued an Opinion and Order in *Yolton* granting the plaintiffs' motion for a preliminary injunction. *Yolton v. El Paso Tennessee Pipeline Co.*, 318 F. Supp.2d 455 (E.D. Mich. 2003). That decision was affirmed on January 17, 2006 by the Sixth Circuit, at 435 F.3d 571 (6th Cir. 2006). On March 6, 2008, this Court entered summary judgment in favor of Plaintiffs, *Yolton v. El Paso Tennessee Pipeline Co.,* 2008 WL 624038 (E.D. Mich.).

14. Attached to this Affidavit are two Exhibits showing the legal services provided and expenses incurred in this matter. These Exhibits are true and accurate records of my firm's services and expenditures.

**Exhibit A** is a record of attorney hours from March 4, 2008 through today, May 24, 2011. My time records and the time records of the other attorneys were maintained contemporaneously with the hours worked. I have not included any time Sam McKnight or I spent on the initial attorney fee motion after the revised motion was filed, which includes about 85 hours spent from March 1, 2008 through May 15, 2008 for researching and drafting the revised motion for attorney fees; for reviewing CNH's response to that motion; and for researching and drafting Plaintiffs' reply brief.

Exhibit A includes time beginning in early March 2008 for services performed on the appeal, on remand, on this motion for attorney fees and on other miscellaneous tasks. Of the 877.25 hours shown on my time records, 317.50 hours were spent on the initial appeal; 1.75 have been spent on CNH's current appeal; 499.25 has been spent on matters related to the remand; 41.50 hours has been spent on the current attorney fee motion through today; and 17.25 hours have been spent on miscellaneous matters related to the litigation.

**Exhibit B** is a summary of the litigation expenses incurred through April 30, 2011 with monthly details for photocopying, electronic court documents and electronic legal research costs. The clerical services represent 23 hours related to the December 2010 mass mailing at $20.00 per hour. Receipts for most of the other listed expenses (excluding minor cost items like fax, postage and express mail costs) are attached to Exhibit B.

15. The following are the totals from the attached Exhibits:

| | | | |
|---|---|---|---|
| **A.** | **Attorney Hours** | Roger J. McClow | 877.25 Hrs. |
| | | Samuel C. McKnight | 41.75 Hrs. |
| | | Other Partners-- John Canzano | 6.25 Hrs. |
| | | Associates<br>Patrick Rorai (PJR)<br>Meagan Dolleris (MBD) | 31.00 Hrs. |
| | | **Total Attorney Hours** | **956.25 Hrs.** |
| **C.** | **Litigation Expenses** | | **$ 21,328.73** |

ROGER J. McCLOW

Subscribed and sworn to before
me this 24th day of May 2011

SANDRA J. COWELL, Notary Public
Wayne County, MI (Acting in Oakland)
My Commission Expires: September 30, 2011

P:\RHC Cases\Case Corp\Case - Reese litigation\Pleadings\atty fee affidavit mcclow second motion 110524.wpd

