UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on          Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                 Case No. 04-70592

      Plaintiffs,

v.                                          **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

      Defendants.

_____/


<u>**EXHIBIT 4**</u>

<u>**TO**</u>

<u>**PLAINTIFFS' SECOND MOTION FOR ATTORNEY FEES**</u>


*UAW v. Chrysler LLC*
07-14310 (E.D. Mich.)(Cleland, J.)
May 16, 2008



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA; and WILLIAM ENGLISH,
GERALD M. SYKES, LARRY J. SCOTT, and
BEVERLY JENNINGS, on behalf of
themselves and all other persons similarly
situated,

               Plaintiffs,

     v.

CHRYSLER, LLC,

               Defendant.

Case No. 2:07-cv-14310-RHC-SDP

District Judge Robert H. Cleland

Magistrate Judge Steven D. Pepe

# FILED

MAY 1 6 2008

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## ORDER

Having considered the motion for an award of attorneys' fees and costs, and notice of

that motion having been directed through the Class Notice to the class members in a reasonable

manner, the Court makes the following findings of fact and conclusions of law (to be

supplemented after counsel supplement their motion 14 days after judgment pursuant to

Rule 54(d)(2)):

    1.     Class Counsel are entitled to fees and nontaxable costs pursuant to ERISA.

    2.     The hourly rates they seek are reasonable – $475/hr. for William T. Payne and

other senior partners at Stember Feinstein Doyle & Payne, LLC ("SFDP"); $425/hr. for Stember

Feinstein Doyle & Payne ("SFDP"), LLC's junior partners Pamina Ewing and Stephen M.

Pincus; $390/hr. for SFDP senior associate Jonathan K. Cohn; $370/hr. for SFDP senior

associate Joel R. Hurt;  $400/hr. for SFDP of counsel Lawrence Frolik; $230/hr. for SFDP first-

year attorney Rachael Kassner Davis; and $125/hr. for SFDP law clerks and paralegals.

    3.  Given the size and complexity of the case, counsel's estimated award of

approximately $323,255 in attorneys' fees, $77,500 for expert costs, and $7,000 in other costs

would be reasonable and proper.

    4.  Further proceedings concerning fees and costs may be held after counsel

supplement their motion 14 days after judgment.

                       So Ordered,

Date: _____

                       Robert H. Cleland
                       United States District Judge

cc:    All parties of record.