UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, ET AL.,

    Plaintiffs,

v.

CNH AMERICA, LLC,

    Defendant.

_____/

Case No. 04-70592
Honorable Patrick J. Duggan

## **NOTICE**

The following motion has been filed with the Court:

### **Plaintiffs' Second Motion for Attorney Fees**

You are hereby notified that, having reviewed the briefs filed in support of and in opposition to these motions, the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(f)(2), the Court is dispensing with oral argument.

A written opinion will be issued.

_____

### **Certificate of Mailing**

I certify that this notice was electronically filed and served on: Bobby R. Burchfield, Esq., Norman C. Ankers, Esq., and Samuel C. McKnight, Esq.

Date: June 22, 2011

                  s/ Marilyn Orem
                  Deputy Clerk, (313) 234-5145