UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on               Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                      Case No. 04-70592

    Plaintiffs,

v.                                               **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| KLIMIST, McKNIGHT, SALE, | HONIGMAN MILLER |
| McCLOW & CANZANO, P.C. | SCHWARTZ AND COHN LLP |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 400 Galleria Officentre, Suite 117 | 2290 First National Building |
| Southfield, MI 48034 | 660 Woodward Avenue |
| (248) 354-9650 | Detroit, MI 48226 |
| | (313) 465-7000 |
| | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | 600 Thirteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | (202) 756-8000 |

_____/

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE REPLY
BRIEF IN SUPPORT OF PLAINTIFFS' SECOND MOTION
FOR ATTORNEY FEES IN EXCESS OF FIVE PAGES**

Plaintiffs, pursuant to Local Rule 7.1, respectfully request that this Court grant them permission to file a 10 page Reply Brief in support of their Second Motion for Attorney Fees which is in excess of the five-page limit prescribed by Local Rule 7.1(c)(3)(A). In support, Plaintiffs state:

1. In its Response, CNH makes several legal and factual arguments which Plaintiffs believe require a more complete analysis than the five-page limit permits.

2. Plaintiffs request permission to submit a slightly longer reply brief than allowed by the Local Rules in order to adequately reply to these arguments.

3. A proposed Order granting Plaintiffs' Ex Parte Motion is attached as Exhibit A.

For these reasons, Plaintiffs ask the Court to accept their Reply Brief in excess of five pages.

                      KLIMIST, McKNIGHT, SALE,
                      McCLOW & CANZANO, P.C.

                      By:  /s/ Roger J. McClow
                      Roger J. McClow (P27170)
                      Attorneys for Plaintiffs
                      400 Galleria Officentre, Suite 117
                      Southfield, MI 48034
                      (248) 354-9650     Fax: (248) 354-9650
                      Email: rmcclow@kmsmc.com

Dated: Jun 24, 2011

## CERTIFICATE OF SERVICE

  I hereby certify that on Jun 24, 2011, I electronically filed Plaintiffs' *Ex Parte* Motion for Leave to file a Reply Brief in Support of Plaintiffs' Second Motion for Attorney Fees in Excess of Five Pages with the Clerk of the Court using the ECF system.

           KLIMIST, McKNIGHT, SALE,
           McCLOW & CANZANO, P.C.

           By: /s/ Roger J. McClow
           Roger J. McClow (P27170)
           Attorneys for Plaintiffs
           400 Galleria Officentre, Suite 117
           Southfield, MI 48034
           (248) 354-9650  Fax: (248) 354-9650
           Email: rmcclow@kmsmc.com

Dated: Jun 24, 2011

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on
behalf of themselves and a similarly situated   Hon. Patrick J. Duggan
class,

Case No. 04-70592

　　　　　　　　　Plaintiffs,

v.                                              **Class Action**

CNH GLOBAL N.V., formerly known as
Case Corporation, and CNH AMERICA LLC,

　　　　　　　　　Defendants.
_____/

Roger J. McClow (P27170)                   Norman C. Ankers (P30533)
KLIMIST, McKNIGHT, SALE,                   HONIGMAN MILLER
McCLOW & CANZANO, P.C.                     SCHWARTZ AND COHN LLP
Attorneys for Plaintiffs Reese, et al.     Attorneys for Defendant CNH America LLC
400 Galleria Officentre, Suite 117         2290 First National Building
Southfield, MI 48034                       660 Woodward Avenue
(248) 354-9650                             Detroit, MI 48226
                                           (313) 465-7000

                                           Bobby R. Burchfield, Esq.
                                           McDERMOTT WILL & EMERY
                                           Attorneys for Defendant CNH America LLC
                                           600 Thirteenth Street, N.W.
                                           Washington, D.C. 20005
                                           (202) 756-8000

_____/

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION
FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR
SECOND MOTION FOR ATTORNEY FEES IN EXCESS OF FIVE PAGES**

At a session of said Court held in the City of Detroit, County of Wayne, State of Michigan on_____

PRESENT: HONORABLE _____
U.S. District Court Judge

Class Plaintiffs, having filed an *ex parte* Motion for leave to file a Reply Brief in support of their Second Motion for Attorney Fees in excess of the five-page limit under the Local Rules, and the Court being fully advised in the premises;

IT IS ORDERED that Plaintiffs' motion is granted.

IT IS FURTHER ORDERED that Plaintiffs may file a 10-page Reply Brief.


Dated:_____          _____
U.S. DISTRICT COURT JUDGE