UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN, <br><br> Plaintiffs, <br><br> v. <br><br> CNH GLOBAL N.V. and CNH AMERICA LLC, <br><br> Defendants. | Case 2:04-cv-70592-PJD-PJK <br><br> Hon. Patrick J. Duggan, U.S.D.J. <br><br> Hon. Paul J. Komives, U.S. Mag. J. |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants CNH Global N.V. and CNH America LLC hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting in Part and Denying in Part Plaintiffs' Second Motion for Attorneys' Fees entered in this action on June 30, 2011 (R. 322).

Dated: July 5, 2011

Respectfully submitted,

s/ with consent of Bobby R. Burchfield
 (bburchfield@mwe.com)
Joshua David Rogaczewski
 (jrogaczewski@mwe.com)
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, D.C. 20005
Telephone: 202.756.8000
Facsimile: 202.756.8087

s/ Norman C. Ankers
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Telephone: 313.465.7306
Facsimile: 313.465.7307
nankers@honigman.com
(P30533)

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/ Norman C. Ankers
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
313.465.7306
nankers@honigman.com
(P30533)
