UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

**STIPULATED ORDER STAYING EXECUTION OF ORDER
GRANTING IN PART PLAINTIFFS' SECOND MOTION FOR ATTORNEY FEES**

The parties hereby stipulate that:

1. On June 30, 2011, the Court granted in part Plaintiffs' Second Motion for Attorney Fees. (R. 322, Op. & Order 11–12.)

2. On July 5, 2011, Defendants appealed the Court's order to the United States Court of Appeals for the Sixth Circuit. (R. 323, Notice Appeal 1.)

3. In consideration of the supersedeas bond, the Court shall stay execution of its order granting in part Plaintiffs' Second Motion for Attorney Fees throughout Defendants' appeal of the order.

4.  This stipulation having been e-filed, the original of the bond shall be kept and preserved by Defendants' counsel.

| | |
|---|---|
| Dated: 7/25/2011 | Respectfully submitted, |
| s/ with consent of Roger J. McClow | s/ Norman C. Ankers |
| Klimist, McKnight, Sale, McClow & Canzano<br>400 Galleria Officentre, Suite 117<br>Southfield, Michigan  48034-8460<br>Telephone: 248.354.9650<br>Facsimile: 248.354.9656<br>rmcclow@kmsmc.com<br>(P27170) | Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, Michigan  48226<br>Telephone: 313.465.7306<br>Facsimile: 313.465.7307<br>nankers@honigman.com<br>(P30533) |
| | s/ with consent of Bobby R. Burchfield<br>Bobby R. Burchfield (bburchfield@mwe.com)<br>Joshua David Rogaczewski<br> (jrogaczewski@mwe.com)<br>McDermott Will & Emery LLP<br>600 13th Street Northwest<br>Washington, D.C.  20005<br>Telephone: 202.756.8000<br>Facsimile: 202.756.8087 |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

It is so ordered.

>   s/Patrick J. Duggan
>   Patrick J. Duggan
>   United States District Judge

Dated: July 25, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, July 25, 2011, by electronic and or ordinary mail.

>   s/Marilyn Orem
>   Case Manager