UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on           Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                 Case No. 04-70592

    Plaintiffs,

v.                                          **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.
_____/

**NOTICE OF APPEAL**

    Plaintiffs Jack Reese, Frances Elaine Pidde, James Cichanofsky, Roger Miller and George Nowlin give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Orders of this Court dated June 30, 2011, to the extent this Court denied their motion for attorney fees, (R.322) and July 20, 2011 denying their motion for reconsideration. (R.326).

                                  Respectfully Submitted,

                                  KLIMIST, McKNIGHT, SALE,
                                  McCLOW & CANZANO, P.C.

                                  By: /s/ Roger J. McClow
                                  Roger J. McClow (P27170)
                                  Attorneys for Plaintiffs
                                  400 Galleria Officentre, Suite 117
                                  Southfield, MI 48034
                                  (248) 354-9650   Fax: (248) 354-9650
                                  Email: rmcclow@kmsmc.com

Dated: August 1, 2011

CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2011, I electronically filed Plaintiffs' Notice of Appeal with the Clerk of the Court using the ECF system.

                            KLIMIST, McKNIGHT, SALE,
                            McCLOW & CANZANO, P.C.

                            By:  /s/ Roger J. McClow
                            Roger J. McClow (P27170)
                            Attorneys for Plaintiffs
                            400 Galleria Officentre, Suite 117
                            Southfield, MI 48034
                            (248) 354-9650     Fax: (248) 354-9650
                            Email: rmcclow@kmsmc.com

Dated: August 1, 2011