UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                              Case No. 2:04−cv−70592−PJD−PJK
                                               Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 861, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  December 12, 2012 at 02:30 PM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/M. Orem
                                                                  Case Manager

Dated:  November 15, 2012