# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 14, 2012

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 11-1359/11-1857/11-1969, *Jack Reese, et al v. CNH America LLC, et al*
Originating Case No. : 2:04-CV-70592

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. Norman C. Ankers
    Mr. Bobby R. Burchfield
    Mr. Jason Alan Levine
    Mr. Roger J. McClow I
    Mr. Joshua David Rogaczewski

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-1359/11-1857/11-1969

_____

Filed: November 14, 2012

JACK REESE; FRANCES ELAINE PIDDE; JAMES CICHANOPSKY; ROGER MILLER; GEORGE NOWLIN; RONALD HITT

    Plaintiffs - Appellees

v.

CNH AMERICA LLC, fka Case Corporation; CNH GLOBAL NV

    Defendants - Appellants.

## MANDATE

Pursuant to the court's disposition that was filed 09/13/2012 the mandate for this case hereby issues today.

COSTS: None