UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN, <br><br> Plaintiffs, <br><br> v. <br><br> CNH GLOBAL N.V. and CNH AMERICA LLC, <br><br> Defendants. | Case 2:04-cv-70592-PJD-PJK <br><br> Hon. Patrick J. Duggan, U.S.D.J. <br><br> Hon. Paul J. Komives, U.S. Mag. J. |

**STIPULATED ORDER RELEASING CNH'S SUPERSEDEAS BONDS**

The parties hereby stipulate that:

1. On March 3, 2011, the Court reinstated a previous ruling on Plaintiffs' request for attorneys' fees and awarded them $1,426,948.75 plus $55,430.09 in costs. (R. 304, Op. & Order 11; R. 242, Op. & Order Granting Pls.' Mot. Att'ys' Fees 10.)

2. On March 16, 2011, CNH Global N.V. and CNH America LLC—referred to collectively as "CNH"—appealed the Court's March 3 order to the United States Court of Appeals for the Sixth Circuit. (R. 309, Notice Appeal 1.)

3. On April 21, 2011, in consideration of a supersedeas bond filed by CNH, the Court stayed execution of the March 3 order through CNH's appeal of it. (R. 315, Order Staying Execution Order Awarding Pls.' Att'ys' Fees Pending Appeal 2.)

4. On June 30, 2011, the Court granted in part a second motion by Plaintiffs for attorneys' fees and awarded them an additional $277,698.75 and $10,351.31 in costs. (R. 322, Op. & Order Granting Part & Denying Part Pls.' 2d Mot. Att'ys' Fees 12.)

5. On July 5, 2011, CNH appealed the Court's June 30 order to the United States Court of Appeals for the Sixth Circuit. (R. 323, Notice Appeal 1.)

6. On July 25, 2011, in consideration of a second supersedeas bond filed by CNH, the Court stayed execution of the June 30 order through CNH's appeal of it. (R. 327, Stip. Order Staying Execution Order Granting Part Pls.' 2d Mot. Att'y Fees ¶ 3.)

7. Regarding attorneys' fees, the Sixth Circuit wrote: "In view of this disposition of the appeal, we think it premature to address the parties' attorney-fees arguments. For one, this case is not over. For another, the district court may wish to revisit its attorney-fee decision based on its resolution of the questions identified above." *Reese v. CNH Am. LLC*, 694 F.3d 681, 686 (6th Cir. 2012).

8. On November 14, 2012, the United States Court of Appeals for the Sixth Circuit issued its mandate to this Court. (R. 333, Mandate 2.)

9.   There being no further reason for them, the parties stipulate and agree that the Court shall release the supersedeas bonds posted by CNH on April 21, 2011, and July 25, 2011.

Dated: November 30, 2012                          Respectfully submitted,

s/ with consent of Roger J. McClow               s/ Norman C. Ankers
McKnight, McClow, Canzano, Smith &               Honigman Miller Schwartz and Cohn LLP
Radtke, P.C.                                     2290 First National Building
400 Galleria Officentre, Suite 117               660 Woodward Avenue
Southfield, Michigan 48034                       Detroit, Michigan 48226
248.354.9650                                     313.465.7306
rmcclow@michworklaw.com                          nankers@honigman.com
P27120                                           P30533


                                                 s/ with consent of Bobby R. Burchfield
                                                 McDermott Will & Emery LLP
                                                 The McDermott Building
                                                 500 North Capitol Street, Northwest
                                                 Washington, District of Columbia 20001
                                                 202.756.8000
                                                 bburchfield@mwe.com

*Attorney for Plaintiffs*                        *Attorneys for CNH Global N.V. and CNH America LLC*

It is so ordered.

  s/Patrick J. Duggan
  Patrick J. Duggan
  United States District Judge

Dated: December 3, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, December 03, 2012, by electronic and or ordinary mail.

  s/Marilyn Orem
  Case Manager


11743746.1

3