UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN on behalf of themselves
and a similarly situated class,                                    Hon. Patrick J. Duggan

                                                                                                Case No. 04-70592

      Plaintiffs,                                                       **Class Action**

v.

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

      Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| Samuel C. McKnight (P23096) | HONIGMAN MILLER |
| David R. Radtke (P47016) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO, | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI  48034 | (313) 465-7000 |
| (248) 354-9650 | |
| rmcclow@michworklaw.com | Bobby R. Burchfield, Esq. |
| smcknight@michworklaw.com | Douglas G. Edelschick, Esq. |
| dradtke@michworklaw.com | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | 600 Thirteenth Street, N.W. |
| | Washington, D.C.  20005 |
| | (202) 756-8000 |

_____/

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

Please take notice that David R. Radtke of the law firm of McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C. enters an appearance on behalf of Plaintiffs Jack Reese, Frances Elaine Pidde, James Cichanofsky, Roger Miller and George Nowlin and a similarly situated class.

        Respectfully Submitted,

        McKNIGHT, McCLOW, CANZANO,
        SMITH & RADTKE, P.C.

        By: /s /David R. Radtke
        Roger J. McClow (P27170)
        Samuel C. McKnight (P23096)
        David R. Radtke (P47016)
        Attorneys for Class Plaintiffs
        400 Galleria Officentre, Suite 117
        Southfield, MI 48034
        (248) 354-9650
        dradtke@michworklaw.com

Dated: February 5, 2013

## CERTIFICATE OF SERVICE

     I hereby certify that on February 5, 2013, I electronically filed Notice of Appearance of David R. Radtke with the Clerk of the Court using the ECF system.

                                           Respectfully Submitted,

                                           McKNIGHT, McCLOW, CANZANO,
                                           SMITH & RADTKE, P.C.

                                           By:  /s /David R. Radtke
                                           Roger J. McClow (P27170)
                                           Samuel C. McKnight (P23096)
                                           David R. Radtke (P47016)
                                           Attorneys for Class Plaintiffs
                                           400 Galleria Officentre, Suite 117
                                           Southfield, MI  48034
                                           (248) 354-9650
                                           dradtke@michworklaw.com

Dated: February 5, 2013

P:\RHC Cases\Case Corp\Case - Reese litigation\Pleadings\Appearance of David Radtke.wpd