UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN on behalf of themselves
and a similarly situated class,                               Hon. Patrick J. Duggan

                                                             Case No. 04-70592

           Plaintiffs,                              **Class Action**

v.

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

           Defendants.

_____/

Roger J. McClow (P27170)                 Norman C. Ankers (P30533)
Samuel C. McKnight (P23096)              HONIGMAN MILLER
David R. Radtke (P47016)                 SCHWARTZ AND COHN LLP
Darcie R. Brault (P43864)                Attorneys for Defendants
McKNIGHT, McCLOW, CANZANO,               2290 First National Building
SMITH & RADTKE, P.C.                     660 Woodward Avenue
Attorneys for Plaintiffs Reese, et al.   Detroit, MI 48226
400 Galleria Officentre, Suite 117       (313) 465-7000
Southfield, MI  48034
(248) 354-9650                           Bobby R. Burchfield, Esq.
rmcclow@michworklaw.com                  Douglas G. Edelschick, Esq.
smcknight@michworklaw.com                McDERMOTT WILL & EMERY
dradtke@michworklaw.com                  Attorneys for Defendants
dbrault@michworklaw.com                  600 Thirteenth Street, N.W.
                                         Washington, D.C.  20005
                                         (202) 756-8000

_____/


**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

Please take notice that Darcie R. Brault of the law firm of McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C. enters an appearance on behalf of Plaintiffs Jack Reese, Frances Elaine Pidde, James Cichanofsky, Roger Miller and George Nowlin and a similarly situated class.

Respectfully Submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: /s /Darcie R. Brault
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI  48034
(248) 354-9650
dbrault@michworklaw.com

Dated: February 5, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, I electronically filed Notice of Appearance of Darcie R. Brault with the Clerk of the Court using the ECF system.

Respectfully Submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: /s /Darcie R. Brault
Roger J. McClow (P27170)
Samuel C. McKnight (P23096)
David R. Radtke (P47016)
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650
dbrault@michworklaw.com

Dated: February 5, 2013

P:\RHC Cases\Case Corp\Case - Reese litigation\Pleadings\Appearance of Darcie Brault.wpd