UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

      Plaintiff(s),

v.             Case No. 2:04–cv–70592–PJD–PJK
              Hon. Patrick J. Duggan

CNH Global N. V., et al.,

      Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Paul J. Komives for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

  Motion – #337

            s/Patrick J. Duggan
            Patrick J. Duggan
            United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

            s/M. Orem
            Case Manager

Dated: March 25, 2013