# EXHIBIT 3

# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Bobby R. Burchfield
Attorney at Law
bburchfield@mwe.com
+1 202 756 8003

March 15, 2013

BY E-MAIL

Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034-8460

Re:   *Reese v. CNH Global N.V.*, Case 2:04-cv-70592-PJD-PJK (E.D. Mich. filed Feb. 18, 2004)

Dear Darcie:

We have the interrogatories that Plaintiffs served yesterday, and we noticed that Plaintiffs have propounded fifty-one interrogatories. As you probably know, "[u]nless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts." Fed. R. Civ. P. 33(a)(1).

We invite Plaintiffs to inform us by the close of business on March 18 which twenty-five interrogatories they want our clients to answer. If we do not hear from you, we will choose the twenty-five interrogatories to which CNH will respond.

Best personal regards.

Sincerely,

*[signature]*

Bobby R. Burchfield

DM_US 41576162-2.071485.0013

U.S. practice conducted through McDermott Will & Emery LLP.
500 North Capitol Street N.W.  Washington, D.C.  20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com