# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## DECLARATION OF JOSHUA DAVID ROGACZEWSKI

I, Joshua David Rogaczewski, hereby declare as follows:

1. I am an attorney with the law firm of McDermott Will & Emery LLP, and am one of the counsel to CNH Global N.V. and CNH America LLC in this matter.

2. On March 20, 2013, I telephoned Darcie Brault, one of Plaintiffs' attorneys, regarding the fifty-one interrogatories Plaintiffs served on CNH Global and CNH America. I was unable to reach Ms. Brault, but I left a telephone message stating that CNH Global and CNH America were prepared to identify the twenty-five interrogatories to which they would respond and asking if Plaintiffs were willing to forego any of the remaining twenty-six interrogatories to avoid motions practice.

2

3. The following afternoon, Ms. Brault left me a telephone message restating Plaintiffs' position that they wanted responses to each of their interrogatories and promising to file a motion seeking leave to serve more than twenty-five interrogatories.

Pursuant to 28 U.S.C. § 1746 (2006), I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2013.

_____
Joshua David Rogaczewski