# EXHIBIT 8

Page 3

## CNH U.S. Pension Plan
*Application for Retirement Benefits*

### Participant Information

Name:  
SSN:  
Address:  

Date Prepared: July 18, 2003  
Date of Birth:  
Marital Status: Married  
Last Day Worked: September 30, 2003  
Benefit Commencement Date: October 1, 2003  

| Payment Options (See *Explanation of Benefits*) | PACTIV Benefit | Total Benefit | CNH Benefit |
|---|---|---|---|
| [ ] Single Life Annuity: | | | |
| Pre 62: | 1,270.40 | 2,380.00 | 1,109.60 |
| Post 62: | 641.69 | 1,260.00 | 618.31 |
| [✓] 55% Spouse Annuity: | | | |
| - Participant's Benefit | | | |
| Pre 62: | 1,270.40 | 2,380.00 | 1,109.60 |
| Post 62: | 641.69 | 1,260.00 | 618.31 |
| - Beneficiary's Benefit | 352.93 | 693.00 | 340.07 |

### Spousal Consent

(Spousal Consent must be completed if Single Life Annuity elected and married)

Name:  
Date of Birth:  
SSN:

I, Cynthia Cichanofsky, hereby certify that I am legally married to James Cichanofsky on this date and that my name, date of birth and Social Security Number shown above are accurate and complete in all respects. I also hereby certify that I have read this form. All my questions regarding the options of payment have been answered by a member of the Retirement Committee or one of its representatives. I understand that as a result of my spouse's rejection of the Contingent Annuity Option, I will not be eligible for any pension under the Plan in the event that my spouse should die after the pension starting date.

I hereby consent to my spouse's election and understand that my consent to such election cannot be revoked or withdrawn at a later date.

Spouse's Signature: _____  Date Signed: _____

### Notarization of Spouse's Consent

I am satisfied that the person who signed the foregoing *Spousal Consent Form* did so under his/her own free act and deed.

Notary Public or Plan Representative        Commission Expiration Date

### Participant Acknowledgment

I have examined all the entries on this form, including marital status, and they are correct. I am also unaware of any court order that would require some or all of my pension benefit be paid to a former spouse or other person(s).

Participant's Signature: _____  Date Signed: 7-30-03

Participant's Daytime Phone Number: (_____) _____

Confidential Pursuant to Court Order

CNHA019133