UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                              Case No. 2:04–cv–70592–PJD–PJK
                                              Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Paul J. Komives at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

      Motion – #337

- MOTION HEARING:  April 23, 2013 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/S Jackson
                                            Case Manager

Dated:  April 11, 2013