UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, on behalf of themselves
and a similarly situated class,

                                                                                                  Hon. Patrick J. Duggan

    Plaintiffs,

                                                                                                  Case No. 04-70592

v.                                                                                **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.
_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | McDermott Will & Emery |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C. 20001 |
| | (202) 756-8000 |

_____/

## SUGGESTION OF DEATH UPON THE RECORD

Plaintiffs suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff FRANCES ELAINE PIDDE, during the pendency of this action.

        Respectfully submitted,

        KLIMIST, McKNIGHT, SALE,
        McCLOW & CANZANO, P.C.

        By:  /s/ Darcie R. Brault
        Darcie R. Brault (P43864)
        Roger J. McClow (P27170)
        David R. Radtke (P47016)
        Attorneys for Plaintiffs
        400 Galleria Officentre, Suite 117
        Southfield, MI 48034
        (248) 354-9650     Fax: (248) 354-9656
        Email: dbrault@michworklaw.com

Dated: April 19, 2013

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2013, I electronically filed Plaintiffs' Suggestion of Death Upon the Record with the Clerk of the Court using the ECF system.

                                  KLIMIST, McKNIGHT, SALE,
                                  McCLOW & CANZANO, P.C.

                                  By:  /s/ Darcie R. Brault
                                  Darcie R. Brault (P43864)
                                  Roger J. McClow (P27170)
                                  David R. Radtke (P47016)
                                  Attorneys for Plaintiffs
                                  400 Galleria Officentre, Suite 117
                                  Southfield, MI 48034
                                  (248) 354-9650     Fax: (248) 354-9656
                                  Email: dbrault@michworklaw.com

Dated: April 19, 2013