UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## CNH'S RESPONSE TO
## PLAINTIFFS' FIRST INTERROGATORIES

CNH Global N.V. and CNH America LLC—referred to collectively as "CNH"—hereby respond to Plaintiffs' First Interrogatories to Defendant. *See* Fed. R. Civ. P. 33(b).[*]

### GENERAL OBJECTIONS

1.      CNH objects to the interrogatories to the extent they exceed the limit that, "[u]nless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories." Fed. R. Civ. P. 33(a)(1). CNH asked Plaintiffs to identify the twenty-five interrogatories that they wanted CNH to answer, and Plaintiffs declined to do so. Having received no preference from Plaintiffs, CNH has answered Interrogatories 2, 10 through 31, 39, and 51.

2.      CNH objects to the interrogatories to the extent that they seek information not "relevant to any party's claim or defense." *Id.* R. 26(b)(1).

---

[*] Plaintiffs did not specify the defendant to which they directed their interrogatories. (*See* Pls.' 1st Interrs. Def. 1, 2.) In an abundance of caution, both CNH Global and CNH America have responded to the interrogatories.

3.      CNH objects to the interrogatories to the extent that they are "unreasonably cumulative or duplicative" or seek information that "can be obtained from some other source that is more convenient, less burdensome, or less expensive." *Id.* R. 26(b)(2)(C)(i).

4.      CNH objects to the interrogatories to the extent that they seek information that Plaintiffs "ha[ve] had ample opportunity to obtain." *Id.* R. 26(b)(2)(C)(ii).

5.      CNH objects to the interrogatories to the extent that "the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues." *Id.* R. 26(b)(2)(C)(iii).

6.      CNH objects to the interrogatories to the extent that they seek information protected by the attorney–client privilege, attorney-work-product doctrine, or any other applicable statutory or common-law privilege or bar on disclosure. *See id.* R. 26(b)(1).

7.      CNH objects to Plaintiffs' definition of "describe" (Pls.' 1st Interrs. Def. 3), because "the burden or expense" of responding to interrogatories using the term "outweighs [their] likely benefit, considering the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the action, and the importance of the [interrogatories] in resolving the issues." Fed. R. Civ. P. 26(b)(2)(C)(iii). CNH will interpret "describe" to mean to give an account of in writing. *See* American Heritage Dictionary 490 (5th ed. 2011) (first definition).

8.      CNH objects to Plaintiffs' definition of "Company" (Pls.' 1st Interrs. Def. 5), because "the burden or expense" of responding to interrogatories using the term "outweighs [their] likely benefit, considering the needs of the case, the amount in controversy, the parties'

2

resources, the importance of the issues at stake in the action, and the importance of the

[interrogatories] in resolving the issues." Fed. R. Civ. P. 26(b)(2)(C)(iii). CNH will interpret

"Company" to mean, as appropriate, CNH Global N.V. or CNH America LLC.

## ANSWERS

**1.      Identify the person(s) answering these Interrogatories.**

ANSWER: CNH incorporates by reference its General Objections 1 and 3.

**2.      By Interrogatory, identify all persons consulted or relied upon for information to the answer.**

ANSWER: CNH incorporates by reference its General Objection 5. Subject to this

objection, CNH states that it consulted with and relied upon Towers Watson & Co.—which

provides CNH with benefits-related services in the ordinary course of business—for information

used to answer Interrogatories 10 through 31 and 51. CNH states further that the information

used to answer Interrogatory 39 was provided by Karen Benson in CNH's benefits department.

**3.      Identify each person the Company expects to testify and/or provide information in support of its claims or defenses, and state the subject matter about which the witness has knowledge.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 5, and 8.

**4.      Identify each person the Company expects to use as an expert witness in this matter.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 5, and 8.

**5.      State the name, address, date of birth, social security number, telephone number, date of retirement, type of retirement (e.g., disability, early, normal, survivor option) and gross pension benefit for every Class Member. As to each surviving spouse, state the deceased retiree's name, date of birth and social security number.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, and 5.

**6.      Has the monthly pension benefit of any Class Member been increased since that Class Member retired? If yes, state the most recent date that any Class Member received an increase in monthly pension benefits and, if it was pursuant to a collective bargaining agreement, the date of the collective bargaining agreement. As to each Class**

3

Member who received such an increase in monthly pension benefits, state the amount of the monthly pension benefit before and after the increase.

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, and 5.

7.  Has the monthly Special Age 65 Benefit of any Class Member been increased since that Class Member retired? If yes, state the most recent date that any Class Member received an increase in Special Age 65 Benefit and, if it was pursuant to a collective bargaining agreement, the date of the collective bargaining agreement. As to each Class Member who received such an increase in monthly Special Age 65 Benefit, state the amount of the monthly pension benefit before and after the increase.

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, and 5.

8.  Is the monthly pension benefit of any Class Member scheduled to be increased in the future? If yes, state the date of the increase(s) and the amount of the increase(s), and if it is pursuant to a collective bargaining agreement, the date of the collective bargaining agreement.

