UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

**NOTICE REGARDING PLAINTIFFS' PENDING
MOTION REGARDING THE CURRENT SCHEDULING ORDER**

CNH Global N.V. and CNH America LLC (referred to collectively as "CNH") hereby provide notice of an alternative resolution to Plaintiffs' pending motion to extend the current scheduling order (R. 344). Plaintiffs' motion is fully briefed, but the parties have sought in good faith to avoid a ruling on the motion and agree to an extension of the current schedule. The parties came close but were unable to reach an agreement. The fundamental difference between the parties is that Plaintiffs insist on "dates certain" in the schedule, and CNH prefers to focus on the intervals between events:

| **Deadline** | **CNH's View** | **Plaintiffs' View** |
|---|---|---|
| Plaintiffs' expert reports due | 45 days following service of CNH's supplemental interrogatory responses | August 5, 2013[*] |

---

[*] This date is forty-seven days after CNH's deadline to supplement its interrogatory responses. (R. 346, Order 11.)

2

| Deadline | CNH's View | Plaintiffs' View |
|---|---|---|
| CNH's expert reports due | 21 days following service of Plaintiffs' expert reports | August 26, 2013 |
| Discovery deadline | 30 days following service of CNH's expert reports | September 27, 2013 |
| Dispositive-motion deadline | 18 days following discovery deadline | October 15, 2013 |
| Responses to dispositive motions | 24 days following filing of dispositive motion | November 8, 2013 |
| Replies in support of dispositive motions | 7 days following filing of response to dispositive motions | November 15, 2013 |

In addition to being consistent with the approach of the Federal and Eastern District of Michigan Rules of Civil Procedure—which routinely cast deadlines in terms of the previous event rather than a date certain—CNH's approach allows for *but does not require* more rapid performance of the tasks remaining during this remand. CNH reiterates its opposition to any extension of the current schedule, as discussed in CNH's response to Plaintiffs' motion (R. 345). However, if the Court is inclined to grant any extension of the schedule, it should grant one reflecting CNH's approach, which is reflected in the stipulated order proposed by CNH to Plaintiffs (Ex. 1).

Dated: May 29, 2013

Respectfully submitted,

s/Joshua David Rogaczewski

| | |
|---|---|
| Norman C. Ankers (P30533) | Bobby R. Burchfield (bburchfield@mwe.com) |
| (nankers@honigman.com) | Joshua David Rogaczewski |
| Honigman Miller Schwartz and Cohn LLP | (jrogaczewski@mwe.com |
| 2290 First National Building | McDermott Will & Emery LLP |
| 660 Woodward Avenue | The McDermott Building |
| Detroit, Michigan 48226 | 500 North Capitol Street, Northwest |
| 313.465.7306 | Washington, D.C. 20001 |
| 313.465.7307 fax | 202.756.8000 |
| | 202.756.8087 fax |

*Attorneys for CNH Global N.V. and CNH America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on I hereby certify that on May 29, 2013, I electronically filed the foregoing **Notice Regarding Plaintiffs' Pending Motion Regarding the Current Scheduling Order** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Joshua David Rogaczewski
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8195
202.591.2757 fax
