UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

**STIPULATED ORDER
MODIFYING THE CURRENT SCHEDULING ORDER**

The parties hereby stipulate that:

1. Plaintiffs withdraw their pending motion to extend the current scheduling order (R. 344).

2. The remainder of the schedule for these remand proceedings shall be as follows:

| | |
|---|---|
| Plaintiffs' expert reports due | 45 days following service of CNH's supplemental responses to Plaintiffs' interrogatories |
| CNH's expert reports due | 21 days following service of Plaintiffs' expert reports |
| Discovery deadline | 30 days following service of CNH's expert reports |
| Dispositive-motion deadline | 18 days following discovery deadline |
| Responses to dispositive motions | 24 days following filing of dispositive motion |

| | |
|---|---|
| Replies in support of dispositive motions | 7 days following filing of response to dispositive motions |

| | |
|---|---|
| Dated: May __, 2013 | Respectfully submitted, |
| _____ | _____ |
| Roger J. McClow (P27170) (rmcclow@michworklaw.com) David R. Radtke (P47016) (dradtke@michworklaw.com) Darcie R. Brault (P43864) (dbrault@michworklaw.com) McKnight, McClow, Canzano, Smith & Radtke, P.C. 400 Galleria Officentre, Suite 117 Southfield, Michigan 48034 248.354.9650 248.354.9656 fax | Norman C. Ankers (P30533) (nankers@honigman.com) Honigman Miller Schwartz and Cohn LLP 2290 First National Building 660 Woodward Avenue Detroit, Michigan 48226 313.465.7306 313.465.7307 fax  Bobby R. Burchfield (bburchfield@mwe.com) Joshua David Rogaczewski (jrogaczewski@mwe.com) McDermott Will & Emery LLP The McDermott Building 500 North Capitol Street, Northwest Washington, District of Columbia 20001 202.756.8000 202.756.8087 fax |
| *Attorney for Plaintiffs* | *Attorneys for CNH Global N.V. and CNH America LLC* |

It is so ordered.

Dated: May __, 2013                          _____
                                             Patrick J. Duggan
                                             United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on May __, 2013, by electronic or ordinary mail.

                                             _____
                                             Marilyn Orem
                                             Case Manager

2