UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN on behalf of themselves
and a similarly situated class,   Hon. Patrick J. Duggan
                                  Case No. 04-70592

    Plaintiffs,

v.   **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

    Defendants.
_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C. 20001 |
| | (202) 756-8000 |

_____/

**PLAINTIFFS' OBJECTION TO NOTICE REGARDING PLAINTIFFS' PENDING MOTION REGARDING THE CURRENT SCHEDULING ORDER (DOC. ENT. 349)**

NOW COME the Plaintiffs and object to Defendant's Notice Regarding Plaintiffs' Pending Motion Regarding the Current Scheduling Order (Doc. Ent. 349):

1. Defendant's submission of Docket Entry # 349 is not authorized by the Federal Rules of Civil Procedure.

2. Plaintiffs' motion for extension of the current scheduling order is fully briefed and is pending.

3. To be clear, the Plaintiffs did not stipulate to the order submitted by CNH, nor have the Plaintiffs withdrawn their currently pending motion for extension of the scheduling order.

4. Plaintiffs attempted to obtain interim relief from the current scheduling order which requires Plaintiffs to file expert witness reports on June 1, 2013, in part, because there is outstanding discovery which was recently the subject of court order. Docket Entry # 346. Plaintiffs will not receive the ordered discovery responses from CNH until after June 19, 2013 and will then be required to ask their expert witness(es) to supplement their reports with the information obtained through discovery. Rather than inefficiently duplicate efforts, Plaintiffs sought concurrence in a short extension of time for filing their expert witness report(s).

5. At first, Defendant CNH indicated it would agree to a proposed revised scheduling order, but then reneged when presented with a stipulation that contained CNH's very own proposed schedule. Exhibit A.

6. Defendant's proposed dateless schedule is unworkable for the reasons stated in email correspondence to Defendant's counsel earlier today. Plaintiffs' counsel has a very busy practice and it would be unnecessarily difficult to incorporate an 'interval' system into the calendar system. Also, floating deadlines that can be accelerated by forces outside Plaintiffs'

1

counsel's control are really not deadlines that counsel can plan for and work with easily. Under CNH's dateless schedule, for example, if CNH were to file a brief early, the Plaintiffs' response deadline could be accelerated right into a vacation week or a week during which a trial or an arbitration is scheduled. These are the conflicts scheduling orders with dates can effectively avoid.

7.      Plaintiffs reiterate their request for relief in their motion, to wit, that the following scheduling order be adopted by the Court:

| | | |
|---|---|---|
| September 3, 2013 | - | Plaintiffs' experts' reports due |
| September 24, 2013 | - | CNH experts' reports due |
| October 28, 2013 | - | Discovery closes |
| November 22, 2013 | - | Dispositive motion cutoff date |
| December 13, 2013 | - | Dispositive motion responses due |
| December 23, 2013 | - | Dispositive motion reply briefs due |

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By:/s/Darcie R. Brault
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI  48034
(248) 354-9650
dbrault@michworklaw.com

Dated: May 29, 2013

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2013 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

        Respectfully Submitted,

        McKNIGHT, McCLOW, CANZANO,
        SMITH & RADTKE, P.C.

        By: /s/Darcie R. Brault
        Darcie R. Brault (P43864)
        Attorneys for Class Plaintiffs
        400 Galleria Officentre, Suite 117
        Southfield, MI  48034
        (248) 354-9650
        dbrault@michworklaw.com

Dated: May 29, 2013