# EXHIBIT A

# Darcie Brault

| | |
|---|---|
| **From:** | Rogaczewski, Joshua <jrogaczewski@mwe.com> |
| **Sent:** | Tuesday, May 28, 2013 11:17 AM |
| **To:** | Darcie Brault |
| **Cc:** | Roger McClow; David Radtke; Capotosto, Laura; Burchfield, Bobby |
| **Subject:** | RE: Reese Scheduling Order |

Darcie:

CNH suggests the following changes (highlighted) to Plaintiffs' proposed revised scheduling order.

- **Plaintiffs' expert-disclosure deadline:** August 5, 2013.
- **CNH's expert-disclosure deadline:** August 26, 2013.
- **Discovery deadline:** September 27, 2013.
- **Dispositive-motion deadline:** October 15, 2013.
- **Deadline to respond to dispositive motions:** November 8, 2013.
- **Deadline to reply in support of dispositive motions:** November 15, 2013.

If Plaintiffs agree with the above counter-proposal, please prepare a stipulated order for our consideration.

Be advised, however, that CNH will not entertain future suggestions that this nearly decade-old case be delayed further and it will oppose any attempt by Plaintiffs to achieve further delays.

Joshua David Rogaczewski
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001
202.756.8000 [general number]; 202.756.8195 [direct line]
202.756.8087 [general facsimile]; 202.591.2757 [direct facsimile]

---

**From:** Darcie Brault [mailto:DBrault@MichWorkLaw.com]
**Sent:** Friday, May 24, 2013 11:50
**To:** Rogaczewski, Joshua; Capotosto, Laura; Burchfield, Bobby
**Cc:** Roger McClow; David Radtke
**Subject:** Reese Scheduling Order

Dear Mr. Rogaczewski,

I attempted to contact you by telephone today, but understand that you are traveling (with access to email).

We requested on May 22, 2013 that CNH consider stipulating to some interim relief in the scheduling order in light of the Court's recent ruling that CNH is required to answer several outstanding interrogatories. Our suggestion, communicated through Ms. Capotosto, was that we extend the date for Plaintiff's expert report to July 29, 2013 or to 10 days after the motion to extend dates is decided if the motion is denied. Mr. Rogaczewski responded with no interim proposal, but suggested that the parties stipulate to this schedule, which CNH would do if Plaintiffs agreed to withdraw their motion to extend dates:

| | |
|---|---|
| July 19, 2013 | Plaintiffs' experts' reports due |

1

| | |
|---|---|
| August 9, 2013 | CNH experts' reports due |
| September 9, 2013 | Discovery closes |
| September 30, 2013 | Dispositive motion cutoff date |

I would remind everyone that the dates that I originally set forth in the motion to extend the scheduling order were:

| | |
|---|---|
| September 3, 2013 | Plaintiffs' experts' reports due |
| September 24, 2013 | CNH experts' reports due |
| October 28, 2013 | Discovery closes |
| November 22, 2013 | Dispositive motion cutoff date |
| December 13, 2013 | Dispositive motion responses due |
| December 23, 2013 | Dispositive motion reply briefs due |

We would be willing to compromise as follows. Plaintiffs would withdraw their pending motion to extend dates and stipulate to this scheduling order:

| | |
|---|---|
| **August 5, 2013** | **Plaintiffs' experts' reports due** |
| **August 26, 2013** | **CNH experts' reports due** |
| **September 27, 2013** | **Discovery closes** |
| **October 22, 2013** | **Dispositive motion cutoff date** |
| **November 12, 2013** | **Dispositive motion responses due** |
| **November 22, 2013** | **Dispositive motion reply briefs due** |

If this is not acceptable, then please advise if there is any interim relief CNH would consider.

Please advise.

Darcie R. Brault, Esq.
*McKnight, McClow, Canzano, Smith & Radtke, P.C.*
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com

*******************************************
This e-mail message from Darcie Brault is for the sole use of
the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the
sender by reply e-mail and destroy all copies of the original message.

*********************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it

2

from your system. Thank you.
*******************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

…