UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on           Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                  Case No. 04-70592

    Plaintiffs,

v.                                           **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.
_____/

EXHIBIT B
TO
PLAINTIFFS' MOTION TO COMPEL ANSWERS
TO FIRST INTERROGATORIES

**FILED UNDER SEAL**