UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                    Plaintiff(s),

v.                                                    Case No. 2:04–cv–70592–PJD–PJK
                                                      Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                    Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Paul J. Komives for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion to Compel – #356


                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge


### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                              s/M. Orem
                              Case Manager

Dated:   July 19, 2013