CNH's Opposition to Plaintiffs'
Motion to Compel Further Interrogatory Responses


Exhibit 4


Collection of Personnel and Benefit File Documents (Redacted)

Confidential Pursuant to Court Order

CNHA004972

## UAW PENSION CALCULATIONS - HOURLY

NAME    >    ▓▓▓▓▓▓▓
SS NO   >    ▓▓▓▓▓▓▓

ENTER PENSION CODE    >    74    =>    EARLY WITHOUT OPTION

| | MM | DD | YYY | | |
|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | ▓▓▓▓▓▓▓▓ | | | |
| RETIREMENT DATE | > | 4 * | 1 | 2001 | |
| AGE AT RETIREMENT | | 7 * | 54 => | | 54.07 |
| Age Reduction Factor | | | press CONTROL A | | |
| | | | => | 0.559 | |

| SPOUSE BIRTH DATE | > | | | |
|---|---|---|---|---|
| AGE DIFFERENCE | : | + | 0 | |
| AGE AT RETIREMENT | : | + | => | 0.00 |
| Spouse Option Reduction | | | => | 0.00% |

DATE OF MARRIAGE    >                        0

| SPOUSE BENEFIT | | + | 0 => | $0.00 |
|---|---|---|---|---|
| Effective Date | 0 | 0 | 0 => If Applicable | |

| MEDICARE -- | EMPLOYEE | 8 | 1 | 2011 |
|---|---|---|---|---|
| | SPOUSE | | | |

| CREDITED SERVICE AT 6/30/94 | > | 30.03 |
|---|---|---|
| FOUNDRY CREDIT | > | |
| CREDITED CASE SERVICE | > | 6.60 |
| TOTAL CREDITED SERVICE | => | 36.63 |

| IH  RATE  CODE (A,B,C,D, or X) | > | X |
|---|---|---|
| RECEIVING SOC SEC(If code=75) Y/N | > | n |

-DATA-

| UAW Rate | $39.45 |
|---|---|
| Supplement | $2,280.00 |
| Temporary Supplement Rate | $36.90 |
| TRP Frozen Benefit | $1,850.00 |

---

**For Normal,  30 and Out,  60 and 10,  and 85 points**

| | TRP | TOTAL | |
|---|---|---|---|
| Rate | $31.15 | $39.45 | BASE |
| X Service | 30.03 | 36.63 | BENEFIT |
| | ----------- | ----------- | |
| = | $935.43 | $1,445.05 | $284.87    2280.00 |
| Less Spouse Option Red. | 0.00 | 0.00 | |
| Less Age Reduction | 412.52 | 637.27 | SUPPLEMENT |
| Base Benefit    = | $522.91 | $807.78 | $145.13 |
| Supplement | $1,850.00 | $2,280.00 | |
| 85 Point Reduction | 0.00 | 0.00 | |
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| | ----------- | ----------- | BENEFIT |
| Adjusted Supplement | 1850.00 | 2,280.00 | |
| Less Base | 522.91 | 807.78 | $1,850.00 |
| | ----------- | ----------- | |
| = | $1,327.09 | $1,472.22 | |

**For Special Early  and Disability**

| | TRP | TOTAL | |
|---|---|---|---|
| Rate | $31.15 | $39.45 | BASE |
| X Service | 0.00 | 0.00 | BENEFIT |
| | ----------- | ----------- | |
| = | $0.00 | $0.00 | $0.00    0.00 |
| Less Spouse Option Red. | 0.00 | 0.00 | |
| Special Spouse Reduction  > | 0.000 | 0.000 | TRP FROZEN |
| (Press ALT - R) | | | BENEFIT |
| | ----------- | ----------- | |
| Base Benefit    = | $0.00 | $0.00 | $0.00 |
| Supplement | : | $0.00 | |
| | | | SUPPLEMENT |
| | | | $0.00 |



July 1, 2004
Page 1

# CNH U.S. Pension Plan
*Benefit Summary*

### *Basic Participant Data*

Participant Name:
Participant Date of Birth:
Date of Hire:              April 27, 1973
Date of Termination:       August 31, 2004
Benefit Commencement Date: September 1, 2004
Commencement Type:         Early Retirement
Benefit Service at Retirement: 23.100
Pension Plan Code:         United Auto Workers (Union)

### *Monthly Optional Forms of Payment*

|  | **CNH** |
|---|---|
| Single Life Annuity: | |
| Pre 62: | 1,832.52 |
| Post 62: | 970.20 |
| | |
| 55% Spouse Annuity: | |
| - Participant's Benefit | |
| Pre 62: | 1,832.52 |
| Post 62: | 970.20 |
| | |
| - Beneficiary's Benefit | 533.61 |

This is only an estimate which is based on the retirement date, personal information and other assumptions you provided to process this estimate.  Incorrect information can affect your benefit; therefore, you should notify the CNH Pension Service Center of any incorrect information that is reflected on the top portion of this page.

Confidential Pursuant to Court Order

CNHA004976

Confidential Pursuant to Court Order

CNHA004989

UAW PENSION CALCULATIONS - HOURLY

NAME    >   ███████████
SS NO   >

ENTER PENSION CODE        >   73   =>   EARLY WITH OPTION                    -    +

|  | MM | DD | YYY |  |  |
|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE   > | ████████ |  |  |  |  |
| RETIREMENT DATE       > | 6 | 1 | 2002 |  |  |
| AGE AT RETIREMENT     > | 1 + | 57 | => | 57.01 |  |

Age Reduction Factor            press CONTROL A
                                =>              0.699

SPOUSE BIRTH DATE      >   ███████████
AGE DIFFERENCE                 +      7
AGE AT RETIREMENT             **        =>          0.00

   Spouse Option Reduction              =>          0.00%

DATE OF MARRIAGE       >   12    1    1973        0

SPOUSE BENEFIT               -    28   =>       $793.10
   Effective Date           0    0    0   => If Applicable

MEDICARE --   EMPLOYEE      11   1   2003
              SPOUSE

CREDITED SERVICE AT 6/30/94        >        27.83
FOUNDRY CREDIT                     >
CREDITED CASE SERVICE              >         7.60
   TOTAL CREDITED SERVICE          =>       35.43

IH  RATE  CODE (A,B,C,D, or X)     >    X
RECEIVING SOC SEC(if code=75) Y/N  >    n

              -DATA-
       UAW Rate                    $40.70
       Supplement                  $2,330.00
       Temporary Supplement Rate   $37.90
       TRP Frozen Benefit          $1,850.00

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  | TRP | TOTAL |  |  |
|---|---|---|---|---|
| Rate | $31.15 | $40.70 | BASE | |
| X Service | 27.83 | 35.43 | BENEFIT | |
| = | $866.90 | $1,442.00 | $402.00 | 2330 |
| Less Spouse Option Red.  : | 0.00 | 0.00 | | |
| Less Age Reduction | 260.94 | 434.04 | | |
| Base Benefit  = | $605.96 | $1,007.96 | SUPPLEMENT | |
| Supplement  : | $1,716.28 | $2,330.00 | $211.73 | |
| 85 Point Reduction | 0.00 | 0.00 | | |
| Less Spouse Option Red. | 0.00 | 0.00 | | |
| Adjusted Supplement | 1716.28 | 2,330.00 | TRP FROZEN | |
| Less Base  : | 605.96 | 1007.96 | BENEFIT | |
| =  | $1,110.32 | $1,322.04 | $1,716.28 | |

**For Special Early  and Disability**

|  | TRP | TOTAL |  |
|---|---|---|---|
| Rate | $31.15 | $40.70 | BASE |
| X Service | 0.00 | 0.00 | BENEFIT |
| = | $0.00 | $0.00 | $0.00   0.0 |
| Less Spouse Option Red.  : | 0.00 | 0.00 | TRP FROZEN |
| Special Spouse Reduction  > | 0.000 | 0.000 | BENEFIT |
| (Press ALT - R) | | | |
| Base Benefit  = | $0.00 | $0.00 | $0.00 |
| Supplement  : | | $0.00 | SUPPLEMENT |
| | | | $0.00 |

Confidential Pursuant to Court Order

CNHA004993

UAW PENSION CALCULATIONS - HOURLY

NAME  >  ▉▉▉▉▉▉▉
SS NO  >  ▉▉▉▉▉▉▉

ENTER PENSION CODE        >    78    =>    DISABILITY WITHOUT OPTION

| | MM | DD | YYY |
|---|---|---|---|
| EMPLOYEE BIRTH DATE    > | ▉ | ▉ | ▉ |
| RETIREMENT DATE        > | 1 | 1 | 2001 |
| AGE AT RETIREMENT      . | 8 * | 54 => | 54.08 |

Age Reduction Factor                =>            0.563

| SPOUSE BIRTH DATE      > | 0 | 0 | 0 |
|---|---|---|---|
| AGE DIFFERENCE         : | + | 0 | |
| AGE AT RETIREMENT      : | 0 + | 2001 => | 2001.00 |

