UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN  on                                           Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                                             Case No. 04-70592
     Plaintiffs,

v.                                                                                      **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,
     Defendants.
_____/

# EXHIBIT LIST
# TO
# REPLY TO CNH'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO FIRST INTERROGATORIES

A.    Chart of issues

B.    CNH U.S. Pension Plan - January 1, 2001

C.    Case Corporation/UAW Tentative Agreement

D.    Deposition of Sharon K. Schaeffer - October 18, 2005

E.    Pension Payment Stubs