UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                           Case No. 2:04−cv−70592−PJD−PJK
                                                        Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Paul J. Komives at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 624. The following motion(s) are scheduled for hearing:

Motion to Compel – #356

- MOTION HEARING: September 19, 2019 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/C Bethel
                                                             Case Manager

Dated: September 4, 2013