# Rogaczewski, Joshua

| | |
|---|---|
| **From:** | Burchfield, Bobby |
| **Sent:** | Wednesday, October 16, 2013 13:33 |
| **To:** | Darcie Brault; Capotosto, Laura |
| **Cc:** | Rogaczewski, Joshua |
| **Subject:** | RE: Reese v. CNH Global N.V. (E.D. Mich.): Notices of Subpoenas |

Darcie—

Plaintiffs will have defendants' expert reports tomorrow, giving you a month to take depositions of the two experts before the existing deadline.  Defendants are willing to move forward promptly to take depositions of the plaintiffs' three experts as soon as we receive their rebuttal reports. Accordingly, we do not believe any extension is appropriate, much less 90 days. You will recall that all scheduling orders in this case have contemplated closing discovery 30 days, not 90 days, after the final expert report.  Further, the only change since the last scheduling order is the magistrate judge's grant of your request to submit a rebuttal expert report thirty days after receipt of our disclosure.  A 90 day extension makes no sense.

Nevertheless, in the spirit of compromise, defendants would agree to a 30 day extension from November 18, to December 18. Dispositive motions would be due on January 20, 2014.  Please let us know whether this compromise is acceptable. Thanks.

Bobby R. Burchfield
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, D.C. 20001
202-756-8003 (Direct)
202-591-2751 (Fax)
703-624-4914 (Cell)
bburchfield@mwe.com

**From:** Darcie Brault [mailto:DBrault@MichWorkLaw.com]
**Sent:** Wednesday, October 16, 2013 12:27 PM
**To:** Capotosto, Laura
**Cc:** Burchfield, Bobby; Rogaczewski, Joshua
**Subject:** RE: Reese v. CNH Global N.V. (E.D. Mich.): Notices of Subpoenas

Laura, Josh and Bobby,

Please advise if you are agreeable to a ninety day extension of the scheduling order beginning with the discovery deadline of November 18, 2013. I do not see how it will be possible to complete the discovery of our three experts, your experts and any other additional discovery needed within the short time between now and November 18, 2013. I am prepared to file a motion this week or early next and am asking your concurrence per Local Rule 7.1.

Darcie R. Brault, Esq.
**McKnight, McClow, Canzano, Smith & Radtke, P.C.**
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com

*****************************************
This e-mail message from Darcie Brault is for the sole use of
the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the
sender by reply e-mail and destroy all copies of the original message.

**From:** Capotosto, Laura [mailto:Lcapotosto@mwe.com]
**Sent:** Wednesday, October 16, 2013 9:37 AM
**To:** Darcie Brault
**Cc:** Burchfield, Bobby; Rogaczewski, Joshua
**Subject:** RE: Reese v. CNH Global N.V. (E.D. Mich.): Notices of Subpoenas

Darcie,

You observed correctly that these subpoenas are for documents. These subpoenas are a prelude to subpoenas for depositions. We plan to address expert deposition scheduling tomorrow after we serve our disclosures.

Laura J. Capotosto
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202.756.8102 (Direct)
570.204.6715 (Cell)
lcapotosto@mwe.com

**From:** Darcie Brault [mailto:DBrault@MichWorkLaw.com]
**Sent:** Tuesday, October 15, 2013 1:14 PM
**To:** Capotosto, Laura
**Subject:** RE: Reese v. CNH Global N.V. (E.D. Mich.): Notices of Subpoenas
**Importance:** High

Laura,

Am I assuming correctly that these are "documents only" subpoenas and can be satisfied by delivery of the responsive documents? It is not clear whether you expect them to appear and provide testimony.

Darcie R. Brault, Esq.
**McKnight, McClow, Canzano, Smith & Radtke, P.C.**
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com

*****************************************
This e-mail message from Darcie Brault is for the sole use of
the intended recipient(s) and may contain confidential and privileged
information. Any unauthorized review, use, disclosure or distribution is

prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Capotosto, Laura [mailto:Lcapotosto@mwe.com]
**Sent:** Friday, October 11, 2013 7:07 PM
**To:** Darcie Brault
**Cc:** Burchfield, Bobby; Rogaczewski, Joshua
**Subject:** Reese v. CNH Global N.V. (E.D. Mich.): Notices of Subpoenas

Darcie,

Attached please find courtesy copies of the notices of subpoenas being served today by first-class mail.

Laura J. Capotosto
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202.756.8102 (Direct)
570.204.6715 (Cell)
lcapotosto@mwe.com

*************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.