# Rogaczewski, Joshua

| | |
|---|---|
| **From:** | Darcie Brault <DBrault@MichWorkLaw.com> |
| **Sent:** | Friday, October 18, 2013 8:38 |
| **To:** | Burchfield, Bobby; Capotosto, Laura; Rogaczewski, Joshua |
| **Cc:** | David Radtke; Sandy Cowell |
| **Subject:** | Schedule |

Bobby,

We do believe that an extension of more than 30 days is necessary, particularly when your expert has only one day available for deposition. However, I guess we'll take what we can get – your proffered 30 day extension – and see if we can fit everything in. If not, we reserve the right to ask for more time later. I would, again, point out that 60 days would be better, especially given the year-end holidays, and ask that you reconsider. I am out of the office until next week. I will ask my secretary to prepare a proposed stipulation. If you can see your way to 60 days, please let me know.

I do not believe it will be effective to unilaterally set depositions and then wait for objections. If we are going to work around our arbitration/bargaining schedules and Mr. Macey's schedule, it will require a more hands-on approach. I suggest we set a time for a conference call next week. I am available on Wednesday afternoon and Thursday morning at 8 am.

Darcie R. Brault, Esq.
**McKnight, McClow, Canzano, Smith & Radtke, P.C.**
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com

*****************************************
This e-mail message from Darcie Brault is for the sole use of
the intended recipient(s) and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, please contact the
sender by reply e-mail and destroy all copies of the original message.