# EXHIBIT A

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| Atty | Date | Description of Services | Hours |
|---|---|---|---|
| RJM | 3/4/2008 | Research, draft and file Notice of Appeal | 1.50 |
| RJM | 3/5/2008 | Draft transcript order statement | 0.50 |
| RJM | 3/6/2008 | Telephone conference with Rogaczewski | 0.25 |
| RJM | 3/7/2008 | Review Rogaczewski email; email Rogaczewski | 0.25 |
| RJM | 3/11/2008 | Review stipulation; telephone conference with Rogaczewski | 0.25 |
| RJM | 3/12/2008 | Draft Sixth Circuit Mediation statement; review CNH Statement of Parties and Issues | 1.00 |
| RJM | 3/13/2008 | Draft transcript order; research and draft bill of costs; review and revise mediation statement | 1.50 |
| RJM | 3/14/2008 | Revise and file transcript order and mediation conference statement; draft bill of costs and prepare supporting documentation | 5.25 |
| RJM | 3/17/2008 | Telephone conference with Burchfield | 0.25 |
| RJM | 3/24/2008 | Telephone conference with Mary Ann Yevons, Sixth Circuit (2) | 1.00 |
| RJM | 3/27/2008 | Telephone conference with Hecker re post-2004 retirees | 0.25 |
| RJM | 3/27/2008 | Review and record dates in Sixth Circuit scheduling letter | 0.25 |
| RJM | 4/4/2008 | Settlement conference call with Levine, Crider and Yevins; telephone conference with Jim Poplawski | 1.75 |
| RJM | 4/9/2008 | Correspondence with Class Representatives re case status and settlement proposal; correspondence with Poplawski | 3.25 |
| RJM | 4/16/2008 | Draft settlement proposal term sheet; email to Saggau re term sheet; review 9/20/2000 letter of understanding re plan modifications | 2.25 |
| RJM | 4/21/2008 | Correspondence with Levine re settlement proposal | 0.25 |
| RJM | 4/29/2008 | Telephone conference with Ron Hitt | 0.25 |
| RJM | 4/30/2008 | Conference call with Mediation Clerk, Jason Levine and Allan Crider | 1.00 |
| RJM | 5/6/2008 | Review CNH appeal brief | 0.50 |
| RJM | 5/19/2008 | Telephone conference with Maryanne Yevons, Sixth Circuit mediator | 0.25 |
| RJM | 5/27/2008 | Review CNH appeal brief; research and draft response | 9.50 |
| RJM | 5/28/2008 | Research and draft appeal brief | 10.25 |
| RJM | 5/29/2008 | Research and draft appeal brief | 2.50 |
| RJM | 5/30/2008 | Research appeal issues | 4.00 |
| RJM | 6/2/2008 | Research and draft appeal brief | 6.50 |
| RJM | 6/3/2008 | Research, draft and revise appeal brief | 9.00 |
| RJM | 6/4/2008 | Telephone conference with Sixth Circuit Clerk; draft motion for extension of time | 1.00 |
| RJM | 6/5/2008 | Draft, review and revise appeal brief | 7.00 |
| RJM | 6/6/2008 | Draft appeal brief | 4.00 |
| RJM | 6/9/2008 | Research, draft and revise appeal brief | 8.00 |
| RJM | 6/10/2008 | Draft and revise appal brief | 8.00 |
| RJM | 6/11/2008 | Draft and revise appeal brief | 12.00 |
| RJM | 6/12/2008 | Draft appeal brief | 12.50 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 6/13/2008 | Organize file | 1.25 |
| RJM | 6/18/2008 | Telephone conference with Sixth Circuit clerk; research references to record | 1.00 |
| RJM | 6/19/2008 | Revise appeal brief and joint appendix | 1.50 |
| RJM | 6/20/2008 | Review order granting motion for attorney fees | 0.50 |
| RJM | 6/23/2008 | Review Sherrick email; email to Sherrick re attorney fee award (two) | 0.50 |
| RJM | 6/27/2008 | Telephone conference with Louise at 6th Circuit re brief | 0.25 |
| RJM | 7/1/2008 | Correspondence with Rogaczewski re appendix | 0.25 |
| RJM | 7/2/2008 | Telephone conference with Rogacweski; review Rogaczewski email; telephone conference with Sherrick | 0.50 |
| RJM | 7/11/2008 | Review correspondence from Sixth Circuit; review order on consolidation of appeal | 0.25 |
| RJM | 7/23/2008 | Draft appearance | 0.25 |
| RJM | 7/27/2008 | Draft Disclosure Statement; review pleadings re attorney fee/ERISA issue; review CNH statement of issues on appeal; draft Designation of Record on appeal | 3.00 |
| RJM | 7/28/2008 | Telephone conference with Louise Schwarber, 6th Circuit Court; revise and file Designation and Disclosure | 0.75 |
| RJM | 8/1/2008 | Telephone conference with Levine; telephone conference with Schwarber re reply brief | 0.25 |
| RJM | 8/11/2008 | Conference call re Mediation with Burchfield, Crider and Yevin | 1.50 |
| RJM | 8/12/2008 | Research re fourth appeal brief | 2.00 |
| RJM | 8/14/2008 | Research re fourth appeal brief | 0.25 |
| RJM | 8/15/2008 | Research and draft reply brief | 5.00 |
| RJM | 8/17/2008 | Research and draft reply brief | 6.00 |
| RJM | 8/18/2008 | Research, draft and revise reply brief | 7.50 |
| RJM | 8/22/2008 | Finalize appeal briefs | 4.00 |
| RJM | 8/25/2008 | Review and finalize appeal briefs | 5.25 |
| RJM | 9/9/2008 | Telephone conference with Saggau re CNH complaint | 0.25 |
| RJM | 9/17/2008 | Prepare settlement proposal re attorney fees; correspondence with Burchfield | 0.50 |
| RJM | 10/21/2008 | Email to Rogaczewski | 0.25 |
| RJM | 11/4/2008 | Telephone conference with Jack Reese | 0.25 |
| RJM | 11/6/2008 | Telephone conference with Mary Ann Yevins at 6th Circuit re settlement discussions | 0.25 |
| RJM | 11/12/2008 | Telephone conference with Burchfield | 0.25 |
| RJM | 11/26/2008 | Telephone conference with Yevins | 0.25 |
| RJM | 12/17/2008 | Review CNH's motion to enlarge time; email to Levine; review Levine email | 0.50 |
| RJM | 12/31/2008 | Research and draft appeal brief | 6.00 |
| RJM | 1/2/2009 | Research, draft and revise appeal brief re attorney fees | 7.75 |
| RJM | 1/4/2009 | Research, draft and revise appeal brief re attorney fees | 6.50 |
| RJM | 1/5/2009 | Research, draft and revise appeal brief re attorney fees | 8.00 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 1/6/2009 | Research, draft and revise appeal brief on attorney fees | 13.00 |
| RJM | 2/5/2009 | Telephone conference with Jerry Sievertsen | 0.25 |
| RJM | 2/24/2009 | Prepare for oral argument; review briefs | 1.00 |
| RJM | 2/25/2009 | Prepare for oral argument; research and review case law | 3.00 |
| RJM | 2/26/2009 | Prepare for oral argument; review case law | 3.00 |
| RJM | 2/27/2009 | Telephone conference with Tom Seymour; prepare for oral argument | 5.00 |
| RJM | 2/28/2009 | Research and prepare for oral argument | 5.75 |
| RJM | 3/1/2009 | Prepare for oral argument | 6.00 |
| RJM | 3/2/2009 | Prepare for oral argument; travel to Cincinnati | 11.00 |
| RJM | 3/3/2009 | Prepare for and attend Sixth Circuit oral argument; travel to Detroit | 15.00 |
| RJM | 3/5/2009 | Telephone conference with Dean Prine | 0.25 |
| RJM | 7/27/2009 | Review Sixth Circuit opinion; telephone conference with Saggau; email Saggau; telephone conference with Renate Klass; telephone conference with Stuart Israel; review record; research re petition for rehearing | 3.75 |
| RJM | 7/28/2009 | Telephone conference with Nancy Schiffer; email to Atwood and Hecker | 0.50 |
| RJM | 7/28/2009 | Research re petition for rehearing | 1.00 |
| RJM | 7/29/2009 | Correspondence with Plaintiffs; research re petition for rehearing | 5.00 |
| RJM | 7/30/2009 | Review decision and trial record | 1.75 |
| RJM | 7/31/2009 | Research re petition for rehearing | 1.00 |
| RJM | 8/3/2009 | Telephone conference with Bobby Burchfield; telephone conference with Saggau; email to Saggau; telephone conference with Tom Seymour; research re Petition for Rehearing to Sixth Circuit | 8.25 |
| RJM | 8/4/2009 | Telephone conference with Sanders; telephone conference with Saggau; research re Petition for Rehearing to Sixth Circuit; review documents | 4.75 |
| RJM | 8/5/2009 | Research and draft Petition for Rehearing to Sixth Circuit | 7.75 |
| RJM | 8/6/2009 | Telephone conference with Jack Reese; research and draft Petition for Rehearing to Sixth Circuit | 9.00 |
| RJM | 8/7/2009 | Draft and revise Petition for Rehearing to Sixth Circuit | 10.00 |
| RJM | 8/9/2009 | Draft, review and revise Petition for Rehearing to Sixth Circuit | 6.25 |
| RJM | 8/10/2009 | Telephone conference with clerk; draft, review and revise Petition for Rehearing to Sixth Circuit | 8.50 |
| RJM | 8/11/2009 | Review Rose v Volvo decision; email Stuart Israel; review Sixth Circuit briefs in Rose re new issue addressed on appeal | 1.00 |
| RJM | 8/13/2009 | Telephone conference with Jeff Vasch | 0.25 |
| RJM | 8/14/2009 | Review and organize file; correspondence with Class Plaintiffs re Petition for Rehearing to Sixth Circuit | 1.50 |
| RJM | 9/17/2009 | Telephone conference with Jack Reese | 0.25 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 9/24/2009 | Review Sixth Circuit decision re Petition for Rehearing | 0.75 |
| RJM | 9/25/2009 | Email Saggau re Petition for Rehearing; review documents re managed care prior to '98 negotiations; review demographics of pre-'98 retirees | 3.75 |
| RJM | 9/28/2009 | Correspondence with Class Representatives re order denying petition for rehearing en banc | 0.25 |
| RJM | 9/29/2009 | Telephone conference with Tom Seymour | 0.50 |
| RJM | 10/19/2009 | Telephone conference with Delores Hanson | 0.25 |
| RJM | 10/22/2009 | Telephone conference with CNH Attorney Burchfield | 0.25 |
| RJM | 10/27/2009 | Review CNH settlement proposal | 0.50 |
| RJM | 11/2/2009 | Review CNH 2005 SPD and documents relating to 2005 negotiations; correspondence to Burchfield re CNH's settlement proposal | 6.00 |
| RJM | 11/6/2009 | Telephone conference with Joe Kiriaki | 0.25 |
| RJM | 11/12/2009 | Telephone conference with Reese | 0.25 |
| RJM | 11/25/2009 | Review Burchfield letter re settlement proposal | 0.50 |
| RJM | 11/30/2009 | Correspondence with Burchfield; correspondence with Class Plaintiffs; correspondence with Saggau | 1.25 |
| RJM | 12/1/2009 | Email to Saggau; review Saggau email | 0.25 |
| RJM | 12/4/2009 | Telephone conference with Jim Cichanofsky | 0.25 |
| RJM | 12/7/2009 | Telephone conference with Saggau; email to Saggau | 0.25 |
| RJM | 12/9/2009 | Telephone conference with Chuck Shanks (2); telephone conference with Jack Reese; telephone conference with Nowlin; correspondence with Burchfield | 2.50 |
| RJM | 12/10/2009 | Review 6th Circuit decision; review Company correspondence; work on response to Company re settlement | 1.75 |
| RJM | 12/15/2009 | Review settlement proposal; work on Reply to CNH | 0.75 |
| RJM | 12/15/2009 | Draft settlement proposal; correspondence with Burchfield | 1.50 |
| RJM | 12/16/2009 | Revise letter to Burchfield re settlement | 0.25 |
| RJM | 12/21/2009 | Research re managed care plans | 1.00 |
| RJM | 12/23/2009 | Correspondence with George Nowlin; correspondence with Class Plaintiffs | 0.75 |
| RJM | 12/29/2009 | Telephone conference with Roger Miller | 0.25 |
| RJM | 1/4/2010 | Research re managed care; draft memo re issues on remand | 1.50 |
| RJM | 1/5/2010 | Telephone conference with James Andrews | 0.25 |
| RJM | 1/19/2010 | Telephone conference with Nickelhoff re Reese decision | 0.50 |
| RJM | 3/2/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 3/4/2010 | Review UAW Motion to Quash; telephone conference with Saggau; review 1995 and 1998 negotiations re managed care issues | 2.25 |
| RJM | 3/5/2010 | Review documents re 1995 negotiations | 0.75 |
| RJM | 3/9/2010 | Review documents re managed care negotiations | 3.25 |
| RJM | 3/10/2010 | Review documents re managed care; review CNH pleadings and Notice of Hearing; review court rules re Reply Brief | 3.75 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 3/15/2010 | Telephone conference with Mike Saggau; review documents re managed care | 0.75 |
| RJM | 3/16/2010 | Review response to Motion for Protective Order | 0.50 |
| RJM | 3/17/2010 | Telephone conference with Rogaczewski | 0.25 |
| RJM | 3/18/2010 | Review Saggau email; email Saggau; telephone conference with Saggau; review Saggau memo re meaning of Reese decision | 1.00 |
| RJM | 3/19/2010 | Telephone conference with Saggau; review Saggau email; review CNH response to Motion for Protective Order; research and draft Reply in Support of Motion for Protective Order | 4.00 |
| RJM | 3/22/2010 | Draft and revise Reply Brief; emails to and from Saggau | 7.75 |
| RJM | 3/24/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 3/25/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 3/26/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 4/13/2010 | Emails with Rogaczewski re hearing | 0.25 |