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, and 5.

9.  Is the monthly Special Age 65 benefit of any Class Member scheduled to be increased in the future? If yes, state the date of the increase(s) and the amount of the increase(s), and if it is pursuant to a collective bargaining agreement, the date of the collective bargaining agreement.

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, and 5.

10.  State the actual cost to the Company for prescription drug benefits for Medicare-eligible 2005 Plan Participants under the 2005 Plan for (a) each participant and (b) all participants for the following plan years: 2008, 2009, 2010, 2011 and 2012.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, and 8. Subject to these objections, CNH states that the answer to the interrogatory is found in the worksheet titled, "CNH–UAW Retirees—Post-65 Prescription Drug Costs," which is located in Exhibit A.

11.  State the actual cost to the Company for prescription drug benefits for non-Medicare-eligible 2005 Plan Participants under the 2005 Plan for (a) each participant and (b) all participants for the following Plan Years—2008, 2009, 2010, 2011, 2012.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, and 8. Subject to these objections, CNH states that the answer to the interrogatory is found in the worksheet titled, "CNH–UAW Retirees—Pre-65 Prescription Drug Costs," which is located in Exhibit A.

4

**12.      State the actual cost to the Company for medical benefits for Medicare-eligible 2005 Plan Participants under the 2005 Plan for (a) each participant and (b) all participants for the following Plan Years—2008, 2009, 2010, 2011, 2012.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, and 8. Subject

to these objections, CNH states that the answer to the interrogatory is found in the worksheet

titled, "CNH–UAW Retirees—Post-65 Medical Costs," which is located in Exhibit A.

**13.      State the actual cost to the Company for medical benefits for non-Medicare-eligible 2005 Plan Participants under the 2005 Plan for (a) each participant and (b) all participants for the following Plan Years—2008, 2009, 2010, 2011, 2012.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, and 8. Subject

to these objections, CNH states that the answer to the interrogatory is found in the worksheet

titled, "CNH–UAW Retirees—Pre-65 Medical Costs," which is located in Exhibit A.

**14.      Under the Proposed Plan, state the projected annual cost to the Company for medical benefits each non-Medicare eligible participant for the following plan years: 2013,2014,2015,2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**15.      Under the Proposed Plan, state the projected annual cost to the Company for medical benefits each Medicare eligible participant for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**16.      Under the Proposed Plan, state the projected annual cost to the Company for prescription drug benefits each non-Medicare eligible participant for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

17.     Under the Proposed Plan, state the projected annual cost to the Company for prescription drug benefits each Medicare eligible participant for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

18.     Under the Proposed Plan, state the projected annual cost to each non-Medicare eligible participant for premium contributions for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

19.     Under the Proposed Plan, state the projected annual cost to each Medicare-eligible participant for premium contributions for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

20.     Under the Proposed Plan, state the projected annual cost to each non-Medicare-eligible participant for out of pocket medical expenses (e.g., deductibles, co pays and co insurance) for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

21.     Under the Proposed Plan, state the projected annual cost to each Medicare-eligible participant for out of pocket medical expenses (e.g., deductibles, co pays and co insurance) for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022.  Describe how these projections were calculated.

ANSWER: CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

22.     Under the Proposed Plan, state the projected annual cost to each non-Medicare-eligible participant for out of pocket prescription drug expenses for the following

plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. **Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**23.    Under the Proposed Plan, state the projected annual cost to each Medicare-eligible participant for out of pocket prescription drug expenses for the following plan years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**24.    Under the Current Plan, state the projected annual cost to the Company for medical benefits for each non-Medicare-eligible participant for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**25.    Under the Current Plan, state the projected annual cost to the Company for medical benefits for each Medicare-eligible participant for the following Plan Years: 2013, 2014, 2015,2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**26.    Under the Current Plan, state the projected annual cost to the Company for prescription drug benefits for each non-Medicare-eligible participant for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**27.    Under the Current Plan, state the projected annual cost to the Company for prescription drug benefits for each Medicare-eligible participant for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**28.     Under the Current Plan, state the projected annual cost to each non-Medicare-eligible participant for out-of-pocket medical expenses (e.g., deductibles, co-pays and co-insurance) for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**29.     Under the Current Plan, state the projected annual cost to each Medicare-eligible participant for out-of-pocket medical expenses (e.g., deductibles, co-pays and co-insurance) for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**30.     Under the Current Plan, state the projected annual cost to each non-Medicare-eligible participant for out-of-pocket prescription drug expenses (e.g., deductibles, co-pays and co-insurance) for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**31.     Under the Current Plan, state the projected annual cost to each Medicare-eligible participant for out-of-pocket prescription drug expenses (e.g., deductibles, co-pays and co-insurance) for the following Plan Years: 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022. Describe how these projections were calculated.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, 7, and 8.

Subject to these objections, CNH states that the answer to the interrogatory is found in Exhibit B.