Spouse Option Reduction              =>            0.00%

DATE OF MARRIAGE         >    0    0    0         0

SPOUSE BENEFIT                  +    0  =>        $0.00
    Effective Date              0    0    0  => If Applicable

| MEDICARE -- | EMPLOYEE | : | 4 | 1 | 2011 |
|---|---|---|---|---|---|
| | SPOUSE | : | 0 | 0 | 65 |

| CREDITED SERVICE AT 6/30/94 | > | 22.20 |
|---|---|---|
| FOUNDRY CREDIT | > | 0.00 |
| CREDITED CASE SERVICE | > | 2.80 |
| TOTAL CREDITED SERVICE | => | 25.00 |

IH  RATE  CODE (A,B,C,D, or X)        >      X
RECEIVING SOC SEC(if code=75) Y/N     >      Y

                    -DATA-
| UAW Rate | $38.20 |
|---|---|
| Supplement | $2,230.00 |
| Temporary Supplement Rate | $35.90 |
| TRP Frozen Benefit | $1,850.00 |

**For Normal,  30 and Out,  60 and 10,  and 85 points**

|  | | TRP | TOTAL | BASE |
|---|---|---|---|---|
| Rate | : | $31.15 | $38.20 | BENEFIT |
| X Service | : | 0.00 | 0.00 | |
|  | = | $0.00 | $0.00 | $0.00 | 0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | |
| Less Age Reduction | : | 0.00 | 0.00 | SUPPLEMENT |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |
| Supplement | : | $0.00 | $0.00 | |
| 85 Point Reduction | : | 0.00 | 0.00 | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
|  | | | | BENEFIT |
| Adjusted Supplement | : | 0.00 | 0.00 | |
| Less Base | : | 0.00 | 0.00 | $0.00 |
|  | = | $0.00 | $0.00 | |

**For Special Early  and Disability**

|  | | TRP | TOTAL | BASE |
|---|---|---|---|---|
| Rate | : | $31.15 | $38.20 | BENEFIT |
| X Service | : | 22.20 | 25.00 | |
|  | = | $691.53 | $955.00 | $263.47 | 955.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| Special Spouse Reduction | > | 0.000 | 0.00 | BENEFIT |
| (Press ALT - R) | | | | |
| Base Benefit | = | $691.53 | $955.00 | $691.53 |
| Supplement | : | | $0.00 | |
|  | | | | SUPPLEMENT |
|  | | | | $0.00 |

WARNING



July 1, 2004
Page 1

# CNH U.S. Pension Plan
*Benefit Summary*

## *Basic Participant Data*

Participant Name:
Participant Date of Birth:
Date of Hire:                          April 11, 1975
Date of Termination:              August 31, 2004
Benefit Commencement Date:   September 1, 2004
Commencement Type:            Early Retirement
Benefit Service at Retirement:   22.600
Pension Plan Code:               United Auto Workers (Union)

## *Monthly Optional Forms of Payment*

|                                  | **CNH**  |
|----------------------------------|----------|
| Single Life Annuity:             |          |
|     Pre 62:  | 1,792.86 |
|     Post 62: | 949.20   |
|                                  |          |
| 55% Spouse Annuity:              |          |
|     - Participant's Benefit |  |
|     Pre 62:  | 1,792.86 |
|     Post 62: | 949.20   |
|                                  |          |
|     - Beneficiary's Benefit | 522.06 |

This is only an estimate which is based on the retirement date, personal information and other assumptions you provided to process this estimate.  Incorrect information can affect your benefit; therefore, you should notify the CNH Pension Service Center of any incorrect information that is reflected on the top portion of this page.

Confidential Pursuant to Court Order

UAW PENSION CALCULATIONS - HOURLY

| | | |
|---|---|---|
| NAME | > | █████████ |
| SS NO | > | █████████ |

ENTER PENSION CODE            >    73    =>   EARLY WITH OPTION

|  | | MM | DD | YYY | | |
|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | █████████ | | | | |
| RETIREMENT DATE | > | 5 | 1 | 2001 | | |
| AGE AT RETIREMENT | : | 10 | * | 49 | => | 49.10 |

Age Reduction Factor                                =>    0.378

| | | | | | | |
|---|---|---|---|---|---|---|
| SPOUSE BIRTH DATE | > | █████████ | | | | |
| AGE DIFFERENCE | : | | - | 0 | | |
| AGE AT RETIREMENT | : | 5 | * | 49 | => | 49.05 |

Spouse Option Reduction                          =>    0.00%

DATE OF MARRIAGE            >    4    5    1975            0

SPOUSE BENEFIT                          -    26    =>    $689.98
  Effective Date            :    0    0    0    => If Applicable

| MEDICARE -- | EMPLOYEE | : | 6 | 1 | 2016 |
|---|---|---|---|---|---|
| | SPOUSE | : | 11 | 1 | 2016 |

| | | | |
|---|---|---|---|
| CREDITED SERVICE AT 6/30/94 | > | 25.00 |
| FOUNDRY CREDIT | > | 0.00 |
| CREDITED CASE SERVICE | > | 6.80 |
|   TOTAL CREDITED SERVICE | => | 31.80 |

IH  RATE  CODE (A,B,C,D, or X)            >    X
RECEIVING SOC SEC(if code = 75) Y/N       >    N

-DATA-

| | |
|---|---|
| UAW Rate | $39.45 |
| Supplement | $2,280.00 |
| Temporary Supplement Rate | $36.90 |
| TRP Frozen Benefit | $1,850.00 |

Confidential Pursuant to Court Order

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  |  | TRP | TOTAL |  |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | BASE |  |
| X Service | : | 25.00 | 31.80 | BENEFIT |  |
|  |  | --------------- | --------------- |  |  |
|  | = | $778.75 | $1,254.51 | $179.83 | 2280.00 |
|  |  |  |  |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 |  |  |
| Less Age Reduction | : | 484.38 | 780.31 |  |  |
|  |  | --------------- | --------------- | SUPPLEMENT |  |
| Base Benefit | = | $294.37 | $474.20 |  |  |
|  |  |  |  | $558.42 |  |
| Supplement | : | $1,541.75 | $2,280.00 |  |  |
| 85 Point Reduction | : | 0.00 | 0.00 |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |  |
|  |  | --------------- | --------------- | BENEFIT |  |
| Adjusted Supplement | : | 1541.75 | 2,280.00 |  |  |
| Less Base | : | 294.37 | 474.20 | $1,541.75 |  |
|  |  | --------------- | --------------- |  |  |
|  | = | $1,247.38 | $1,805.80 |  |  |

**For Special Early and Disability**

|  |  | TRP | TOTAL | BASE |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | BENEFIT |  |
| X Service | : | 0.00 | 0.00 |  |  |
|  |  | --------------- | --------------- |  |  |
|  | = | $0.00 | $0.00 | $0.00 | 0.00 |
|  |  |  |  |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |  |
| Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT |  |
| (Press ALT - R) |  | --------------- | --------------- |  |  |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |  |
|  |  |  |  |  |  |
| Supplement | : |  | $0.00 | SUPPLEMENT |  |
|  |  |  |  | $0.00 |  |

Confidential Pursuant to Court Order



July 1, 2004
Page 1

# CNH U.S. Pension Plan
*Benefit Summary*

### *Basic Participant Data*

| | |
|---|---|
| Participant Name: | |
| Participant Date of Birth: | |
| Date of Hire: | May 2, 1973 |
| Date of Termination: | August 31, 2004 |
| Benefit Commencement Date: | September 1, 2004 |
| Commencement Type: | Early Retirement |
| Benefit Service at Retirement: | 25.600 |
| Pension Plan Code: | United Auto Workers (Union) |

### *Monthly Optional Forms of Payment*

|  | **CNH** |
|---|---|
| Single Life Annuity: | |
| Pre 62: | 2,030.85 |
| Post 62: | 1,075.20 |
| | |
| 55% Spouse Annuity: | |
| - Participant's Benefit | |
| Pre 62: | 2,030.85 |
| Post 62: | 1,075.20 |
| | |
| - Beneficiary's Benefit | 591.36 |

This is only an estimate which is based on the retirement date, personal information and other assumptions you provided to process this estimate.  Incorrect information can affect your benefit; therefore, you should notify the CNH Pension Service Center of any incorrect information that is reflected on the top portion of this page.