| RJM | 4/19/2010 | Telephone conference with Hecker (2); conference with Retirees; telephone conference with Saggau; prepare for and attend hearing on Motion for Protective Order | 5.50 |
| RJM | 4/20/2010 | Review Saggau email; email Saggau | 0.25 |
| RJM | 4/23/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 4/27/2010 | Review documents re managed care negotiations | 1.50 |
| RJM | 4/28/2010 | Review documents and Atwoods depositions; draft Atwood Declaration | 3.75 |
| RJM | 4/29/2010 | Review depositions re 1998 negotiations; organize file | 1.00 |
| RJM | 4/30/2010 | Telephone conference with Joe Kiriaki | 0.50 |
| RJM | 5/3/2010 | Review 1990, 1995 and 1998 health care plans and negotiation documents | 3.75 |
| RJM | 5/4/2010 | Telephone conference with Saggau; review Williams deposition; review plan provisions; draft Williams/Reese Declaration; email to Saggau | 4.25 |
| RJM | 5/5/2010 | Review documents; draft Williams/Reese Declaration | 5.00 |
| RJM | 5/6/2010 | Review documents re 1998 negotiations; draft and revise Williams/Reese Declaration | 6.50 |
| RJM | 5/7/2010 | Review documents; summarize documents re Motion for Summary Judgment; draft Williams/Reese Declaration | 5.50 |
| RJM | 5/10/2010 | Review documents re 1995, 1998, 2004-05 and 2010 negotiations | 6.25 |
| RJM | 5/11/2010 | Work on Motion for Summary Judgment; review and summarize documents | 7.00 |
| RJM | 5/12/2010 | Review and summarize documents re managed care; work on Motion for Summary Judgment | 5.25 |
| RJM | 5/13/2010 | Review and summarize documents re 1998 negotiations | 5.75 |
| RJM | 5/14/2010 | Review documents re 1998 negotiations for Motion for Summary Judgment | 6.75 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 5/17/2010 | Review and summarize documents re 1998 negotiations | 2.00 |
| RJM | 5/18/2010 | Review documents re 1998 negotiations | 0.50 |
| RJM | 5/20/2010 | Review letter from Rogaczewski; email to and from Saggau; review depositions re Ag Imp department | 1.00 |
| RJM | 5/25/2010 | Review and summarize documents re 1998 negotiations; prepare Motion for Summary Judgment | 3.25 |
| RJM | 5/28/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 6/2/2010 | Research and draft Motion for Summary Judgment; review and summarize documents relating to 1998 negotiations | 5.00 |
| RJM | 6/3/2010 | Review documents re indemnity plan and East Moline Plant Shutdown Agreement; draft Motion for Summary Judgment | 6.75 |
| RJM | 6/4/2010 | Research and draft Motion for Summary Judgment | 6.25 |
| RJM | 6/7/2010 | Draft Motion for Summary Judgment | 5.75 |
| RJM | 6/8/2010 | Draft and revise Motion for Summary Judgment; telephone conference with Tom Seymour | 4.50 |
| RJM | 6/9/2010 | Organize file; review documents and draft Motion for Summary Judgment; review email from Seymour; email Seymour | 5.75 |
| RJM | 6/10/2010 | Research and draft Motion for Summary Judgment | 6.00 |
| RJM | 6/11/2010 | Review and summarize documents re 1998 negotiations; draft Motion for Summary Judgment | 7.75 |
| RJM | 6/14/2010 | Research and draft Motion for Summary Judgment | 6.50 |
| RJM | 6/15/2010 | Research and draft Brief | 3.00 |
| RJM | 6/16/2010 | Review and summarize documents; draft and revise Motion for Summary Judgment | 6.25 |
| RJM | 6/17/2010 | Draft Motion for Summary Judgment; review and summarize documents | 1.50 |
| RJM | 6/22/2010 | Research and draft Motion for Summary Judgment; review documents | 7.00 |
| RJM | 6/23/2010 | Review documents; summarize documents; draft Motion for Summary Judgment | 6.00 |
| RJM | 6/24/2010 | Draft and revise Motion for Summary Judgment; review documents | 6.75 |
| RJM | 6/25/2010 | Telephone conferences (2) with Jack Reese; review and prepare exhibits for Motion for Summary Judgment | 3.25 |
| RJM | 6/26/2010 | Review documents re exhibits for Motion for Summary Judgment | 2.00 |
| RJM | 6/28/2010 | Review and summarize documents re 1998 negotiations; draft Motion for Summary Judgment; review documents from Reese | 7.75 |
| RJM | 6/29/2010 | Draft and revise Motion for Summary Judgment | 5.00 |
| RJM | 6/30/2010 | Telephone conference with Rogaczewski; telephone conference with Saggau; draft Motion for Summary Judgment | 4.25 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 7/1/2010 | Review CNH's Motion for approval of plan changes; draft Motion for Summary Judgment; telephone conference with Rogaczewski; email Saggau | 7.25 |
| RJM | 7/2/2010 | Draft and revise Motion for Summary Judgment; draft Motion for Summary Judgment re East Moline Shutdown Agreement; email to Saggau re motions | 6.50 |
| RJM | 7/6/2010 | Review Rogaczewski letter; review documents re Motion for Summary Judgment; draft Reese Declaration; revise Williams Declaration | 6.50 |
| RJM | 7/7/2010 | Telephone conference with Jack Reese; review documents re 1998 negotiations; draft Reese Declaration | 6.75 |
| RJM | 7/8/2010 | Review documents; draft and revise Motion for Summary Judgment; draft and revise Reese Declaration | 7.25 |
| RJM | 7/9/2010 | Draft Motion and Reese Declaration; review documents; conference with Jack Reese | 7.50 |
| RJM | 7/11/2010 | Draft and revise Reese Declaration; organize exhibits; revise Motion for Summary Judgment | 3.25 |
| RJM | 7/12/2010 | Telephone conference with Tom Seymour; telephone conferences (2) with Saggau; revise Reese Declaration; organize documents; revise Motion for Summary Judgment | 8.25 |
| RJM | 7/13/2010 | Revise Reese Declaration; revise Motions; orgainize exhibits; email to Saggau; review Saggau email | 9.00 |
| RJM | 7/16/2010 | Draft and revise Motion to Modify; draft Motion to File Second Brief | 9.50 |
| RJM | 7/19/2010 | Telephone conference with Rogaczewski; finalize Motion to File Second Brief; review CNH Motion to Modify; review documents re response | 9.00 |
| RJM | 7/20/2010 | Telephone conference with Saggau; review CNH Motion to Modify and Macey Declaration; research re expert witness declarations; draft response | 5.00 |
| RJM | 7/21/2010 | Revise Stipulated Order; email from and to Rogaczewski; research and draft Response to CNH Motion to Modify | 7.25 |
| RJM | 7/22/2010 | Research and draft Response Brief; conference with Brian Logue; telephone conference with Ceccotti | 8.50 |
| RJM | 7/23/2010 | Telephone conference with Tom Seymour; research and draft Response; conference with Brian Louge | 7.75 |
| RJM | 7/24/2010 | Draft Repsonse to CNH Motion to Modify | 2.75 |
| RJM | 7/25/2010 | Research and draft Response to CNH Motion to Modify | 8.00 |
| RJM | 7/26/2010 | Research, draft and revise Response Brief | 15.25 |
| RJM | 7/28/2010 | Correspondence with Class Representatives re status of case | 1.00 |
| RJM | 8/5/2010 | Draft Reply re Motion for Leave; telephone conference with Rogaczewski | 1.75 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 8/9/2010 | Telephone conference with Nicholson; review CNH's Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment | 0.50 |
| RJM | 8/10/2010 | Review exhibits to CNH Motion for Summary Judgment | 0.50 |
| RJM | 8/16/2010 | Telephone conference with Saggau | 0.25 |
| RJM | 8/23/2010 | Review CNH Brief; research re response; email to Rogaczewski | 1.50 |
| RJM | 8/27/2010 | Research re function of appellate courts | 1.75 |
| RJM | 8/30/2010 | Review CNH Motion for Summary Judgment; research law; draft response | 6.00 |
| RJM | 8/31/2010 | Research and draft Response to Motion for Summary Judgment | 8.00 |
| RJM | 9/1/2010 | Research and draft response and Reply Brief | 8.50 |
| RJM | 9/2/2010 | Draft and revise Brief; email Saggau; telephone conference with Saggau | 14.25 |
| RJM | 9/3/2010 | Review East Moline shutdown agreement; draft and revise Motion for Summary Judgment | 2.50 |
| RJM | 9/7/2010 | Review and revise Motion and Brief re EastMoline shutdown agreement | 4.00 |
| RJM | 9/10/2010 | Review email from Saggau; email Saggau re status | 0.25 |
| RJM | 9/13/2010 | Telephone conference with Tom Seymour | 0.25 |
| RJM | 9/15/2010 | Email to Locals 180 and 807 re status of case | 0.50 |
| RJM | 9/27/2010 | Telephone conference with Joshua Rogaczewski | 0.25 |
| RJM | 9/29/2010 | Email from Rogaczewski re stipulation; review stipulation; email to Rogaczewski | 0.25 |
| RJM | 10/18/2010 | Telephone conference with Rogaczewski (2);review CNH Motion for Summary Judgment and Brief | 1.50 |
| RJM | 10/19/2010 | Draft Reply Brief re East Moline Plant Shutdown agreement | 2.50 |
| RJM | 10/20/2010 | Draft and research Reply Brief | 2.75 |
| RJM | 10/24/2010 | Research re law of the case | 1.75 |
| RJM | 10/25/2010 | Research and Draft Reply in support of Motion for Summary Judgment | 10.00 |
| RJM | 11/19/2010 | Telephone conference with Paul Vieau | 0.25 |
| RJM | 11/29/2010 | Telephone conference with Kevin Wiens | 0.25 |
| RJM | 12/3/2010 | Telephone conference with CNH attorney Rogaczewski | 0.25 |
| RJM | 12/13/2010 | Telephone conference with Tom Seymour | 0.25 |
| RJM | 12/23/2010 | Revise status letter to class members; prepare mailing | 1.25 |
| RJM | 12/27/2010 | Oversee mailing of status letter; organize files | 1.75 |
| RJM | 12/28/2010 | Oversee mailing to class members re status | 0.50 |
| RJM | 12/30/2010 | Telephone conference with Bettie Bonds | 0.25 |
| RJM | 1/3/2011 | Telephone conference with Frank Phillips | 0.25 |
| RJM | 1/4/2011 | Telephone conference with Luke Kozich; telephone conference with Paul View | 0.50 |
| RJM | 1/5/2011 | Review returns from mailing; email to Kevin M and Dick Sanders; telephone conference with Valko | 0.75 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 1/7/2011 | Telephone conference with Frank When | 0.25 |
| RJM | 1/11/2011 | Review returned letters; input information into database | 0.25 |
| RJM | 1/13/2011 | Prepare for hearing | 4.00 |
| RJM | 1/14/2011 | Prepare for oral argument | 3.25 |
| RJM | 1/15/2011 | Prepare for oral argument | 4.00 |
| RJM | 1/16/2011 | Prepare for oral argument | 6.25 |
| RJM | 1/17/2011 | Prepare for oral argument; research; review documents and pleadings; draft oral argument | 6.75 |
| RJM | 1/18/2011 | Telephone conference with Geib; prepare for and attend oral argument on summary judgment motions | 7.75 |
| RJM | 1/19/2011 | Email to Geib | 0.25 |
| RJM | 1/21/2011 | Telephone conference with Paul View | 0.25 |
| RJM | 1/24/2011 | Review CNH's supplemental authorities; telephone conference with Saggau | 0.50 |
| RJM | 1/26/2011 | Draft and revise response to CNH's Notice of Supplemental Authorities; telephone conference with Saggau (2); review Saggau email | 4.50 |
| | 2/3/2011 | Organize files | 1.25 |
| | 2/4/2011 | Review CNH's post hearing reply brief | 0.50 |
| | 2/7/2011 | Research and draft surreply brief | 7.00 |
| | 2/8/2011 | Research and draft surreply brief | 6.00 |
| | 2/23/2011 | Emails to and from Jeff Vasch and Kevin M., Local 180 | 0.50 |
| | 2/24/2011 | Telephone conference with Tom Seymour | 0.25 |
| RJM | 3/3/2011 | Review Judge Duggan's Decision | 0.50 |
| RJM | 3/4/2011 | Review decision; telephone conference with Mike Saggau; telephone conference with Jack Reese; email Reese; review attorney hours since appeal | 1.75 |
| RJM | 3/7/2011 | Telephone conference with Dick Sanders; correspondence with class representatives; email decision to retiree heatlh care attorneys; telephone conference with BNA reporter; research attorney fee issue | 1.75 |
| RJM | 3/8/2011 | Research attorney fees issues | 0.25 |
| RJM | 3/9/2011 | Telephone conference with Jeff Vasch and Kevin M., Local 180 | 0.25 |
| RJM | 3/10/2011 | Research and draft motion for attorney fees; correspondence with Donna Euben of LCC re Reese decision | 7.50 |
| RJM | 3/11/2011 | Draft motion for attorney fees; correspondence with UAW President Bob King and Secretary Treasurer Dennis Williams | 5.25 |
| RJM | 3/14/2011 | Work on motion for attorney fees; draft report on Judge Duggan's decision for Local Unions | 7.50 |
| RJM | 3/15/2011 | Draft and revise Motion for Attorney Fees; draft proposed judgment; email to Rogaczewski (2) | 5.25 |
| RJM | 3/16/2011 | Review pleadings re Final Judgment; email to Rogaczewski | 1.25 |
| RJM | 3/23/2011 | Email Rogaczewski re bond and judgment | 0.25 |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Roger J. McClow**
**March 2008 through May 24, 2011**