**32.     Identify each person on whose behalf the Company made contributions to the Retiree Medical Savings Account (RMSA). As to each such person, state the amount of contributions, by type (initial, vacation pay, on Medicare eligibility and training fund) and by year and state the account balance by plan year end and as of the date of the Company's answers to these Interrogatories.**

**ANSWER:** CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, and 8.

8

33.    **Will Proposed Plan Participants be entitled to Company contributions to a RMSA? If so, describe the terms of any such proposed RMSA and the Company's payments into the account.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, 7, and 8.

34.    **Does the Company intend to ask the District Court to consider any factors other than those identified on pages 6 and 7 of the Sixth Circuit's September 13, 2012 Opinion? If the answer is yes, identify and describe any other factors the Company will ask the District Court to consider.**

ANSWER: CNH incorporates by reference its General Objections 1, 5, 7, and 8. CNH

further objects to the interrogatory as incomprehensible, because the Sixth Circuit identified no

"factors" in its 2012 opinion. (It articulated questions that the district court should consider

during the remand.)

35.    **Does the Company contend that there is any difference between the quality of care under the Current Plan and the Proposed Plan? If the answer is yes, describe the difference and identify any documents that support the Company's position.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, 7, and 8.

36.    **Does the Company intend to compare the Proposed Plan with the plans available to retirees and workers at companies similar to the Company? If so, identify all companies that the Company intends to assert are similar to the Company and, as to each, describe how the Proposed Plan compares to plans available to those companies. As to each such company, identify all documents that the Company intends to use to support that position.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, 7, and 8.

37.    **Does the Company contend that there are any "changes in health care" that are relevant to the issue before the District Court on remand? If the answer is yes, please describe these changes and identify each witness the Company intends to call at trial to support its contention.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, 7, and 8.

38.    **Other than the Proposed Plan, did the Company explore any other potential changes to the Current Plan that would generate savings to the Company with a lesser financial impact on Class Members such as an Employer Group Waiver Plan or mandatory mail order prescription drug or mandatory generic prescription drug? If the answer is yes, please describe each proposed change and why the Company rejected it.**

**ANSWER:** CNH incorporates by reference its General Objections 1, 2, 4, 5, 6, 7, and 8.

**39.    Has medical or prescription drug coverage been terminated for any 2005 Plan Participant under the 2005 Plan since that plan was established? If the answer is yes, identify each such person and, as to each, state the date of the last premium payment, the date of the termination and describe and produce any correspondence relating to the termination.**

**ANSWER:** CNH incorporates by reference its General Objections 2, 4, 5, and 7. CNH further objects that this interrogatory asks for personal information of individuals who are neither Plaintiffs nor members of the class they represent. Finally, CNH objects to Plaintiffs' improper attempt to use an interrogatory to request production of documents. Subject to these objections, CNH states that benefits for two UAW-represented participants in the 2005 UAW plan have been terminated for failure to pay the required premium payments.

Participant *A* suffered a long-term disability in September 2000 and became eligible for Medicare in March 2002. As of April 1, 2005, Participant *A* was required to make monthly premium payments. As of August 2005, however, no premium payments had been made, and CNH America sent Participant *A* correspondence warning of benefit termination. Participant *A* responded to the letter by asking to pay two months at a time until caught up, an offer CNH America accepted. As of November 2005, however, Participant *A* still had made no premium payments. Accordingly, CNH America terminated Participant *A*'s benefits effective April 1, 2005. Participant *A* retired in 2010 and receives only dental and vision coverages from CNH America.

Participant *B* suffered a long-term disability in June 2002 and became eligible for Medicare in December 2005. In May 2006, CNH America informed Participant *B* that no payments had been made for 2006 and warned of benefit termination. Two months later, in July 2006, the situation had not been resolved, and CNH America terminated Participant *B*'s benefits

10

effective January 1, 2006. Participant *B* retired later in 2006 and receives only dental and vision coverages from CNH America.

**40.    Under the Proposed Plan, does the Company propose to integrate any benefits it provides to the Class with benefits provided by any federal or state health security act providing for prescription drug benefits. If the answer is yes, a) identify the federal or state law; b) describe the benefits to be provided; and c) describe all efforts the Company has made to obtain and maintain any governmental approval that are required to permit the integration of those benefits.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 4, 5, 7, and 8.

**41.    Identify the first pleading filed by the Company in this litigation in which the Company has asserted that the "National and State Health Insurance Initiatives" Letter of Understanding in the 1998 Group Benefit Plan is mentioned.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, and 8.

**42.    Identify the first pleading filed by the Company in this litigation in which the Company has raised the "National and State Health Insurance Initiatives" Letter of Understanding in the 1998 Group Benefit Plan as a defense to Plaintiffs' claims that the Company is obligated to provide them with health care benefits.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, and 8.

**43.    Identify all documents that relate to the Company's consideration of the "National and State Health Insurance Initiatives" Letter of Understanding in the 1998 Group Benefit Plan as a defense to Plaintiffs' claims that the Company is obligated to provide them with health care benefits.**

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, and 8.