UAW PENSION CALCULATIONS - HOURLY

NAME    >    ██████████████
SS NO   >    ██████████████

ENTER PENSION CODE              >    73      =>   EARLY WITH OPTION

|                          |     | MM  | DD  | YYY  |     |         |
|--------------------------|-----|-----|-----|------|-----|---------|
| EMPLOYEE BIRTH DATE      | >   | ████████████████ |     |     |         |
| RETIREMENT DATE          | >   | 11  | 1   | 2001 |     |         |
| AGE AT RETIREMENT        | :   | 11  | *   | 51   | =>  | 51.11   |

press CONTROL A

Age Reduction Factor                       =>            0.447

SPOUSE BIRTH DATE               >    ████████████████
AGE DIFFERENCE                  :        -       3
AGE AT RETIREMENT               :    0  +      48   =>       48.00

Spouse Option Reduction                    =>            0.00%

DATE OF MARRIAGE                >    8   18   1973          0

SPOUSE BENEFIT                            -       28   =>       $650.93
   Effective Date              :    0    0    0   =>  If Applicable

MEDICARE --      EMPLOYEE       :    11   1   2014
                 SPOUSE         :    10   1   2018

CREDITED SERVICE AT 6/30/94              >       22.70
FOUNDRY CREDIT                           >        0.00
CREDITED CASE SERVICE                    >        7.30
   TOTAL CREDITED SERVICE               =>       30.00

IH  RATE  CODE (A,B,C,D, or X)           >       X
RECEIVING SOC SEC(if code=75) Y/N        >       N

                        -DATA-
        UAW Rate                            $39.45
        Supplement                       $2,280.00
        Temporary Supplement Rate           $36.90
        TRP Frozen Benefit               $1,850.00

Confidential Pursuant to Court Order

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  |  | TRP | TOTAL |  |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | BASE |  |
| X Service | : | 22.70 | 30.00 | BENEFIT |  |
|  |  | ------------------ | ------------------ |  |  |
|  | = | $707.11 | $1,183.50 | $212.94 | 2280.00 |
|  |  |  |  |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 |  |  |
| Less Age Reduction | : | 391.03 | 654.48 |  |  |
|  |  | ------------------ | ------------------ | SUPPLEMENT |  |
| Base Benefit | = | $316.08 | $529.02 |  |  |
|  |  |  |  | $667.15 |  |
| Supplement | : | $1,399.91 | $2,280.00 |  |  |
| 85 Point Reduction | : | 0.00 | 0.00 |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |  |
|  |  | ------------------ | ------------------ | BENEFIT |  |
| Adjusted Supplement | : | 1399.91 | 2,280.00 |  |  |
| Less Base | : | 316.08 | 529.02 | $1,399.91 |  |
|  |  | ------------------ | ------------------ |  |  |
|  | = | $1,083.83 | $1,750.98 |  |  |

**For Special Early and Disability**

|  |  | TRP | TOTAL | BASE |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | BENEFIT |  |
| X Service | : | 0.00 | 0.00 |  |  |
|  |  | ------------------ | ------------------ |  |  |
|  | = | $0.00 | $0.00 | $0.00 | 0.00 |
|  |  |  |  |  |  |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |  |
| Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT |  |
| (Press ALT - R) |  | ------------------ | ------------------ |  |  |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |  |
|  |  |  |  |  |  |
| Supplement | : |  | $0.00 |  |  |
|  |  |  |  | SUPPLEMENT |  |
|  |  |  |  | $0.00 |  |

Confidential Pursuant to Court Order

Confidential Pursuant to Court Order

NAME  >  ████████████

SS NO  >  ████████████

ENTER PENSION CODE           >   73   =>   EARLY WITH OPTION

|  |  | MM | DD | YYYY |  |
|---|---|---|---|---|---|

EMPLOYEE BIRTH DATE      >
RETIREMENT DATE            >       2    1    2004
AGE AT RETIREMENT              4  *   48  =>                48.04
                                            press CONTROL A
     Age Reduction Factor                   =>           0.337

SPOUSE BIRTH DATE         >  ████████████
AGE DIFFERENCE                      *      1
AGE AT RETIREMENT                   *         =>          0.00

     Spouse Option Reduction        =>               0.00%

DATE OF MARRIAGE          >    2   28   1981        0

SPOUSE BENEFIT                   -       22  =>       $723.03
     Effective Date          0    0      0  => If Applicable

MEDICARE --     EMPLOYEE        11   1   2003
                SPOUSE


CREDITED SERVICE AT 6/30/94         >        20.80
FOUNDRY CREDIT                      >         1.00
CREDITED CASE SERVICE               >         9.50
   TOTAL CREDITED SERVICE          =>        31.30

IH  RATE  CODE (A,B,C,D, or X)       >      X
RECEIVING SOC SEC(if code=75) Y/N    >      n
                       -DATA-
          UAW Rate                        $42.00
          Supplement                    $2,380.00
          Temporary Supplement Rate       $38.90
          TRP Frozen Benefit            $1,850.00

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  | TRP | TOTAL |  |  |
|---|---|---|---|---|
| Rate | $31.15 | $42.00 | BASE |  |
| X Service | 20.80 | 31.30 | BENEFIT |  |
|  | -------- | -------- |  |  |
| = | $647.92 | $1,314.60 | $224.67 | 2380. |
|  |  |  |  |  |
| Less Spouse Option Red. | 0.00 | 0.00 |  |  |
| Less Age Reduction | 429.57 | 871.58 |  |  |
|  | -------- | -------- | SUPPLEMENT |  |
| Base Benefit = | $218.35 | $443.02 |  |  |
|  |  |  | $872.59 |  |
| Supplement | $1,282.74 | $2,380.00 |  |  |
| 85 Point Reduction | 0.00 | 0.00 |  |  |
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |  |
|  |  |  | BENEFIT |  |
| Adjusted Supplement | 1282.74 | 2,380.00 |  |  |
| Less Base | 218.35 | 443.02 | $1,282.74 |  |
|  | -------- | -------- |  |  |
| = | $1,064.39 | $1,936.98 |  |  |

**For Special Early  and Disability**

|  | TRP | TOTAL |  |  |
|---|---|---|---|---|
| Rate | $31.15 | $42.00 | BASE |  |
| X Service | 0.00 | 0.00 | BENEFIT |  |
|  | -------- | -------- |  |  |
| = | $0.00 | $0.00 | $0.00 | 0.0 |
|  |  |  |  |  |
| Less Spouse Option Red. | 0.00 | 0.00 |  |  |
| Special Spouse Reduction  > | 0.000 | 0.000 | TRP FROZEN |  |
| (Press ALT - R) | -------- | -------- | BENEFIT |  |
| Base Benefit = | $0.00 | $0.00 |  |  |
|  |  |  | $0.00 |  |
| Supplement |  | $0.00 |  |  |
|  |  |  | SUPPLEMENT |  |
|  |  |  | $0.00 |  |

CNHA005015

Confidential Pursuant to Court Order

UAW PENSION CALCULATIONS - HOURLY

NAME  >  ▮▮▮▮▮▮▮▮
SS NO  >  ▮▮▮▮▮▮▮▮

ENTER PENSION CODE  >  74  =>  EARLY WITHOUT OPTION

|  | MM | DD | YYY | | |
|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | ▮▮▮▮▮▮ | | | |
| RETIREMENT DATE | > | 3 | 1 | 2004 | |
| AGE AT RETIREMENT | : | 4 * | 58 | => | 58.04 |
| Age Reduction Factor | | | press CONTROL A => | | 0.771 |
| SPOUSE BIRTH DATE | > | 0 | 0 | 0 | |
| AGE DIFFERENCE | : | + | -1945 | | |
| AGE AT RETIREMENT | : | 2 + | 2004 | => | 2004.02 |
| Spouse Option Reduction | | | => | | 0.00% |
| DATE OF MARRIAGE | > | 0 | 0 | 0 | 0 |
| SPOUSE BENEFIT | | + | 0 | => | $0.00 |
| Effective Date | : | 0 | 0 | 0 | => If Applicable |
| MEDICARE -- EMPLOYEE | : | 10 | 1 | 2010 | |
| SPOUSE | : | 0 | 0 | 65 | |

| | | | |
|---|---|---|---|
| CREDITED SERVICE AT 6/30/94 | > | 30.60 | |
| FOUNDRY CREDIT | > | 0.00 | |
| CREDITED CASE SERVICE | > | 9.40 | |
| TOTAL CREDITED SERVICE | => | 40.00 | |
| IH  RATE  CODE (A,B,C,D, or X) | > | X | |
| RECEIVING SOC SEC(if code=75) Y/N | > | N | |

-DATA-

| | |
|---|---|
| UAW Rate | $42.00 |
| Supplement | $2,380.00 |
| Temporary Supplement Rate | $38.90 |
| TRP Frozen Benefit | $1,850.00 |

**For Normal, 30 and Out, 60 and 10, and 85 points**

| | | TRP | TOTAL | | |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $42.00 | BASE | |
| X Service | : | 30.60 | 40.00 | BENEFIT | |
| | = | $953.19 | $1,680.00 | $560.37 | 2380.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | | |
| Less Age Reduction | : | 218.28 | 384.72 | | |
| Base Benefit | = | $734.91 | $1,295.28 | SUPPLEMENT | |
| Supplement | : | $1,850.00 | $2,380.00 | ($30.37) | |
| 85 Point Reduction | : | 0.00 | 0.00 | | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN | |
| Adjusted Supplement | : | 1850.00 | 2,380.00 | BENEFIT | |
| Less Base | : | 734.91 | 1295.28 | $1,850.00 | |
| | = | $1,115.09 | $1,084.72 | | |

**For Special Early  and Disability**

| | | TRP | TOTAL | | |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $42.00 | BASE | |
| X Service | : | 0.00 | 0.00 | BENEFIT | |
| | = | $0.00 | $0.00 | $0.00 | 0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN | |
| Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT | |
| (Press ALT - R) | | | | | |
| Base Benefit | = | $0.00 | $0.00 | $0.00 | |
| Supplement | : | | $0.00 | SUPPLEMENT | |
| | | | | $0.00 | |