| | | | |
|---|---|---|---|
| RJM | 3/29/2011 | Telephone conference with Mary Ann Yevens from Sixth Circuit Court of Appeals | 0.50 |
| RJM | 4/5/2011 | Telephone conference with Joshua Rogaczewski; draft and file Appearance and Corporate Disclosure | 1.00 |
| RJM | 4/6/2011 | Review and docket appellate briefing schedule | 0.25 |
| RJM | 4/9/2011 | Draft and file response to motion for supersedeas bond | 1.00 |
| RJM | 4/13/2011 | Telephone conference with J. Rogaczewski | 0.25 |
| RJM | 4/15/2011 | Email to Rogaczewski; telephone conference with Tom Seymour | 0.50 |
| RJM | 4/18/2011 | Organize file re attorney fees | 0.50 |
| RJM | 4/20/2011 | Work on attorney fee issues | 0.50 |
| RJM | 4/21/2011 | Review supersedeas bond | 0.25 |
| RJM | 4/28/2011 | Telephone conference with Rogczewski re entry of final judgment | 0.25 |
| RJM | 5/10/2011 | Telephone conference with Rogaczewski and Marilyn, Judge Duggan's clerk; review judgment | 0.50 |
| RJM | 5/13/2011 | Draft and revise motion for attorney fees | 2.00 |
| RJM | 5/23/2011 | Draft and revise motion for attorney fees | 8.50 |
| RJM | 5/24/2011 | Draft and revise motion for attorney fees; draft attorney fee affidavit and exhibits | 7.50 |
| | | | |
| | | **Totals** | **877.25** |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Samuel C. McKnight**
**March 2008 through May 24, 2011**