**44.    Describe each method by which the Company manages the costs under the 2005 Plan to minimize the year-to-year increases as described in paragraph 9 of the Declaration of Sharif Amin dated June 30, 2010. As to each such method, identify the page and/or section number of the 2005 Plan where it appears.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, 7, and 8.

**45.    Identify each "former colleague at Aon Consulting" referred to in paragraph 27 of Mr. Macey's Declaration of June 30, 2010 and describe each such persons' participation in the review and evaluation referred to in Scott Macey's Declaration.**

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, and 7.

46.     Identify each retiree health care plan that was reviewed or evaluated as discussed in paragraphs 27, 28, 29 and 30 of Mr. Macey's June 30, 2010 Declaration and, by plan, identify and produce each document related to the review or evaluation.

ANSWER: CNH incorporates by reference its General Objections 1, 3, and 4. CNH

further objects to Plaintiffs' improper attempt to use an interrogatory to request production of

documents.

47.     Describe the methodology used in determining the "relative value" of the plans reviewed by Aon Consultants and identify and produce all documents reviewed in making those determinations.

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, and 7. CNH

further objects to Plaintiffs' improper attempt to use an interrogatory to request production of

documents.

48.     Identify all documents the Company intends to use, either in summary judgment proceedings or at trial, to support its position that the benefits in the Proposed Plan are reasonable.

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, and 8.

49.     Describe each method by which the Company manages the costs under the Current Plan to minimize year-to-year increases in health care costs.

ANSWER: CNH incorporates by reference its General Objections 1, 3, 4, 5, 7, and 8.

50.     Describe any subsidies, tax incentives, tax advantages or other benefits, including the Retiree Drug Subsidy and the Early Retiree Reinsurance Program Subsidy, the Company has received for providing benefits under the Current Plan or is eligible to receive if it continues to provide benefits under the Current Plan. State whether the Company would receive any similar subsidies or incentives for providing benefits under the Proposed Plan.

ANSWER: CNH incorporates by reference its General Objections 1, 2, 3, 4, 5, 7, and 8.

51.     At what rate are the participants' out-of-pocket costs likely to grow under the Current Plan as compared to the out-of-pocket costs under the Proposed Plan?

12

**ANSWER:** CNH incorporates by reference its General Objection 4. Subject to this objection, CNH states that the answer to the interrogatory can be calculated from the data in Exhibit B.

## VERIFICATION

I, Tom Coogan, hereby state that:

I am the Director of Employee Benefits at CNH Global N.V., and I have read **CNH's Response to Plaintiffs' First Interrogatories**. The answers to the interrogatories are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2013

_____
Tom Coogan

Dated: April 18, 2013                                    Respectfully submitted,

Normal C. Ankers (P30533)                    Bobby R. Burchfield (bburchfield@mwe.com)
 (nankers@honigman.com)                       Joshua David Rogaczewski
Honigman Miller Schwartz and Cohn LLP        (jrogaczewski@mwe.com
2290 First National Building                 Laura J. Capotosto (lcapotosto@mwe.com)
660 Woodward Avenue                          McDermott Will & Emery LLP
Detroit, Michigan  48226                     The McDermott Building
313.465.7306                                 500 North Capitol Street, Northwest
313.465.7307 fax                             Washington, D.C.  20001
                                             202.756.8000
                                             202.756.8087 fax

*Attorneys for CNH Global N.V. and CNH America LLC*

13

## CERTIFICATE OF SERVICE

I hereby certify that **CNH's Response to Plaintiffs' First Interrogatories** was served on

April 18, 2013, by first-class mail, postage-prepaid, on:

Darcie R. Brault
David R. Radtke
Roger J. McClow
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034

Laura J. Capotosto

# EXHIBIT A

# CNH - UAW Retirees - Post-65 Prescription Drug Costs

Interrogatory 10

## Incurred Claims - Total $

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid | Plan % |
|---|---|---|---|---|---|---|
| **Grandfathered** [1] | | | | | | |
| 2008 | 689 | N/A | N/A | N/A | N/A | N/A |
| 2009 | 967 | $4,271,261 | N/A | $120,829 | $4,150,432 | 97.2% |
| 2010 | 1,207 | $5,167,652 | N/A | $132,488 | $5,035,164 | 97.4% |
| 2011 | 1,454 | $6,588,894 | N/A | $156,747 | $6,432,147 | 97.6% |
| 2012 [2] | 1,681 | $7,357,172 | N/A | $163,253 | $7,193,920 | 97.8% |
| **Non-Grandfathered** | | | | | | |
| 2008 [1] | 34 | N/A | N/A | N/A | N/A | N/A |
| 2009 | 43 | N/A | N/A | N/A | N/A | N/A |
| 2010 | 49 | N/A | N/A | N/A | N/A | N/A |
| 2011 | 69 | N/A | N/A | N/A | N/A | N/A |
| 2012 [2] | 96 | N/A | N/A | N/A | N/A | N/A |