CNHA005022

Confidential Pursuant to Court Order

CNHA005030

UAW PENSION CALCULATIONS - HOURLY

NAME    >  ██████████

SS NO   >  ██████████

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  | | TRP | TOTAL | BASE BENEFIT |
|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | |
| X Service | : | 23.65 | 30.35 | |
| | = | $736.70 | $1,197.31 | $341.77    2280.00 |

ENTER PENSION CODE          >   73   =>   EARLY WITH OPTION

|  | | | |
|---|---|---|---|
| Less Spouse Option Red. | : | 0.00 | 0.00 |
| Less Age Reduction | : | 190.07 | 308.91 |

MM  DD  YYY

|  | | | | | | |
|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | ██████████ | | | | |
| RETIREMENT DATE | > | 4 | 1 | 2001 | | |
| AGE AT RETIREMENT | | 10 | * | 57 | => | 57.10 |

| | | | | SUPPLEMENT |
|---|---|---|---|---|
| Base Benefit | = | $546.63 | $888.40 | |

press CONTROL A

Age Reduction Factor          =>       0.742

| | | | | $479.73 |
|---|---|---|---|---|
| Supplement | : | $1,458.50 | $2,280.00 | |
| 85 Point Reduction | : | 0.00 | 0.00 | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN BENEFIT |

| | | | | |
|---|---|---|---|---|
| SPOUSE BIRTH DATE | > | ██████████ | | |
| AGE DIFFERENCE | | + | 2 | |
| AGE AT RETIREMENT | | ** | => | 0.00 |

| | | | | |
|---|---|---|---|---|
| Adjusted Supplement | | 1458.50 | 2,280.00 | |
| Less Base | | 546.63 | 888.40 | $1,458.50 |

Spouse Option Reduction          =>       0.00%

| | | | |
|---|---|---|---|
| | = | $911.87 | $1,391.60 |

DATE OF MARRIAGE    >    5    5    1979         0

SPOUSE BENEFIT       -       21   =>   $658.52

Effective Date    :    0    0    0   =>   If Applicable

**For Special Early  and Disability**

| | | TRP | TOTAL | BASE BENEFIT |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| MEDICARE – | EMPLOYEE | : | 5   1   2008 | |
| | SPOUSE | : | 8   1   2010 | |

| | | TRP | TOTAL | |
|---|---|---|---|---|
| Rate | : | $31.15 | $39.45 | |
| X Service | : | 0.00 | 0.00 | |
| | = | $0.00 | $0.00 | $0.00    0.00 |

| | | | |
|---|---|---|---|
| CREDITED SERVICE AT 6/30/94 | > | 23.65 | |
| FOUNDRY CREDIT | > | | |
| CREDITED CASE SERVICE | > | 6.70 | |
| TOTAL CREDITED SERVICE | => | 30.35 | |

| | | | | |
|---|---|---|---|---|
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN BENEFIT |
| Special Spouse Reduction | > | 0.000 | 0.000 | |
| (Press ALT - R) | | | | |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |

IH  RATE  CODE (A,B,C,D, or X)        >    X

RECEIVING SOC SEC(if code=75) Y/N      >    n

Supplement    :          $0.00

-DATA-

| | |
|---|---|
| UAW Rate | $39.45 |
| Supplement | $2,280.00 |
| Temporary Supplement Rate | $36.90 |
| TRP Frozen Benefit | $1,850.00 |

SUPPLEMENT

$0.00

Confidential Pursuant to Court Order

UAW PENSION CALCULATIONS - HOURLY

NAME    >   [redacted]
SS NO   >   [redacted]

| | | | | | | **For Normal, 30 and Out, 60 and 10, and 85 points** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | TRP | TOTAL | | |
| | | | | | Rate | : | $31.15 | $38.20 | BASE | |
| ENTER PENSION CODE | > | 73 | => | EARLY WITH OPTION | | X Service | | 33.40 | 39.40 | BENEFIT |
| | | | | | = | $1,040.41 | $1,505.08 | $349.12 | 2230.00 |

| | | | MM DD YYY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | [redacted] | | | | Less Spouse Option Red. | : | 0.00 | 0.00 | |
| RETIREMENT DATE | > | 9   1   2000 | | | | Less Age Reduction | : | 501.48 | 725.45 | SUPPLEMENT |
| AGE AT RETIREMENT | : | 8 *   53   => | | 53.08 | | | | | | |
| | | press CONTROL A | | | | Base Benefit | = | $538.93 | $779.63 | $30.88 |
| Age Reduction Factor | | => | | 0.518 | | | | | | |
| | | | | | | Supplement | : | $1,850.00 | $2,230.00 | |
| | | | | | | 85 Point Reduction | : | 0.00 | 0.00 | |
| SPOUSE BIRTH DATE | > | [redacted] | | | | Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| AGE DIFFERENCE | : | +   4 | | | | | | | | BENEFIT |
| AGE AT RETIREMENT | : | +   => | | 0.00 | | Adjusted Supplement | | 1850.00 | 2,230.00 | |
| | | | | | | Less Base | : | 538.93 | 779.63 | $1,850.00 |
| Spouse Option Reduction | | => | | 0.00% | | | | | | |
| | | | | | | | = | $1,311.07 | $1,450.37 | |
| DATE OF MARRIAGE | > | 5   15   1971   0 | | | | | | | | |

| | | | | | | **For Special Early and Disability** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SPOUSE BENEFIT | | -   29   => | $827.79 | | | | TRP | TOTAL | BASE | |
| Effective Date | : | 0   0   0   => If Applicable | | | | Rate | : | $31.15 | $38.20 | BENEFIT |
| | | | | | | X Service | | 0.00 | 0.00 | |
| MEDICARE -- EMPLOYEE | : | 12   1   2011 | | | | | = | $0.00 | $0.00 | $0.00   0.00 |
| SPOUSE | : | 4   1   2016 | | | | | | | | |
| | | | | | | Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| CREDITED SERVICE AT 6/30/94 | > | 33.40 | | | | Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT |
| FOUNDRY CREDIT | > | 0.00 | | | | (Press ALT - R) | | | | |
| CREDITED CASE SERVICE | > | 6.00 | | | | Base Benefit | = | $0.00 | $0.00 | $0.00 |
| TOTAL CREDITED SERVICE | => | 39.40 | | | | | | | | |
| | | | | | | Supplement | : | | $0.00 | SUPPLEMENT |
| IH  RATE  CODE (A,B,C,D, or X) | > | X | | | | | | | | $0.00 |
| RECEIVING SOC SEC(if code=75) Y/N | > | n | | | | | | | | |

-DATA-

| | |
|---|---|
| UAW Rate | $38.20 |
| Supplement | $2,230.00 |
| Temporary Supplement Rate | $35.90 |
| TRP Frozen Benefit | $1,850.00 |

CNHA005039

UAW PENSION CALCULATIONS - HOURLY

NAME      >
SS NO     >                ████████████

**For Normal, 30 and Out, 60 and 10, an

                                                    -        +       Rate                          :
ENTER PENSION CODE        >    73    =>    EARLY WITH OPTION                  X Service                     :

                                                                                                          =
                               MM  DD  YYY
EMPLOYEE BIRTH DATE       >                ████████          Less Spouse Option Red.         :
RETIREMENT DATE           >    4   1  2003                   Less Age Reduction              :
AGE AT RETIREMENT         :    10  *    50   =>        50.10

                                                            Base Benefit                    =
      Age Reduction Factor                 =>        0.410

SPOUSE BIRTH DATE         >         ████████                Supplement                      :
AGE DIFFERENCE            :      +    0                      85 Point Reduction              :
AGE AT RETIREMENT         :    1  +   60   =>        60.01   Less Spouse Option Red.         :

      Spouse Option Reduction              =>        0.00%   Adjusted Supplement             :
                                                            Less Base                       :

DATE OF MARRIAGE          >    2   7  1982        0
                                                                                            =

SPOUSE BENEFIT                 -      21   =>      $693.00
      Effective Date      :    0   0   0   =>  If Applicable         **For Special Early  and Disability**

MEDICARE --    EMPLOYEE    :    5   1  2017                  Rate                            :
               SPOUSE      :    2   1  2008                  X Service                       :

                                                                                            =
CREDITED SERVICE AT 6/30/94       >        21.50
FOUNDRY CREDIT                    >         0.00             Less Spouse Option Red.         :
CREDITED CASE SERVICE             >         8.50            Special Spouse Reduction        >
  TOTAL CREDITED SERVICE          =>       30.00                 (Press ALT - R)
                                                            Base Benefit                    =
IH  RATE  CODE (A,B,C,D, or X)    >         X
RECEIVING SOC SEC(if code=75) Y/N >         N               Supplement                      :
                          -DATA-
               UAW Rate                    $42.00
               Supplement                  $2,380.00
               Temporary Supplement Rate   $38.90
               TRP Frozen Benefit          $1,850.00