| Atty | Date | Description | Hours |
|---|---|---|---|
| SCM | 8/8/2008 | Review file; several telephone conferences with Case attorneys re brief schedule and mediation; telephone conference with the Court | 1.50 |
| SCM | 8/14/2008 | Review file re various issues on appeal | 0.50 |
| SCM | 7/29/2009 | Review decision and research | 1.50 |
| SCM | 8/10/2009 | Work on Petition for Rehearing to Sixth Circuit | 4.00 |
| SCM | 12/10/2009 | Review 6th Circuit decision; review Company correspondence; work on response to Company re settlement | 1.75 |
| SCM | 12/15/2009 | Review settlement proposal; work on Reply to CNH | 0.75 |
| SCM | 3/19/2010 | Review pleadings re Discovery issues; work on Reply Brief re Motion for Protective Order and CNH Motion to Compel | 2.25 |
| SCM | 3/22/2010 | Work on Reply Brief re Motion for Protective Order and Discovery | 1.50 |
| SCM | 7/7/2010 | Work on CNH Motion to Modify and Union Motion for Summary Judgment | 0.50 |
| SCM | 7/8/2010 | Review CNH Motion for modifications | 0.50 |
| SCM | 7/14/2010 | Work on Motion for Summary Judgment | 0.75 |
| SCM | 7/16/2010 | Work on Motion for Summary Judgment | 3.00 |
| SCM | 7/19/2010 | Work on response to CNH Motion to Modify; telephone conference with consultant/expert | 2.00 |
| SCM | 7/20/2010 | Work on Response Brief re modifications | 1.50 |
| SCM | 7/21/2010 | Telephone conferences (several) with Brian Logue, expert; review CNH Motion | 2.00 |
| SCM | 7/22/2010 | Conference with Brian Logue; work on Response to CNH Motion to Modify | 3.00 |
| SCM | 7/23/2010 | Work on Response; conference with Brian Logue; work on Declaration | 4.00 |
| SCM | 7/25/2010 | Work on Response to CNH Motion | 0.75 |
| SCM | 7/26/2010 | Work on Response to CNH Motion | 4.00 |
| SCM | 1/13/2011 | Review Briefs and prepare for oral argument | 1.00 |
| SCM | 1/14/2011 | Review Briefs and work on argument re summary judgment | 2.50 |
| SCM | 1/26/2011 | Work on Reply Brief | 0.50 |
| SCM | 2/6/2011 | Review CNH Post-Hearing Brief | 1.00 |
| SCM | 2/7/2011 | Work on Sur-Reply Brief | 1.00 |
| | | | |
| | | **Total** | **41.75** |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**John Canzano, Partner**
**March 2008 through May 24, 2011**

| Atty | Date | Description of Services | Hours |
|---|---|---|---|
| JRC | 7/2/2010 | Review Summary Judgment Brief | 0.75 |
| JRC | 7/6/2010 | Review and suggest revisions to SJ Brief | 2.50 |
| JRC | 1/18/2011 | Attend oral argument with McClow | 3.00 |
| | | | |
| | | **Total** | **6.25** |

**Reese v. CNH Global N.V.**
**Attorney Hours**

**Associates**
March 2008 though May 24, 2011

| Atty | Date | Description of Services | Hours |
|---|---|---|---|
| PJR | 6/2/2008 | Review pleadings in preparation for drafting Plaintiff's' response to Defendant's appeal; conference with McClow re: Defendant's arguments on appeal and issues raised before lower court | 2.00 |
| PJR | 6/3/2008 | Review Defendant's motion for summary judgment to identify arguments made in its appeal brief; conference with McClow re: same | 1.00 |
| MBD | 1/4/2010 | Research law review articles re managed care | 0.25 |
| MBD | 3/16/2010 | Draft memo re reopening Discovery and procedure Sixth Circuit uses for publishing decisions | 3.00 |
| MBD | 4/28/2010 | Review all deposition transcripts given by Atwood for reference to the 1998 negotiations | 2.50 |
| MBD | 5/14/2010 | Conference with RJM re assignment | 0.25 |
| MBD | 5/17/2010 | Conference with RJM re file and case | 0.75 |
| MBD | 5/19/2010 | Review file; draft memo re chronology of bargaining | 1.75 |
| MBD | 5/20/2010 | Review deposition excerpts; email Mike Saggau deposition excerpts | 0.50 |
| MBD | 5/21/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 3.50 |
| MBD | 5/26/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 1.25 |
| MBD | 5/27/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 2.00 |
| MBD | 5/28/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 1.75 |
| MBD | 6/7/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 2.00 |
| MBD | 6/14/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 3.50 |
| MBD | 6/28/2010 | Draft, review and revise memo re chronology of 1998 negotiations | 0.50 |
| MBD | 7/2/2010 | Review Motion for Summary Judgment | 1.00 |
| MBD | 7/13/2010 | Review Motion for Summary Judgment re East Moline Shutdown Agreement | 0.50 |
| MBD | 2/8/2011 | Review Sur Reply Brief | 0.50 |
| MBD | 3/7/2011 | Research re attorney fee issues | 2.50 |
| | | | |
| | | **Total** | **31.00** |