## Incurred Claims Per Adult Member

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid | Plan % |
|---|---|---|---|---|---|---|
| **Grandfathered** [1] | | | | | | |
| 2008 | 689 | N/A | N/A | N/A | N/A | N/A |
| 2009 | 967 | $4,415 | N/A | $125 | $4,290 | N/A |
| 2010 | 1,207 | $4,282 | N/A | $110 | $4,172 | N/A |
| 2011 | 1,454 | $4,531 | N/A | $108 | $4,423 | N/A |
| 2012 [2] | 1,681 | $4,377 | N/A | $97 | $4,280 | N/A |
| **Non-Grandfathered** | | | | | | |
| 2008 [1] | 34 | N/A | N/A | N/A | N/A | N/A |
| 2009 | 43 | N/A | N/A | N/A | N/A | N/A |
| 2010 | 49 | N/A | N/A | N/A | N/A | N/A |
| 2011 | 69 | N/A | N/A | N/A | N/A | N/A |
| 2012 [2] | 96 | N/A | N/A | N/A | N/A | N/A |

[1] 2008 Rx costs not available

[2] 2012 data is annualized based on paid data through November 2012.

U:\50412\13\GHC\ReeseGroup\Interrogatories_10-13.xlsx

# CNH - UAW Retirees - Pre-65 Prescription Drug Costs

## Interrogatory 11

### Incurred Claims - Total $

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid | Plan % |
|---|---|---|---|---|---|---|
| **Grandfathered [1]** | | | | | | |
| 2008 | 3,451 | | | | | |
| 2009 | 3,189 | $10,883,730 | N/A | $322,671 | $10,561,060 | 97.0% |
| 2010 | 2,920 | $10,691,993 | N/A | $278,186 | $10,413,807 | 97.4% |
| 2011 | 2,635 | $9,913,323 | N/A | $247,749 | $9,665,574 | 97.5% |
| 2012 [2] | 2,363 | $8,005,105 | N/A | $194,215 | $7,810,890 | 97.6% |
| **Non-Grandfathered [1]** | | | | | | |
| 2008 | 205 | | | | | |
| 2009 | 280 | $421,237 | N/A | $98,337 | $322,900 | 76.7% |
| 2010 | 342 | $729,038 | N/A | $149,917 | $579,121 | 79.4% |
| 2011 | 389 | $836,025 | N/A | $176,936 | $659,089 | 78.8% |
| 2012 [2] | 406 | $926,727 | N/A | $169,095 | $757,632 | 81.8% |

### Incurred Claims Per Adult Member

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid |
|---|---|---|---|---|---|
| **Grandfathered [1]** | | | | | |
| 2008 | 3,451 | | | | |
| 2009 | 3,189 | $3,413 | N/A | $101 | $3,312 |
| 2010 | 2,920 | $3,662 | N/A | $95 | $3,567 |
| 2011 | 2,635 | $3,762 | N/A | $94 | $3,668 |
| 2012 [2] | 2,363 | $3,388 | N/A | $82 | $3,306 |
| **Non-Grandfathered [1]** | | | | | |
| 2008 | 205 | | | | |
| 2009 | 280 | $1,504 | N/A | $351 | $1,153 |
| 2010 | 342 | $2,133 | N/A | $439 | $1,694 |
| 2011 | 389 | $2,149 | N/A | $455 | $1,694 |
| 2012 [2] | 406 | $2,280 | N/A | $416 | $1,864 |

[1] 2008 Rx costs not available

[2] 2012 data is annualized based on paid data through November 2012.

U:\50412\13\GHC\ReeseGroup\Interrogatories_10-13.xlsx

# CNH - UAW Retirees - Post-65 Medical Costs

Interrogatory 12

U:\50412\13\GHC\ReeseGroup\Interrogatories_10-13.xlsx

## Incurred Claims - Total $

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid | Plan % |
|---|---|---|---|---|---|---|
| **Grandfathered** | | | | | | |
| 2008 | 689 | $10,506,404 | $9,122,066 | $27,504 | $1,356,834 | 98.0% |
| 2009 | 967 | $13,250,479 | $11,606,304 | $42,033 | $1,602,142 | 97.4% |
| 2010 | 1,207 | $15,238,457 | $13,247,156 | $77,081 | $1,914,220 | 96.1% |
| 2011 | 1,454 | $22,191,732 | $20,007,290 | $21,510 | $2,162,932 | 99.0% |
| 2012 [1] | 1,681 | $26,906,320 | $24,229,513 | $11,197 | $2,665,610 | 99.6% |
| **Non-Grandfathered** | | | | | | |
| 2008 | 34 | $139,031 | $83,791 | $3,244 | $51,996 | 94.1% |
| 2009 | 43 | $130,724 | $114,341 | $4,684 | $11,699 | 71.4% |
| 2010 | 49 | $205,386 | $170,533 | $9,621 | $25,232 | 72.4% |
| 2011 | 69 | $604,003 | $556,254 | $6,339 | $41,411 | 86.7% |
| 2012 [1] | 96 | $551,395 | $504,246 | $2,608 | $44,541 | 94.5% |