Confidential Pursuant to Court Order

CNHA005049

d 85 points**

| TRP | TOTAL | | |
|---|---|---|---|
| $31.15 | $42.00 | BASE | |
| 21.50 | 30.00 | BENEFIT | |
| $669.73 | $1,260.00 | $242.01 | 2380.00 |
| 0.00 | 0.00 | | |
| 395.14 | 743.40 | | |
| | | SUPPLEMENT | |
| $274.59 | $516.60 | | |
| | | $812.09 | |
| $1,325.91 | $2,380.00 | | |
| 0.00 | 0.00 | | |
| 0.00 | 0.00 | TRP FROZEN | |
| | | BENEFIT | |
| 1325.91 | 2,380.00 | | |
| 274.59 | 516.60 | $1,325.91 | |
| $1,051.32 | $1,863.40 | | |

| TRP | TOTAL | | |
|---|---|---|---|
| $31.15 | $42.00 | BASE | |
| 0.00 | 0.00 | BENEFIT | |
| $0.00 | $0.00 | $0.00 | 0.00 |
| 0.00 | 0.00 | TRP FROZEN | |
| 0.000 | 0.000 | BENEFIT | |
| $0.00 | $0.00 | $0.00 | |
| | $0.00 | | |
| | | SUPPLEMENT | |
| | | $0.00 | |

CNHA005050



July 1, 2004
Page 1

# CNH U.S. Pension Plan
*Benefit Summary*

## Basic Participant Data

Participant Name:
Participant Date of Birth:
Date of Hire:                          May 7, 1974
Date of Termination:                   August 31, 2004
Benefit Commencement Date:             September 1, 2004
Commencement Type:                     Early Retirement
Benefit Service at Retirement:         26.800
Pension Plan Code:                     United Auto Workers (Union)

## Monthly Optional Forms of Payment

|  | CNH |
|---|---|
| Single Life Annuity: | |
|     Pre 62: | 2,126.04 |
|     Post 62: | 1,125.60 |
| | |
| 55% Spouse Annuity: | |
|    - Participant's Benefit | |
|     Pre 62: | 2,109.16 |
|     Post 62: | 1,108.72 |
| | |
|    - Beneficiary's Benefit | 609.80 |

This is only an estimate which is based on the retirement date, personal information and other assumptions you provided to process this estimate.  Incorrect information can affect your benefit; therefore, you should notify the CNH Pension Service Center of any incorrect information that is reflected on the top portion of this page.

Confidential Pursuant to Court Order



July 1, 2004
Page 3

### CNH U.S. Pension Plan
*Application for Retirement Benefits*

#### Participant Information

Name:
SSN:
Address:

Date Prepared: July 1, 2004
Date of Birth:
Marital Status: Single  *MARRIED*
Last Day Worked: August 31, 2004
Benefit Commencement Date: September 1, 2004

| Payment Options (See *Explanation of Benefits*) | CNH Benefit |
|---|---|
| [ ] Single Life Annuity: | |
|     Pre 62: | 2,030.85 |
|     Post 62: | 1,075.20 |
| [X] 55% Spouse Annuity: | |
|     - Participant's Benefit | |
|     Pre 62: | 2,030.85 |
|     Post 62: | 1,075.20 |
|     - Beneficiary's Benefit | 591.36 |

#### Spousal Consent
(Spousal Consent must be completed if Single Life Annuity elected and married)

Name:                                                             SSN
Date of Birth:

I,_____ hereby certify that I am legally married to _____ on this date and that my name, date of birth and Social Security Number shown above are accurate and complete in all respects. I also hereby certify that I have read this form. All my questions regarding the options of payment have been answered by a member of the Retirement Committee or one of its representatives. I understand that as a result of my spouse's rejection of the Contingent Annuity Option, I will not be eligible for any pension under the Plan in the event that my spouse should die after the pension starting date.

I hereby consent to my spouse's election and understand that my consent to such election cannot be revoked or withdrawn at a later date.

Spouse's Signature: _____   Date Signed: _____

#### Notarization of Spouse's Consent

I am satisfied that the person who signed the foregoing *Spousal Consent Form* did so under his/her own free act and deed.

_____                 _____
Notary Public or Plan Representative                 Commission Expiration Date

#### Participant Acknowledgment

I have examined all the entries on this form, including marital status, and they are correct. I am also unaware of any court order that would require some or all of my pension benefit be paid to a former spouse or other person(s).

I acknowledge that I have the right to consider my form of payment election for at least 30 days after I receive this retirement package. I waive the right to this 30-day period when I sign and submit the completed paperwork to my Human Resources Representative. However, I may revoke my election at any time before my benefit commencement date. If I receive my retirement package less than seven days before my benefit commencement date, I may revoke my election within seven days after I receive this form. In this case, my initial payment will be delayed until the end of the following month with retroactive payments made to my benefit commencement date.

Participant's Signature: _____   Date Signed: _7/20/2004_

Participant's Daytime Phone Number: _____

Confidential Pursuant to Court Order

Confidential Pursuant to Court Order

## UAW PENSION CALCULATIONS - HOURLY

NAME   >  ▓▓▓▓▓▓▓▓▓▓▓▓
SS NO  >  ▓▓▓▓▓▓▓▓▓▓▓▓

ENTER PENSION CODE          >  73   =>   EARLY WITH OPTION

|  | MM | DD | YYY | | |
|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | | ▓▓▓▓▓ | | |
| RETIREMENT DATE | > | 4 | 1 | 98 | |
| AGE AT RETIREMENT | : | 11 | * | 49 | => 49.11 |

Age Reduction Factor                    =>    0.381

| SPOUSE BIRTH DATE | > | ▓▓▓▓▓ | | |
|---|---|---|---|---|
| AGE DIFFERENCE | : | + | 6 | |
| AGE AT RETIREMENT | : | 8 | * | 43 | => 43.08 |

Spouse Option Reduction              =>    0.00%

DATE OF MARRIAGE        >   4  18  97        0

SPOUSE BENEFIT          : -      0  =>   $596.85
  Effective Date        :   5  1  98  => If Applicable

| MEDICARE -- | EMPLOYEE | : | 4 | 1 | 2013 |
|---|---|---|---|---|---|
| | SPOUSE | : | 8 | 1 | 2019 |

CREDITED SERVICE AT 6/30/94      >        27.90
FOUNDRY CREDIT                   >         0.00
CREDITED CABE SERVICE            >         3.60
TOTAL CREDITED SERVICE          =>        31.50
IH RATE CODE (A,B,C,D, or X)     >   B
RECEIVING SOC SEC(If code=75) Y/N >  N
              -DATA-
       UAW Rate                        $34.45
       Supplement                    $2,080.00
       Temporary Supplement Rate       $31.40
       TRP Frozen Benefit            $1,850.00

### **For Normal, 30 and Out, 60 and 10, and 85 points**

|  | TRP | TOTAL | BASE BENEFIT | |
|---|---|---|---|---|
| Rate | $31.15 | $34.45 | | |
| X Service | 27.90 | 31.50 | | |
| = | $869.09 | $1,085.18 | $82.33 | 2080.00 |
| Less Spouse Option Red. | 0.00 | 0.00 | | |
| Less Age Reduction | 537.97 | 671.73 | | |
| Base Benefit = | $331.12 | $413.45 | SUPPLEMENT | |
| Supplement | $1,720.59 | $2,080.00 | $277.07 | |
| 85 Point Reduction | 0.00 | 0.00 | | |
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN BENEFIT | |
| Adjusted Supplement | 1720.59 | 2,080.00 | | |
| Less Base | 331.12 | 413.45 | $1,720.59 | |
| = | $1,389.47 | $1,666.55 | | |

### **For Special Early and Disability**

|  | TRP | TOTAL | BASE BENEFIT | |
|---|---|---|---|---|
| Rate | $31.15 | $34.45 | | |
| X Service | 0.00 | 0.00 | | |
| = | $0.00 | $0.00 | $0.00 | 0.00 |
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN BENEFIT | |
| Special Spouse Reduction | 0.000 | 0.000 | | |
| (Press ALT - R) | | | | |
| Base Benefit = | $0.00 | $0.00 | $0.00 | |
| Supplement | | $0.00 | SUPPLEMENT | |
| | | | $0.00 | |

CNHA005062

Confidential Pursuant to Court Order

CNHA005066

UAW PENSION CALCULATIONS — HOURLY

NAME        >
SS NO       >

ENTER PENSION CODE        >  87   =>        0

| | MM DD YYY |
|---|---|
| EMPLOYEE BIRTH DATE | > |
| RETIREMENT DATE | > 11 1 94 |
| AGE AT RETIREMENT | > 0 + 50 => 50.00 |
| | (press ALT A) |
| Age Reduction Factor | 1.000 |
| SPOUSE BIRTH DATE | > |
| AGE DIFFERENCE | : + 0 |
| AGE AT RETIREMENT | : 0 + 50 => 50.00 |
| Spouse Option Reduction | => 0.00% |
| DATE OF MARRIAGE | > 10 30 65    0 |
| SPOUSE BENEFIT | — 29 => $0.00 |
| Effective Date | : 0 0 0 => N Applicable |
| MEDICARE -- EMPLOYEE | : 10 1 2009 |
| SPOUSE | 4 1 2009 |

| | | |
|---|---|---|
| CREDITED SERVICE AT 6/30/94 | > | 21.50 |
| FOUNDRY CREDIT | > | 0.00 |
| CREDITED CASS SERVICE | > | 0.40 |
| TOTAL CREDITED SERVICE | => | 21.90 |

| | | |
|---|---|---|
| IH RATE CODE (A,B,C,D, or X) | > | X |
| RECEIVING SOC SEC(If code=75) Y/N | > | N |

-DATA-

| | |
|---|---|
| UAW Rate | $31.15 |
| Supplement | $1,550.00 |
| Temporary Supplement Rate | $22.65 |
| TRP Frozen Benefit | $1,550.00 |