# EXHIBIT B

# Reese v. CNH Global N.V.

*Summary of Litigation Expenses*
**3/1/08 through 4/30/2011**

| | | |
|---|---|---|
| Photocopies @$.15/page | $ | 2,345.55 |
| Fax @$.25/page | $ | 7.50 |
| Postage | $ | 185.60 |
| Electronic Ct. Documents | $ | 348.16 |
| Legal Research (Westlaw) | $ | 11,879.96 |
| Express Mail | $ | 26.23 |
| Local Travel (Mileage, Parking, etc.) | $ | 66.87 |
| Travel Expenses (Airfare, Hotel, etc.) | $ | 1,198.34 |
| Filing Fee for Cross Appeal | $ | 455.00 |
| Books, Resources | $ | 44.68 |
| Consulting Services (Brian Logue) | $ | 3,054.00 |
| Mass Mailing | $ | 1,256.84 |
| Clerical Services | $ | 460.00 |
| **Total Costs** | **$** | **21,328.73** |

# Reese v. CNH Global N.V.

*Electronic Research Costs*

**3/1/08 through 4/30/2011**

| Month | | Cost |
|---|---|---|
| Mar-08 | $ | 295.27 |
| Apr-08 | $ | 290.53 |
| Jun-08 | $ | 2,450.61 |
| Jul-08 | $ | 368.67 |
| Aug-08 | $ | 23.35 |
| Sep-08 | $ | 935.46 |
| Nov-08 | $ | 107.76 |
| Feb-09 | $ | 997.01 |
| Mar-09 | $ | 259.77 |
| Apr-09 | $ | 630.57 |
| Aug-09 | $ | 47.05 |
| Sep-09 | $ | 1,317.25 |
| Mar-10 | $ | 428.50 |
| Apr-10 | $ | 88.58 |
| Jul-10 | $ | 220.11 |
| Aug-10 | $ | 1,001.46 |
| Sep-10 | $ | 310.02 |
| Oct-10 | $ | 206.39 |
| Dec-10 | $ | 217.71 |
| Feb-11 | $ | 662.41 |
| Mar-11 | $ | 627.31 |
| Apr-11 | $ | 394.17 |
| **Totals** | **$** | **11,879.96** |

# Reese v. CNH Global N.V.

*Photocopying Costs*
**3/1/08 through 4/30/2011**

| Month | Number | | Cost |
|---|---|---|---|
| Apr-08 | 198 | $ | 29.70 |
| May-08 | 196 | $ | 29.40 |
| Jun-08 | 768 | $ | 115.20 |
| Aug-08 | 1801 | $ | 270.15 |
| Jan-09 | 82 | $ | 12.30 |
| Feb-09 | 202 | $ | 30.30 |
| Mar-09 | 263 | $ | 39.45 |
| Jul-09 | 148 | $ | 22.20 |
| Aug-09 | 290 | $ | 43.50 |
| Sep-09 | 79 | $ | 11.85 |
| Nov-09 | 936 | $ | 140.40 |
| Mar-10 | 140 | $ | 21.00 |
| Apr-10 | 22 | $ | 3.30 |
| May-10 | 40 | $ | 6.00 |
| Jun-10 | 451 | $ | 67.65 |
| Jul-10 | 3811 | $ | 571.65 |
| Oct-10 | 35 | $ | 5.25 |
| Dec-10 | 2402 | $ | 360.30 |
| Jan-11 | 3475 | $ | 521.25 |
| Mar-11 | 94 | $ | 14.10 |
| Apr-11 | 204 | $ | 30.60 |
| **Totals** | 15637 | **$** | **2,345.55** |

# Reese v. CNH Global N.V.

*Electronic Court Document Expenses*
**3/1/08 through 4/30/2011**

| Month | Cost |
|---|---|
| Apr-08 | $ 43.44 |
| Jul-08 | $ 10.24 |
| Sep-08 | $ 11.04 |
| Jan-09 | $ 2.56 |
| Apr-09 | $ 27.84 |
| Sep-09 | $ 147.60 |
| Sep-10 | $ 98.00 |
| Dec-10 | $ 2.80 |
| Mar-11 | $ 4.64 |
| **Totals** | **$ 348.16** |

**Roger McClow**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, March 04, 2008 2:23 PM
**To:** Roger McClow
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: MIED CM ECF
Pay.gov Tracking ID: 24UJ33OR
Agency Tracking ID: 064500000000001444253

Account Holder Name: Roger McClow
Transaction Type: Sale
Billing Address: 400 Galleria Officentre Billing Address 2: Suite 117
City: Southfield
State/Province: MI
Zip/Postal Code: 48034-2161
Country: USA
Card Type: Master Card
Card Number: ************9025
Expiration Date: Apr, 2010
Payment Amount: $455.00
Transaction Date: Mar 4, 2008 2:23:29 PM

COST VOUCHER © ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UAW Case Reese File # A-E
3-28-08
☐ Office Expense
Check One
☐ Phone Call: Person ______ Area ______ No. ______
☐ Notary Fee
☐ Postage City ______
☐ Petty Cash
☐ Photo Copy: Number Filing Fee

Date 3-7-08 Amount $ 455.00
Explanation

By RJM

Cincinnati, OH

Expe

## Booked items

Although this itinerary doesn't qualify for ThankYou Points, you can still earn points if you add a hotel booking today or any time before you travel.

Thank You
Rewards Network

Learn more about how to earn points for future bookings.

**Flight:** Detroit to Cincinnati

back to top

Expedia itinerary number: **126647610604**
Airline ticket number(s): Check back in 24 hours

**Main contact:** Roger J McClow
E-mail: smcclow@comcast.net
Home phone: (248) 8518750
Work phone: (248) 3549650

### Traveler and cost summary

| | | | | |
|---|---|---|---|---|
| **Roger McClow** | Adult | Requested: Pure Vegetarian<br>Northwest #371906802 | | $774.00 |
| | | | Taxes & Fees | $21.20 |
| | | | Booking Fee | $7.00 |
| | | | Total (MasterCard) | **$802.20** |

Change this flight View cancellation information

### Flight summary

Please be sure to re-confirm your flight at least 24 hours prior to scheduled departure (72 hours prior for flights to Hawaii and international destinations). You may check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored. Free and special meals are not available on many flights.

Mon 2-Mar-09

**Detroit** (DTW)
Depart 5:00 pm
Terminal E.M.
MCNAMARA TERMINAL

to

**Cincinnati** (CVG)
Arrive 6:15 pm
Terminal 3

239 mi
(385 km)
Duration: 1hr 15mn

nwa
Flight: **4622**
Operated by: COMAIR INC

**Economy/Coach Class ( 05C )**, Canadair RJ
Please check in with **Comair**. If checking in at a kiosk, use your name rather than confirmation number.

Total distance: 239 mi (385 km)

Total duration: 1hr 15mn

Tue 3-Mar-09

**Cincinnati** (CVG)
Depart 6:55 pm
Terminal 3

to

**Detroit** (DTW)
Arrive 8:12 pm
Terminal E.M.
MCNAMARA TERMINAL

239 mi
(385 km)
Duration: 1hr 17mn

nwa
Flight: **4600**
Operated by: COMAIR INC

**Economy/Coach Class ( 10C )**, Canadair RJ
Please check in with **Comair**. If checking in at a kiosk, use your name rather than confirmation number.

Total distance: 239 mi (385 km)

Total duration: 1hr 17mn

### Airline rules & regulations

- Tickets are nonrefundable. A fee of $150.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary.
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $7.00 booking fee.