## Incurred Claims Per Adult Member

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid |
|---|---|---|---|---|---|
| **Grandfathered** | | | | | |
| 2008 | 689 | $15,255 | $13,245 | $40 | $1,970 |
| 2009 | 967 | $13,697 | $11,998 | $43 | $1,656 |
| 2010 | 1,207 | $12,626 | $10,976 | $64 | $1,586 |
| 2011 | 1,454 | $15,261 | $13,759 | $15 | $1,487 |
| 2012 [1] | 1,681 | $16,009 | $14,416 | $7 | $1,586 |
| **Non-Grandfathered** | | | | | |
| 2008 | 34 | $4,032 | $2,430 | $94 | $1,508 |
| 2009 | 43 | $3,016 | $2,638 | $108 | $270 |
| 2010 | 49 | $4,195 | $3,483 | $197 | $515 |
| 2011 | 69 | $8,812 | $8,116 | $92 | $604 |
| 2012 [1] | 96 | $5,744 | $5,253 | $27 | $464 |

[1] 2012 data is annualized based on paid data through November 2012.

U:\5041213\GHC\ReeseGroup\Interrogatories_10-13.xlsx

# CNH - UAW Retirees - Pre-65 Medical Costs

## Interrogatory 13

### Incurred Claims - Total $

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid | Plan % |
|---|---|---|---|---|---|---|
| **Grandfathered** | | | | | | |
| 2008 | 3,451 | $27,550,556 | $3,292,935 | $230,051 | $24,027,570 | 99.1% |
| 2009 | 3,189 | $27,743,986 | $3,794,429 | $234,878 | $23,714,680 | 99.0% |
| 2010 | 2,920 | $27,486,960 | $3,554,157 | $219,284 | $23,713,519 | 99.1% |
| 2011 | 2,635 | $24,613,200 | $4,252,790 | $202,688 | $20,157,722 | 99.0% |
| 2012 [1] | 2,363 | $21,567,896 | $3,162,824 | $172,020 | $18,233,052 | 99.1% |
| **Non-Grandfathered** | | | | | | |
| 2008 | 205 | $1,596,049 | $211,291 | $72,795 | $1,311,964 | 94.7% |
| 2009 | 280 | $1,416,505 | $164,712 | $115,484 | $1,136,309 | 90.8% |
| 2010 | 342 | $3,038,329 | $197,425 | $191,522 | $2,649,383 | 93.3% |
| 2011 | 389 | $3,705,277 | $339,447 | $217,869 | $3,147,961 | 93.5% |
| 2012 [1] | 406 | $5,494,573 | $269,603 | $232,087 | $4,992,882 | 95.6% |

### Incurred Claims Per Adult Member

| | Enrollment | Allowed | COB | Patient Paid | Plan Paid |
|---|---|---|---|---|---|
| **Grandfathered** | | | | | |
| 2008 | 3,451 | $7,984 | $954 | $67 | $6,963 |
| 2009 | 3,189 | $8,699 | $1,190 | $74 | $7,436 |
| 2010 | 2,920 | $9,414 | $1,217 | $75 | $8,122 |
| 2011 | 2,635 | $9,340 | $1,614 | $77 | $7,649 |
| 2012 [1] | 2,363 | $9,128 | $1,339 | $73 | $7,716 |
| **Non-Grandfathered** | | | | | |
| 2008 | 205 | $7,786 | $1,031 | $355 | $6,400 |
| 2009 | 280 | $5,058 | $588 | $412 | $4,058 |
| 2010 | 342 | $8,888 | $578 | $560 | $7,750 |
| 2011 | 389 | $9,525 | $873 | $560 | $8,092 |
| 2012 [1] | 406 | $13,521 | $663 | $571 | $12,286 |

[1] 2012 data is annualized based on paid data through November 2012.