**For Normal, 30 and Out, 60 and 10, and 85 points**          WARNING

| | | TRP | TOTAL | |
|---|---|---|---|---|
| Rate | : | $31.15 | $31.15 | BASE |
| X Service | : | 21.50 | 21.90 | BENEFIT |
| | = | $669.73 | $682.19 | $12.46   1350.57 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | |
| Less Age Reduction | : | 0.00 | 0.00 | |
| Base Benefit | = | $669.73 | $682.19 | SUPPLEMENT |
| | | | | $12.20 |
| Supplement | : | $1,325.91 | $1,350.57 | |
| 85 Point Reduction | : | 0.00 | 0.00 | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| Adjusted Supplement | : | 1325.91 | 1,350.57 | BENEFIT |
| Less Base | : | 669.73 | 682.19 | $1,325.91 |
| | = | $656.18 | $668.38 | |

**For Special Early and Disability**

| | | TRP | TOTAL | |
|---|---|---|---|---|
| Rate | : | $31.15 | $31.15 | BASE |
| X Service | : | 0.00 | 0.00 | BENEFIT |
| | = | $0.00 | $0.00 | $0.00   0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT |
| (Press ALT – R) | | | | |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |
| Supplement | : | | $0.00 | |
| | | | | SUPPLEMENT |
| | | | | $0.00 |



July 1, 2004
Page 1

## CNH U.S. Pension Plan
*Benefit Summary*

### Basic Participant Data

| | |
|---|---|
| Participant Name: | |
| Participant Date of Birth: | |
| Date of Hire: | September 16, 1974 |
| Date of Termination: | August 31, 2004 |
| Benefit Commencement Date: | September 1, 2004 |
| Commencement Type: | Early Retirement |
| Benefit Service at Retirement: | 21.400 |
| Pension Plan Code: | United Auto Workers (Union) |

### Monthly Optional Forms of Payment

| | CNH |
|---|---|
| **Single Life Annuity:** | |
| Pre 62: | 1,697.66 |
| Post 62: | 898.80 |
| | |
| **55% Spouse Annuity:** | |
| - Participant's Benefit | |
| Pre 62: | 1,697.66 |
| Post 62: | 898.80 |
| | |
| - Beneficiary's Benefit | 494.34 |

This is only an estimate which is based on the retirement date, personal information and other assumptions you provided to process this estimate.  Incorrect information can affect your benefit; therefore, you should notify the CNH Pension Service Center of any incorrect information that is reflected on the top portion of this page.

Confidential Pursuant to Court Order

Confidential Pursuant to Court Order

CNHA005076

UAW PENSION CALCULATIONS - HOURLY

NAME >
SS NO >

ENTER PENSION CODE        >   73   =>   EARLY WITH OPTION

                   MM  DD  YYY

EMPLOYEE BIRTH DATE       >
RETIREMENT DATE           >   9    1   2004
AGE AT RETIREMENT         :  11  *  49   =>        49.11

    Age Reduction Factor           press CONTROL A
                             =>        0.381

SPOUSE BIRTH DATE         >
AGE DIFFERENCE            :       -     8
AGE AT RETIREMENT         :   3  +  42   =>        42.03

    Spouse Option Reduction        =>        0.00%

DATE OF MARRIAGE          >   4   1  1988         0

SPOUSE BENEFIT            -         16  =>    $704.55
    Effective Date         :   0   0    0  => If Applicable

MEDICARE --   EMPLOYEE   :   9   1  2019
            SPOUSE    :   5   1  2027

CREDITED SERVICE AT 6/30/94       >    20.30
FOUNDRY CREDIT                    >     0.00
CREDITED CASE SERVICE            >    10.20
   TOTAL CREDITED SERVICE       =>    30.50

IH  RATE  CODE (A,B,C,D, or X)    >    X
RECEIVING SOC SEC(if code=75) Y/N  >    N
           -DATA-
       UAW Rate                    $42.00
       Supplement               $2,380.00
       Temporary Supplement Rate   $38.90
       TRP Frozen Benefit        $1,850.00

**For Normal, 30 and Out, 60 and 10, and 85 points**

|  |  | TRP | TOTAL |  |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $42.00 | BASE | |
| X Service | : | 20.30 | 30.50 | BENEFIT | |
|  | = | $632.35 | $1,281.00 | $247.13 | 2380.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | | |
| Less Age Reduction | : | 391.42 | 792.94 | | |
| Base Benefit | : | $240.93 | $488.06 | SUPPLEMENT | |
| Supplement | : | $1,251.90 | $2,380.00 | $880.97 | |
| 85 Point Reduction | : | 0.00 | 0.00 | | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN | |
| Adjusted Supplement | : | 1251.90 | 2,380.00 | BENEFIT | |
| Less Base | : | 240.93 | 488.06 | $1,251.90 | |
|  | = | $1,010.97 | $1,891.94 | | |

**For Special Early and Disability**

|  |  | TRP | TOTAL |  |  |
|---|---|---|---|---|---|
| Rate | : | $31.15 | $42.00 | BASE | |
| X Service | : | 0.00 | 0.00 | BENEFIT | |
|  | = | $0.00 | $0.00 | $0.00 | 0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | | |
| Special Spouse Reduction | > | 0.000 | 0.000 | TRP FROZEN | |
| (Press ALT - R) | | | | BENEFIT | |
| Base Benefit | = | $0.00 | $0.00 | $0.00 | |
| Supplement | : | $0.00 | | SUPPLEMENT | |
|  | | | | $0.00 | |

Confidential Pursuant to Court Order

CNHA005080

**UAW PENSION CALCULATIONS – HOURLY**

NAME    >  [redacted]
SS NO   >  [redacted]

ENTER PENSION CODE    > 73   =>   EARLY WITH OPTION

MM DD YYY

EMPLOYEE BIRTH DATE   >  [redacted]
RETIREMENT DATE       >  3  1  96
AGE AT RETIREMENT     :  5 *     59  =>       59.05
                              (press ALT A)
      Age Reduction Factor          =>       0.633

SPOUSE BIRTH DATE     >  [redacted]
AGE DIFFERENCE        :      +  0
AGE AT RETIREMENT     :  9 *     59  =>       59.09

      Spouse Option Reduction       =>       0.00%

DATE OF MARRIAGE      >  8  26  89      0

SPOUSE BENEFIT            –     6  =>       $560.20
    Effective Date     :  0  0   0  => If Applicable

MEDICARE -- EMPLOYEE  :  9  1  20.
            SPOUSE    :  5  1  2001

CREDITED SERVICE AT 6/30/94    >      28.85
FOUNDRY CREDIT                 >       0.00
CREDITED CASE SERVICE          >       1.60
  TOTAL CREDITED SERVICE       =>     30.45

IH RATE CODE (A,B,C,D, or X)   >   X
RECEIVING SOC SEC(if code=75) Y/N  >   n
              --DATA--
        UAW Rate                  $33.45
        Supplement            $2,010.00
        Temporary Supplement Rate  $26.50
        TRP Frozen Benefit    $1,850.00

**For Normal, 30 and Out, 60 and 10, and 85 points**

| | | TRP | TOTAL | |
|---|---|---|---|---|
| Rate | : | $31.15 | $33.45 | BASE |
| X Service | : | 28.85 | 30.45 | BENEFIT |
| | = | $898.68 | $1,018.55 | $99.85    2010.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | |
| Less Age Reduction | : | 150.08 | 170.10 | SUPPLEMENT |
| Base Benefit | = | $748.60 | $848.45 | |
| | | | | $130.97 |
| Supplement | : | $1,779.18 | $2,010.00 | |
| 85 Point Reduction | : | 0.00 | 0.00 | |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| | | | | BENEFIT |
| Adjusted Supplement | : | 1779.18 | 2,010.00 | |
| Less Base | : | 748.60 | 848.45 | $1,779.18 |
| | = | $1,030.58 | $1,161.55 | |

**For Special Early and Disability**

| | | TRP | TOTAL | |
|---|---|---|---|---|
| Rate | : | $31.15 | $33.45 | BASE |
| X Service | : | 0.00 | 0.00 | BENEFIT |
| | = | $0.00 | $0.00 | $0.00    0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 | TRP FROZEN |
| Special Spouse Reduction | > | 0.000 | 0.000 | BENEFIT |
| (Press ALT – R) | | | | |
| Base Benefit | = | $0.00 | $0.00 | $0.00 |
| Supplement | | | $0.00 | |
| | | | | SUPPLEMENT |
| | | | | $0.00 |