C OST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client Crowley Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ________ Area ____ No. ________

☐ Notary Fee

☐ Postage City ________

☐ Petty Cash

☐ Photo Copy: Number ________

Date 3-3-09 Amount $ 862.20

Explanation

Expedia - NWA airfare to Cincinnati for hearing

By RAM



COST VOUCHER © ROSEMONT FORMS, INC, P.O. BOX 262, PETERSBURG, PA 16669

Client: *UAL Pease* File #: *15861*

☐ Office Expense *billed 7/10*

Check One

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee

☐ Postage City ______ *$10.00 Park*

☐ Petty Cash

☐ Photo Copy: Number ______

Date: *7/19/10* Amount $: *30.00*

Explanation: *parking Arsoell & fed'l court 40 miles*

By: *RSM*

549 W. LAFAYETTE
241 BAGLEY
238 W. ADAMS
536 E. CONGRESS
414 E. CONGRESS
2456 SECOND ST.
401 GRAND RIVER
514-527-540 E. LARNED
411 E. FORT ST.
400 & 411 E. LARNED
440 E. LARNED
CLAIM CHECK
036-032
APG PARKING, INC.
Phone 496-0460
PARKING HOURS AS POST
NO ATTENDANT AFTER PARKING HO
LIABILITY
Toledo Ticket Co., Toledo, OH

MCCLOW, ROGER

932/K1S
3/2/2009 7:22:00PM
3/3/2009 1:06:00PM

1/0

RATE PLAN L-AD
HH#
AL:
CAR:

CONFIRMATION NUMBER : 3342010159

3/3/2009 PAGE 1

| | | | |
|---|---|---|---|
| 3/2/2009 | 3521480 | *ROOM SERVICE | $40.00 |
| 3/3/2009 | 3522294 | INTERNET ACCESS | $9.95 |
| 3/3/2009 | 3522297 | MC *9025 | ($49.95) |

** BALANCE ** $0.00

EXPENSE REPORT SUMMARY

| | 09 00:00:00 | 09 12:00:00AM | STAY TOTAL |
|---|---|---|---|
| TELEPHONE | $0.00 | $9.95 | $9.95 |
| FOOD & BEVERAGE | $40.00 | $0.00 | $40.00 |
| DAILY TOTAL | $40.00 | $9.95 | $49.95 |

COST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UAW/Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______
☐ Notary Fee
☐ Postage City ______
☐ Petty Cash
☐ Photo Copy: Number ______

3:01:00AM 668601 A

Date 3-2-3-3-09 Amount $ 49.95

Explanation misc. hotel costs food + telephone

By RAM

-49.95

Cincinnati, OH (2)

## Booked items

The travel dates have passed; the ThankYou Network information on the itinerary cannot be updated.
Earn ThankYou Points on future bookings — learn more.

## Hotel: Cincinnati

back to top

Expedia itinerary number: **126674799390**

**Main contact:** Roger J McClow
E-mail: smcclow@comcast.net
Home phone: (248) 8518750
Work phone: (248) 3549650

### Traveler and cost summary

**Expedia Special Rate**

Reserved for:
**Roger McClow**

Hotel: 1 adult — Standard room — 3/2: $189.00 per night

Taxes & service fees — $36.92 per night

Amount charged for hotel reservation — **$225.92**

**Room options / Additional requests**
We will forward your requests to the property, but we cannot guarantee that your requests will be honored.

1 QUEEN BED, Non-Smoking

### Hotel summary

Mon Mar-2-2009 (1night)

**Hilton Cincinnati Netherland Plaza**

35 W 5th St
Cincinnati, OH 45202
USA

**Check in:** Mon Mar-2-2009
**Check out:** Tue Mar-3-2009

Hilton

**Reservation questions:** +1 (800) EXPEDIA
**For other information contact the hotel:** Tel: 1 (513) 421-9100 Fax: 1 (513) 421-4291

**Star Rating:** ☆☆☆☆☆ More lodging info

Unless specified otherwise, **rates are quoted in US dollars.**

**The price shown above DOES NOT include any applicable hotel minibar snacks or telephone calls), or regulatory surcharges. Th surcharges upon check-out.**

**Your room is guaranteed for late arrival.**

**Award points and airline mileage may not be awarded when bool**

### Hotel rules and restrictions

**Property policies**

- You must be at least 21 to check in to this hotel.
- Base rate is for 2 guests.

**Guest charges and room capacity**

- Total maximum number of guests per room/unit is 4.
- Maximum number of adults per room/unit is 4.
- Maximum number of children per room/unit is 3.
- Maximum number of infants per room/unit is 3.
- This property considers guests aged 17 and under, at tir
- Availability of accommodation in the same property for e:
- The fee for extra adults is $10.00 per person.

- Your credit card is charged the total cost above at time of purchase. Prices and room availability are not guaranteed until full payment is received.

**COST VOUCHER**

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16

Client UAW/Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______
☐ Notary Fee
☐ Postage City ______
☐ Petty Cash
☐ Photo Copy: Number ______

Date 3-3-09 Amount $ 225.92

Explanation Expedia – Hilton Hotel Cincinnati

By Rem

COST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UAW / Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3.3.09 Amount $ 3.32

no receipt

Explanation

coffee - airport

creditcard

By RJM

COST VOUCHER

© ROSEMONT FORMS, INC, P.O. BOX 282, PETERSBURG, PA 16669

Client AW Reese File # CC

☐ Office Expense

Check On

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee City ______

☐ Postage

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3-3-09 Amount $ 9.65

Explanation

misc @ airport

By RAM

Paradies Airport Shops - Cincinnati
A kiosk 0128
Cincinnati / N Kentucky Intl Airport
Hebron, KY
859 767 5722

| | | |
|---|---|---|
| NEW YORKER | 47299206001 | |
| | 4 99 tt | |
| V8 ORIGINAL | 95648589000 | |
| | 1 74 N | |
| DANNON MIXED BRY YOG | 11592464000 | |
| | 1 53 tT | |
| PL NUTS & RAISINS | 04290795000 | |
| | 1 00 N | |
| SUBTOTAL | | $9 26 |
| TAX | | $0 09 |
| TAX | | $0 30 |
| TOTAL | | $9 65 |
| MASTERCARD | | $9 65 |
| AUTH# (MANUAL) 1234 | | |

ITEMS 4 B. JASON
03/03/2009 06:09PM 0128 01 17429 1613

Thank You for Shopping at
The Paradies Shops
Cincinnati / N Kentucky Intl. Airport
www.theparadiesshops.com

COST VOUCHER

ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client Harry Reese File # 148-4

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3/2-3/3/09 Amount $ 23.00

Explanation

cash Tips - hotel clerk, parking, airport

By RJM

COST VOUCHER

ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client U AW / Reese File # 14824

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ______ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3/2-3/09 Amount $ 30.00

Explanation

cash

no receipt shuttle airport

By RBM

**COST VOUCHER**

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UAW/Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ______ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3-2 - 3-3-09 Amount $ 24.00

Explanation

airport parking

By RHM

Sale

Batch#: 062001

Retrieval Ref #: 40041546

MASTERCARD Entry Method: Swiped

XXXXXXXXXXXX9825

Appr Code: 025936

Total: $ 24.00

Customer Copy

COST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client U of Reese __ File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ____ Area ____ No. ____