# EXHIBIT B

Towers Watson

4/12/2013

**CNH**
**PRML - Reese Group**
**Future Expected Aggregate Payments**
**Privileged and Confidential Information**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Proposed Plan** | | | | | | | | | | |
| Medical Pre-65 (Item 14) | 19,017,141 | 17,007,269 | 15,045,971 | 12,969,935 | 10,809,441 | 8,824,142 | 6,419,045 | 4,186,917 | 2,959,869 | 2,371,047 |
| Medical Post-65 (Item 15) | 2,576,386 | 2,967,041 | 3,343,566 | 3,710,969 | 4,077,862 | 4,458,252 | 4,817,731 | 5,145,671 | 5,340,600 | 5,456,866 |
| Prescription Pre-65 (Item 16) | 7,326,600 | 6,552,271 | 5,796,655 | 4,996,835 | 4,164,477 | 3,399,615 | 2,473,020 | 1,613,064 | 1,140,324 | 913,476 |
| Prescription Post-65 (Item 17) | - | - | - | - | - | - | - | - | - | - |
| Premium Pre-65 (Item 18) | - | 1,209,480 | 2,118,830 | 2,588,799 | 2,686,108 | 3,328,560 | 2,678,027 | 1,861,365 | 1,409,620 | 1,266,897 |
| Premium Post-65 (Item 19) | - | 132,023 | 291,757 | 467,136 | 671,249 | 887,565 | 1,125,461 | 1,380,054 | 1,620,015 | 1,859,280 |
| Out-of-Pocket Medical Pre-65 (Item 20) | 1,306,342 | 1,228,254 | 1,138,620 | 1,019,316 | 875,731 | 696,337 | 516,133 | 342,499 | 246,096 | 200,482 |
| Out-of-Pocket Medical Post-65 (Item 21) | 487,151 | 598,010 | 701,489 | 806,220 | 916,410 | 1,031,554 | 1,146,928 | 1,259,234 | 1,343,152 | 1,411,178 |
| Out-of-Pocket Prescription Pre-65 (Item 22) | 1,927,635 | 1,912,409 | 1,680,145 | 1,504,100 | 1,282,227 | 1,027,512 | 761,605 | 505,390 | 363,138 | 298,831 |
| Out-of-Pocket Prescription Post-65 (Item 23) | 3,814,942 | 4,468,917 | 5,093,120 | 5,686,825 | 6,278,785 | 6,872,573 | 7,427,731 | 7,916,179 | 8,450,049 | 8,856,046 |
| **Current Plan** | | | | | | | | | | |
| Medical Pre-65 (Item 24) | 21,365,162 | 20,088,035 | 18,622,048 | 16,670,857 | 14,322,533 | 11,388,543 | 8,441,328 | 5,601,549 | 4,024,879 | 3,278,874 |
| Medical Post-65 (Item 25) | 3,035,644 | 3,651,636 | 4,283,729 | 4,923,475 | 5,596,649 | 6,300,008 | 7,004,183 | 7,690,848 | 8,203,636 | 8,619,421 |
| Prescription Pre-65 (Item 26) | 9,554,031 | 8,982,927 | 8,327,379 | 7,454,841 | 6,404,722 | 5,092,706 | 3,774,776 | 2,504,889 | 1,799,838 | 1,466,240 |
| Prescription Post-65 (Item 27) | 6,820,673 | 8,215,355 | 9,651,858 | 11,104,471 | 12,646,347 | 14,255,050 | 15,869,650 | 17,448,860 | 18,640,664 | 19,626,275 |
| Out-of-Pocket Medical Pre-65 (Item 28) | 206,025 | 179,573 | 138,768 | 98,605 | 138,113 | 128,820 | 81,400 | 54,016 | 38,812 | 31,618 |
| Out-of-Pocket Medical Post-65 (Item 29) | 206,796 | 73,133 | 85,792 | 112,067 | 128,173 | 140,276 | 154,028 | 164,298 | 172,826 | 178,828 |
| Out-of-Pocket Prescription Pre-65 (Item 30) | 257,346 | 241,965 | 224,307 | 200,804 | 172,518 | 137,177 | 101,678 | 67,472 | 48,481 | 39,485 |
| Out-of-Pocket Prescription Post-65 (Item 31) | 212,395 | 255,494 | 299,720 | 344,481 | 391,581 | 440,792 | 490,061 | 538,105 | 573,384 | 603,075 |

**Methodology (Proposed and Current Plan Expected Payments)**
1) Develop projected gross pre-65 and post-65 claims and Medicare Part D subsidies (for the current plan only) using December 31, 2012 retiree medical actuarial valuation assumptions and methodologies.
2) Develop excise taxes expected to be paid in 2013 - 2022 under Proposed Plan (For the Current Plan, assume for excise tax purposes pre-65 and post-65 benefits can be aggregated and treated as one plan; under this assumption there will not be excise tax payments before 2022).
3) Develop employee contributions under the proposed plan assuming that contributions are $0 in 2013 and increase by 60% of the increase in claims each year following.
4) Develop percentages to apply to gross claims to estimate the portion of claims that are prescription drug claims versus medical claims. Proposed Plan Pre-65 Medical/Rx split is 72.2%/27.8%, Proposed Plan Post-65 Medical/Rx split is 100.0%/0.0%, Current Plan Pre-65 Medical/Rx split is 69.1%/30.1%, Current Plan Post-65 Medical/Rx split is 26.8%/73.2%.
5) Develop percentages to apply to the medical and prescription drug claims covers. The costs that the plans to do not cover are the assumed out of pocket expenses for participants. Proposed Plan Pre-65 OOP costs included in Medical/Rx are 93.6%/79.2%, Proposed Plan Post-65 OOP costs included in Medical is 83.9%, Current Plan Pre-65 OOP costs included in Medical/Rx are 98.0%/97.4%, Current Plan Post-65 OOP costs included in Medical/Rx are 98.0%/97.5%.
6) Apply the percentages developed in items 4 and 5 to the claims and excise taxes developed in items 1 and 2 as appropriate.