Confidential Pursuant to Court Order

CNHA005083

UAW PENSION CALCULATIONS - HOURLY

NAME  >  ▮▮▮▮▮▮▮▮
SS NO  >  ▮▮▮▮▮▮▮▮

**For Normal, 30 and Out, 60 and 10, and 85 points**

| | TRP | TOTAL | |
|---|---|---|---|
| Rate | $31.15 | $39.45 | BASE |
| X Service | 30.82 | 37.52 | BENEFIT |
| = | $960.04 | $1,480.16 | $385.93    2280.00 |

ENTER PENSION CODE        >   73   =>   EARLY WITH OPTION

| | | | |
|---|---|---|---|
| Less Spouse Option Red. | 0.00 | 0.00 | |
| Less Age Reduction | 247.69 | 381.88 | |

MM DD YYY

| | | | |
|---|---|---|---|
| EMPLOYEE BIRTH DATE | > ▮▮▮▮▮▮ | | |
| RETIREMENT DATE | >  4  1  2001 | | |
| AGE AT RETIREMENT | :  10  *    57  =>   57.10 | Base Benefit    = | $712.35 | $1,098.28 | SUPPLEMENT |

press CONTROL A

Age Reduction Factor        =>        0.742

| | | | |
|---|---|---|---|
| Supplement | $1,850.00 | $2,280.00 | $44.07 |
| 85 Point Reduction | 0.00 | 0.00 | |

SPOUSE BIRTH DATE     > ▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| AGE DIFFERENCE | : +    0 | | BENEFIT |
| AGE AT RETIREMENT | : 3 *   59 =>  59.03 | Adjusted Supplement | 1850.00 | 2,280.00 | |
| | | Less Base | 712.35 | 1098.28 | $1,850.00 |

Spouse Option Reduction        =>        0.00%

| | | |
|---|---|---|
| = | $1,137.65 | $1,181.72 |

DATE OF MARRIAGE     >  5  23  1968      0

**For Special Early  and Disability**

| | TRP | TOTAL | |
|---|---|---|---|
| SPOUSE BENEFIT | -    32 =>   $814.09 | Rate | $31.15 | $39.45 | BASE |
| Effective Date | : 0  0    0 => If Applicable | X Service | 0.00 | 0.00 | BENEFIT |
| | | = | $0.00 | $0.00 | $0.00    0.00 |

| | | |
|---|---|---|
| MEDICARE -- | EMPLOYEE | 5  1  3908 |
| | SPOUSE | 12  1  3906 |

| | | | |
|---|---|---|---|
| Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| Special Spouse Reduction   > | 0.000 | 0.000 | BENEFIT |
| (Press ALT - R) | | | |

| | | | |
|---|---|---|---|
| CREDITED SERVICE AT 6/30/94 | >   30.82 | Base Benefit    = | $0.00 | $0.00 | $0.00 |
| FOUNDRY CREDIT | >   0.00 | | | | |
| CREDITED CASE SERVICE | >   6.70 | Supplement | | $0.00 | |
| TOTAL CREDITED SERVICE | =>   37.52 | | | | SUPPLEMENT |

| | | |
|---|---|---|
| IH  RATE  CODE (A,B,C,D, or X) | >   X | |
| RECEIVING SOC SEC(if code=75) Y/N | >   n | $0.00 |

-DATA-

| | |
|---|---|
| UAW Rate | $39.45 |
| Supplement | $2,280.00 |
| Temporary Supplement Rate | $34.90 |
| TRP Frozen Benefit | $1,850.00 |

UAW PENSION CALCULATIONS - HOURLY

NAME   >
SS NO  >   ███████████

|  |  | **For Normal, 30 and Out, 60 and 10, and 85 points** | | | | |
|---|---|---|---|---|---|---|
|  |  |  | TRP | TOTAL |  |  |
|  |  | Rate | $31.15 | $39.45 | BASE |  |
|  |  | X Service | 30.82 | 37.52 | BENEFIT |  |
|  |  |  | ------------- | ------------- |  |  |
| ENTER PENSION CODE   >   73   =>   EARLY WITH OPTION | + | = | $960.04 | $1,480.16 | $385.93 | 2280.00 |

|  | MM DD YYY |  |  |  |  |  |
|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE   >  | ███████ |  | Less Spouse Option Red. | 0.00 | 0.00 |  |
| RETIREMENT DATE   >  | 4  1  2001 |  | Less Age Reduction | 247.69 | 381.88 |  |
| AGE AT RETIREMENT   :  | 10 *   57  =>   57.10 |  |  | ------------- | ------------- | SUPPLEMENT |
|  |  | Base Benefit   = | $712.35 | $1,098.28 |  |  |
| Age Reduction Factor | press CONTROL A   =>   0.742 |  |  |  |  | $44.07 |

Supplement              $1,850.00      $2,280.00

|  |  |  |  |  |  |
|---|---|---|---|---|
| SPOUSE BIRTH DATE   >   ███████ | 85 Point Reduction | 0.00 | 0.00 |  |
| AGE DIFFERENCE   +   0 | Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| AGE AT RETIREMENT   3 *   59  =>   59.03 |  |  |  | BENEFIT |
|  | Adjusted Supplement | 1850.00 | 2,280.00 |  |
| Spouse Option Reduction   =>   0.00% | Less Base | 712.35 | 1098.28 | $1,850.00 |
|  |  | ------------- | ------------- |  |
| DATE OF MARRIAGE   >   5  23  1968   0 |  = | $1,137.65 | $1,181.72 |  |

|  |  |  |  |  |  |
|---|---|---|---|---|
| SPOUSE BENEFIT   -   32  =>   $814.09 |  |  |  |  |
| Effective Date   :   0  0   0  =>  If Applicable |  |  |  |  |
|  | **For Special Early  and Disability** |  |  |  |
|  |  | TRP | TOTAL | BASE |
| MEDICARE --   EMPLOYEE   5  1  3908 | Rate | $31.15 | $39.45 | BENEFIT |
| SPOUSE   12  1  3906 | X Service | 0.00 | 0.00 |  |
|  |  | ------------- | ------------- | $0.00     0.00 |
|  |  = | $0.00 | $0.00 |  |
| CREDITED SERVICE AT 6/30/94   >   30.82 |  |  |  |  |
| FOUNDRY CREDIT   >   0.00 | Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| CREDITED CASE SERVICE   >   6.70 | Special Spouse Reduction   > | 0.000 | 0.000 | BENEFIT |
| TOTAL CREDITED SERVICE   =>   37.52 | (Press ALT - R) |  |  |  |
|  |  | ------------- | ------------- |  |
| IH  RATE CODE (A,B,C,D, or X)   >   X | Base Benefit   = | $0.00 | $0.00 | $0.00 |
| RECEIVING SOC SEC(if code=75) Y/N   >   n |  |  |  |  |
| -DATA- | Supplement |  | $0.00 | SUPPLEMENT |
| UAW Rate   $39.45 |  |  |  |  |
| Supplement   $2,280.00 |  |  |  | $0.00 |
| Temporary Supplement Rate   $34.90 |  |  |  |  |
| TRP Frozen Benefit   $1,850.00 |  |  |  |  |

Confidential Pursuant to Court Order

CNHA005087

Confidential Pursuant to Court Order

CNHA005091

UAW PENSION CALCULATIONS - HOURLY                                                                    WARNING

NAME      >   ████████████

SS NO    >    ████████████

ENTER PENSION CODE          >   77   =>   DISABILITY WITH OPTION

                                MM   DD   YYY

EMPLOYEE BIRTH DATE         >   ████████████
RETIREMENT DATE             >   6    1    2003
AGE AT RETIREMENT               0    +    51   =>        51.00

    Age Reduction Factor                 press CONTROL A
                                              =>         0.424

SPOUSE BIRTH DATE           >
AGE DIFFERENCE                       +    0
AGE AT RETIREMENT               5    +    2003  =>      2003.05

    Spouse Option Reduction              =>         0.00%

DATE OF MARRIAGE            >                   0

SPOUSE BENEFIT                       +    0    =>        $0.00
    Effective Date          :    0    0    0    =>  If  Applicable

MEDICARE --    EMPLOYEE     :    5    1    3917
               SPOUSE       :    0    0    0

CREDITED SERVICE AT 6/30/94      >        14.10
FOUNDRY CREDIT                    >         2.00
CREDITED CASE SERVICE            >         4.50
    TOTAL CREDITED SERVICE       =>       20.60

IH  RATE  CODE (A,B,C,D, or X)      >      X
RECEIVING SOC SEC(if code=75) Y/N   >      n
                    -DATA-
            UAW Rate                    $42.00
            Supplement                $2,380.00
            Temporary Supplement Rate    $34.90
            TRP Frozen Benefit        $1,850.00