☐ Notary Fee

☐ Postage City ____

☐ Petty Cash

☐ Photo Copy: Number ____

Date 3.3.09 Amount $ 15.00

Explanation baggage fee

By RAM

DELTA

PASSENGER RECEIPT
03MAR09 0066
DL/KI CVG FTO

01
US

EXCESS BAGGAGE TICKET

ROGERJ/MCCLOW
**NOT VALID FOR**
**TRANSPORTATION*

PSGR TICKET 01274090617 33

THIS IS YOUR RECEI

FOR CONDITIONS OF CONTRACT - SEE PASSENGER TICKET A BAGGAGE CHECK

CVG DL DTW
PIECE 15.00
EBC 15.00

29DB81 IDL

USD 15.00

XXXXXXXXXXXXX9025/037766

NOT VALID FOR TRAV

0 006 2602363826 2 0 006 2602363826

USD15.00

COST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UAW/Reese File # CC

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date 3·2·09 Amount $ 15.00

Explanation

baggage fee

By RAM

DELTA

PASSENGER RECEIPT
02MAR09 0066
DL/KI DTW FTO

EXCESS BAGGAGE
TICKET

ROGERJ/MCCLOW
**NOT VALID FOR**
**TRANSPORTATION*

THIS IS YOUR RECEI

PSGR TICKET 01274090617 3

FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET A
BAGGAGE CHECK

DTW DL CVG
PIECE 15.00
EBG 15.00

29DB81 DL

USD 15.00

XXXXXXXXXXXXX9025 051834

NOT VALID FOR TRAV

0 006 2602554997 3

0 006 2602554997

USD 15.00

**..k of America**
**..ash Rewards**
**for Business**
**Cardholder Statement**

| | |
|---|---|
| Credit Limit | |
| Cash Limit | |
| Cash Advance Bala | |
| Available Credit | |

| | |
|---|---|
| Billing Date | 01-08-10 |
| Days in Billing Cycle | 31 |
| Payment Due Date | 02-02-10 |
| Minimum Payment Due | $10.00 |
| New Balance | |

**Business Card News**
YOUR FINANCE CHARGES IN 2009 WERE $ 75.01

ROGER J MCCLOW
400 GALLERIA OFC CTR STE 117

**Account Number:**

JAN 14 2010

Page 1 of 1

## CARDHOLDER ACTIVITY

| Posting Date | Sale Date | Category | Reference Number | Transactions | Amount |
|---|---|---|---|---|---|
| 12-23 | 12-23 | | 55432869357000464206449 | BARNES&NOBLE*BOOKQUEST 866-257-7723 NJ | 31.65 |
| 12-23 | 12-23 | | 55432869357000464244317 | BARNES&NOBLE*BOOKQUEST 866-257-7723 NJ | 12.93 |

UAW/Ins/Rees.. books

Customer Ser...
800.673.1044,
www.bankofa...

Outside the U...
509.353.6656,

For Lost or S...
800.673.1044,

Send Billing I...
BANK OF AMI...
PO BOX 15184
WILMINGTON...

**COST VOUCHER** ROSEMONT FORMS, INC., P.O. BOX 302, PETERSBURG, PA

Client UAW/Ins/Rees File #

☐ Office Expense

Check One

☐ Phone Calls, Person Area No.

☐ Notary Fee

☐ Postage City

☐ Petty Cash

☐ Photo Copys Number

Date 12/21/09 Amount $ 44.68

Explanation 2 book on HMO's

By RDM

HIGHLAND ASSOCIATES

Highland & Associates, Inc.

22360 Garrison
Dearborn, MI 48124

# Invoice

| Date | Invoice # |
|---|---|
| 8/5/2010 | 6685 |

| Bill To |
|---|
| Carol Corneille<br>Klimsit, McKnight, Sale, McClow & Canzano<br>400 Galleria Officentre, #117<br>Southfield, MI 48034 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Upon receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| July 21, 2010 - Reviewed Defendants Motion in Reese,et al v. CNH America, LLC including exhibits 1 thru 5 | 1.5 | 150.00 | 225.00 |
| July 22, 2010 - Meeting at KSM&C offices with R. McClow and S. McKnight to discuss findings and received historical context. | 5.5 | 150.00 | 825.00 |
| 7/22/2010 - Travel Time 36 miles | 1 | 18.00 | 18.00 |
| 7/23/2010 - Review of Indemnity and 1998 plan descriptions. development of Declaration. Meeting at KSMM&C offices | 8.5 | 150.00 | 1,275.00 |
| 7/23/2010 - Travel Time 36 miles | 1 | 18.00 | 18.00 |
| 7/25/2010 - Research, compare 1998 & 2005 Group Health Plans and composition of revised declaration | 4.5 | 150.00 | 675.00 |
| Travel Time 36 miles | 1 | 18.00 | 18.00 |

Billed Aug, 2010

Invoice for Health Care Expert Evaluation and Consulting Services Reese, et al v. CNH America, LLC

| | |
|---|---|
| **Total** | $3,054.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,054.00 |

8-26-10
PAID
#15892

KLIMIST, McKNIGHT, SALE, McCLOW & CANZANO, P.C.

1589

| | | | |
|---|---|---|---|
| Highland & Associates, Inc. | | 8/26/2010 | |
| Client Costs Advanced | Consultant Fees (billed August, 2010) | | 3,054.00 |

| | | |
|---|---|---|
| Checking | Invoice #6685 | 3,054.00 |

PRODUCT DLT104 USE WITH 91663 ENVELOPE MCBEE To Reorder: 1-800-662-2331 or www.mcbeeinc.com PRINTED IN U.S.A.

Mass Mailing Costs
December, 2010

| **UAW J.I. Case - Reese 12-28-10** | **Amount** | | **Total** |
|---|---|---|---|
| **Envelopes** | | | |
| #10 Capitol Bond @ $.13 ea. | | $ | - |
| #10 White Wove @ $.08 ea. | 2,417 | $ | 193.36 |
| Tyvek 9x12 Env @ $.26 ea. | | $ | - |
| Return #9 @ $.08 ea. | | $ | - |
| | | | |
| **Postage** | | | |
| Reg. Sent @ $.44 ea. | 2,417 | $ | 1,063.48 |
| Reg. Return @ $.44 ea. | | $ | - |
| Reg. Sent @ $.61 ea. | | $ | - |
| Tyvec Sent @ $.88 ea. | | $ | - |
| | | **$** | **1,256.84** |

COST VOUCHER

© ROSEMONT FORMS, INC, P.O. BOX 262, PETERSBURG, PA 16669

Client: UAW Reese/CNH File #: 1186
Billed Jan., '11

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ______ No. ______

☐ Notary Fee

☐ Postage City ______

☐ Petty Cash

☐ Photo Copy: Number ______

Date: 1/18/11 Amount $ 28.87

Explanation: Parking $10.00 PLUS mileage 37 miles @ $.51/mile

By: RDM

$10/

1/18/11

138

COST VOUCHER

© ROSEMONT FORMS, INC., P.O. BOX 262, PETERSBURG, PA 16669

Client UA / Reese File # 16 73

☐ Office Expense

Check One

☐ Phone Call: Person ______ Area ____ No. ______

☐ Notary Fee City ______

☐ Postage

☐ Petty Cash

☐ Photo Copy: Number ______

Date 1/18/11 Amount $ 8.00

Explanation Parking @ oral Arg. Fed Ct.

By D, ace JRC

– CLAIM CHECK –

LIABILITY

Cars parked at owner's risk. Not responsible for articles left in cars at any time or cars left after hours. We reserve privilege of moving cars to other sections of lot.

$8.00 07-148

**No Attendant After Parking Hours.**

Cars will be delivered only on surrender of this check.

**TIME IN** 2:32

Toledo Ticket Co., Toledo, OH