**CNH**
**PRML - Reese Group**
**Future Expected Per Capita Payments**
**Privileged and Confidential Information**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Proposed Plan** | | | | | | | | | | |
| Medical Pre-65 (Item 14) | 9,335 | 9,665 | 10,013 | 10,327 | 10,603 | 11,405 | 11,680 | 11,875 | 12,110 | 12,566 |
| Medical Post-65 (Item 15) | 1,300 | 1,340 | 1,380 | 1,419 | 1,460 | 1,499 | 1,540 | 1,583 | 1,629 | 1,681 |
| Prescription Pre-65 (Item 16) | 3,596 | 3,724 | 3,858 | 3,978 | 4,085 | 4,394 | 4,500 | 4,575 | 4,666 | 4,841 |
| Prescription Post-65 (Item 17) | - | - | - | - | - | - | - | - | - | - |
| Premium Pre-65 (Item 18) | - | 687 | 1,410 | 2,061 | 2,635 | 4,302 | 4,873 | 5,279 | 5,767 | 6,714 |
| Premium Post-65 (Item 19) | - | 60 | 120 | 179 | 240 | 298 | 360 | 425 | 494 | 572 |
| Out-of-Pocket Medical Pre-65 (Item 20) | 641 | 698 | 758 | 812 | 869 | 900 | 939 | 971 | 1,007 | 1,063 |
| Out-of-Pocket Medical Post-65 (Item 21) | 251 | 270 | 290 | 308 | 328 | 347 | 366 | 387 | 410 | 435 |
| Out-of-Pocket Prescription Pre-65 (Item 22) | 946 | 1,030 | 1,118 | 1,198 | 1,266 | 1,328 | 1,386 | 1,433 | 1,486 | 1,568 |
| Out-of-Pocket Prescription Post-65 (Item 23) | 1,925 | 2,018 | 2,102 | 2,174 | 2,248 | 2,310 | 2,374 | 2,436 | 2,578 | 2,728 |
| **Current Plan** | | | | | | | | | | |
| Medical Pre-65 (Item 24) | 10,487 | 11,416 | 12,393 | 13,273 | 14,048 | 14,720 | 15,359 | 15,888 | 16,468 | 17,377 |
| Medical Post-65 (Item 25) | 1,532 | 1,649 | 1,768 | 1,883 | 2,004 | 2,118 | 2,238 | 2,366 | 2,503 | 2,655 |
| Prescription Pre-65 (Item 26) | 4,680 | 5,105 | 5,542 | 5,936 | 6,282 | 6,582 | 6,868 | 7,105 | 7,364 | 7,771 |
| Prescription Post-65 (Item 27) | 3,441 | 3,709 | 3,994 | 4,246 | 4,528 | 4,792 | 5,071 | 5,387 | 5,687 | 6,046 |
| Out-of-Pocket Medical Pre-65 (Item 28) | 101 | 110 | 120 | 128 | 135 | 142 | 148 | 153 | 159 | 168 |
| Out-of-Pocket Medical Post-65 (Item 29) | 31 | 33 | 35 | 38 | 40 | 42 | 45 | 47 | 50 | 53 |
| Out-of-Pocket Prescription Pre-65 (Item 30) | 126 | 138 | 149 | 160 | 169 | 177 | 185 | 191 | 198 | 209 |
| Out-of-Pocket Prescription Post-65 (Item 31) | 107 | 115 | 124 | 132 | 140 | 148 | 157 | 166 | 175 | 186 |

**Methodology (Proposed and Current Plan Expected Payments)**

1) Develop projected gross pre-65 and post-65 claims and Medicare Part D subsidies (for the current plan only) using December 31, 2012 retiree medical actuarial valuation assumptions and methodologies.
2) Develop excise taxes expected to be paid in 2013 - 2022 under Proposed Plan (For the Current Plan, assume for excise tax purposes pre-65 and post-65 benefits can be aggregated and treated as one plan; under this assumption there will not be excise tax payments before 2022).
3) Develop employee contributions under the proposed plan assuming that contributions are $0 in 2013 and increase by 60% of the increase in claims each year following.
4) Develop percentages to apply to gross claims to estimate the portion of claims that are prescription drug versus medical claims.
   Proposed Plan Pre-65 Medical/Rx split is 72.2%/27.8%. Proposed Plan Post-65 Medical/Rx split is 100.0%/0.0%. Current Plan Pre-65 Medical/Rx split is 69.1%/30.1%. Current Plan Post-65 Medical/Rx split is 26.8%/73.2%.
5) Develop percentages of costs that the medical and prescription drug plans covers. The costs that the plans to do not cover are the assumed out of pocket expenses for participants.
   Proposed Plan Pre-65 OOP costs included in Medical/Rx are 93.6%/79.2%. Proposed Plan Post-65 OOP costs included in Medical is 83.8%.
   Current Plan Pre-65 OOP costs included in Medical/Rx are 98.0%/97.4%. Current Plan Post-65 OOP costs included in Medical/Rx are 98.0%/97.5%.
6) Apply the percentages developed in items 4 and 5 to the claims and excise taxes developed in items 1 and 2 as appropriate.