**For Normal, 30 and Out, 60 and 10, and 85 points**

|                          | TRP      | TOTAL    |         |        |
|--------------------------|----------|----------|---------|--------|
| Rate                     | $31.15   | $42.00   | BASE    |        |
| X Service             :  | 0.00     | 0.00     | BENEFIT |        |
|                          | -------- | -------- |         |        |
|                       =  | $0.00    | $0.00    | $0.00   | 0.00   |
| Less Spouse Option Red.  | 0.00     | 0.00     |         |        |
| Less Age Reduction    :  | 0.00     | 0.00     | SUPPLEMENT |     |
|                          | -------- | -------- |         |        |
| Base Benefit          =  | $0.00    | $0.00    | $0.00   |        |
| Supplement            :  | $0.00    | $0.00    |         |        |
| 85 Point Reduction       | 0.00     | 0.00     |         |        |
| Less Spouse Option Red.  | 0.00     | 0.00     | TRP FROZEN |     |
|                          | -------- | -------- | BENEFIT |        |
| Adjusted Supplement   :  | 0.00     | 0.00     |         |        |
| Less Base             :  | 0.00     | 0.00     | $0.00   |        |
|                          | -------- | -------- |         |        |
|                       =  | $0.00    | $0.00    |         |        |

**For Special Early  and Disability**

|                          | TRP      | TOTAL    | BASE    |        |
|--------------------------|----------|----------|---------|--------|
| Rate                  :  | $31.15   | $42.00   | BENEFIT |        |
| X Service             :  | 14.10    | 20.60    |         |        |
|                          | -------- | -------- | $425.98 | 865.20 |
|                       =  | $439.22  | $865.20  |         |        |
| Less Spouse Option Red.  | special  | special  | TRP FROZEN |     |
| Special Spouse Reduction >| 0.000   | 0.000    | BENEFIT |        |
|   (Press ALT - R)        | -------- | -------- |         |        |
| Base Benefit          =  | $439.22  | $865.20  | $439.22 |        |
| Supplement            :  |          | $0.00    |         |        |
|                          |          |          | SUPPLEMENT |     |
|                          |          |          | $0.00   |        |

Confidential Pursuant to Court Order

CNHA005104

UAW PENSION CALCULATIONS - HOURLY

NAME   >    ███████████

SS NO   >    ███████████

**\*\*For Normal, 30 and Out, 60 and 10, and 85 points\*\***

| | TRP | TOTAL | BASE |
|---|---|---|---|
| Rate | $31.15 | $38.20 | BENEFIT |
| X Service | 27.80 | 33.80 | |

ENTER PENSION CODE   >   73   =>    EARLY WITH OPTION     -     +

| | TRP | TOTAL | BASE |
|---|---|---|---|
| = | $865.97 | $1,291.16 | $254.26    2230.00 |

         MM  DD  YYY

| | | | | | TRP | TOTAL | |
|---|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | ███████ | | | | | |
| RETIREMENT DATE | > | 8  1  2000 | | Less Spouse Option Red. | 0.00 | 0.00 | |
| AGE AT RETIREMENT | | 4 +   55 => | 55.04 | Less Age Reduction | 348.12 | 519.05 | SUPPLEMENT |

| | | | | TRP | TOTAL | |
|---|---|---|---|---|---|---|
| Age Reduction Factor | => | 0.598 | Base Benefit  = | $517.85 | $772.11 | $261.31 |

| | | | | | TRP | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | press CONTROL A | | Supplement | $1,714.43 | $2,230.00 | |
| SPOUSE BIRTH DATE | > | ███████ | | 85 Point Reduction | 0.00 | 0.00 | |
| AGE DIFFERENCE | | +   1 | | Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| AGE AT RETIREMENT | | 11 *   53 => | 53.11 | | | | BENEFIT |
| | | | | Adjusted Supplement | 1714.43 | 2,230.00 | $1,714.43 |
| Spouse Option Reduction | | => | 0.00% | Less Base | 517.85 | 772.11 | |

| | | | | | TRP | TOTAL | |
|---|---|---|---|---|---|---|---|
| DATE OF MARRIAGE | > | 5  28  1966 | 0 | = | $1,196.58 | $1,457.89 | |

| | | | |
|---|---|---|---|
| SPOUSE BENEFIT | -   34 => | $710.14 | |
| Effective Date | 0  0  0 => | If Applicable | |

**\*\*For Special Early and Disability\*\***

| | | | | TRP | TOTAL | BASE |
|---|---|---|---|---|---|---|
| MEDICARE -- | EMPLOYEE | 3  1  2010 | | | | BENEFIT |
| | SPOUSE | 8  1  2011 | Rate | $31.15 | $38.20 | |
| | | | X Service | 0.00 | 0.00 | |

| | | | TRP | TOTAL | BASE |
|---|---|---|---|---|---|
| | | = | $0.00 | $0.00 | $0.00    0.00 |

| | | | | TRP | TOTAL | |
|---|---|---|---|---|---|---|
| CREDITED SERVICE AT 6/30/94 | > | 27.80 | | | | |
| FOUNDRY CREDIT | > | 0.00 | Less Spouse Option Red. | 0.00 | 0.00 | TRP FROZEN |
| CREDITED CASE SERVICE | > | 6.00 | Special Spouse Reduction   > | 0.000 | 0.000 | BENEFIT |
| TOTAL CREDITED SERVICE | => | 33.80 | (Press ALT - R) | | | |
| | | | Base Benefit  = | $0.00 | $0.00 | $0.00 |

| | | | | TOTAL | |
|---|---|---|---|---|---|
| IH RATE CODE (A,B,C,D, or X) | > | X | Supplement | $0.00 | |
| RECEIVING SOC SEC(if code=75) Y/N | > | N | | | SUPPLEMENT |

       -DATA-

| | | |
|---|---|---|
| UAW Rate | $38.20 | |
| Supplement | $2,230.00 | $0.00 |
| Temporary Supplement Rate | $35.90 | |
| TRP Frozen Benefit | $1,850.00 | |

Confidential Pursuant to Court Order

CNHA005108

## UAW PENSION CALCULATIONS - HOURLY

NAME      >   ███████████
SS NO     >   ███████████

| | | **For Normal, 30 and Out, 60 and 10, and 85 points** | | TRP | TOTAL |
|---|---|---|---|---|---|
| | | Rate | : | $31.15 | $37.00 |
| ENTER PENSION CODE    >   71   =>   NORMAL WITH OPTION | + | X Service | | 3.50 | 9.20 |
| | | | | ------------- | ------------- |
| | | | = | $109.03 | $340.40 |

|   |   | MM | DD | YYY | | |
|---|---|---|---|---|---|---|
| EMPLOYEE BIRTH DATE | > | ███████████ | | | |
| RETIREMENT DATE | > | 4 | 1 | 99 | |
| AGE AT RETIREMENT | : | 11 * | 65 => | | 65.11 |

press CONTROL A

Age Reduction Factor                    =>

SPOUSE BIRTH DATE    >   ███████████
AGE DIFFERENCE       :   -   1
AGE AT RETIREMENT    :   3 *   64 =>        64.03

Spouse Option Reduction        =>        0.00%

DATE OF MARRIAGE     >   10   25   50        0

SPOUSE BENEFIT               -   48 =>   $187.22
  Effective Date     :   0   0   0 =>   If Applicable

MEDICARE --   EMPLOYEE   :   4   1   1998
              SPOUSE     :   12   1   1999

CREDITED SERVICE AT 6/30/94        >        3.50
FOUNDRY CREDIT                     >        1.00
CREDITED CASE SERVICE              >        4.70
  TOTAL CREDITED SERVICE          =>        9.20

IH  RATE  CODE (A,B,C,D, or X)     >        X
RECEIVING SOC SEC(if code=75) Y/N  >        Y
                        -DATA-
          UAW Rate                      $37.00
          Supplement                    $2,180.00
          Temporary Supplement Rate     $33.90
          TRP Frozen Benefit            $1,850.00

| | | TRP | TOTAL |
|---|---|---|---|
| Less Spouse Option Red. | : | 0.00 | 0.00 |
| Less Age Reduction | : | 0.00 | 0.00 |
| | | ------------- | ------------- |
| Base Benefit | = | $109.03 | $340.40 |
| | | | |
| Supplement | : | $0.00 | $0.00 |
| 85 Point Reduction | : | 0.00 | 0.00 |
| Less Spouse Option Red. | : | 0.00 | 0.00 |
| | | ------------- | ------------- |
| Adjusted Supplement | : | 0.00 | 0.00 |
| Less Base | : | 0.00 | 0.00 |
| | | ------------- | ------------- |
| | = | $0.00 | $0.00 |

| **For Special Early and Disability** | | TRP | TOTAL |
|---|---|---|---|
| Rate | : | $31.15 | $37.00 |
| X Service | : | 0.00 | 0.00 |
| | | ------------- | ------------- |
| | = | $0.00 | $0.00 |
| | | | |
| Less Spouse Option Red. | : | 0.00 | 0.00 |
| Special Spouse Reduction | > | 0.000 | 0.000 |
| (Press ALT - R) | | ------------- | ------------- |
| Base Benefit | = | $0.00 | $0.00 |
| | | | |
| Supplement | : | | $0.00 |

Confidential Pursuant to Court Order

WARNING

BASE
BENEFIT

$231.37        340.40

SUPPLEMENT

$0.00

TRP FROZEN
BENEFIT

$109.03

BASE
BENEFIT

$0.00         0.00

TRP FROZEN
BENEFIT

$0.00

SUPPLEMENT

$0.00

CNHA005109