UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES
CICHANOFSKY, ROGER MILLER, and
GEORGE NOWLIN, on behalf of
themselves and a similarly situated class,

       Plaintiffs,

v.                                                                Case No. 04-70592

CNH GLOBAL N.V. and                          Honorable Patrick J. Duggan
CNH AMERICA LLC,

       Defendants.
_____/

## OPINION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' SECOND MOTION FOR EXTENSION OF SCHEDULING ORDER AND FOR IMMEDIATE CONSIDERATION

This matter is before the Court on Plaintiffs' second motion for an extension of the current scheduling order which the Court set in a July 30, 2013 opinion and order. (ECF No. 360.) Plaintiffs filed their motion on October 24, 2013, and seek immediate consideration. Defendants filed a response to the motion on October 29, 2013.

The current scheduling order, as amended by Magistrate Judge Komives' September 29, 2013 order, establishes the following deadlines:

    8/13/13    Defendants to respond to Plaintiffs' discovery requests
    9/27/13    Reports due from Plaintiffs' experts

| 10/17/13 | Reports due from Defendants' experts |
| 11/18/13 | Discovery closes & Plaintiffs' rebuttal expert report(s) due |
| 12/3/13 | Dispositive motion cut-off |
| 1/3/14 | Dispositive motion(s) response(s) due |
| 1/10/14 | Dispositive motion(s) reply brief(s) due |

(ECF No. 360.)  In their pending motion, Plaintiffs ask the Court to extend the dates in the current scheduling order by ninety (90) days.  As good cause for their request, Plaintiffs refer to their continued attempts to obtain certain documentation from Defendants (including discovery of information included in Defendants' expert witness reports), the "extreme[] difficult[y]" of scheduling the depositions of the parties' experts prior to the current discovery cutoff, and their counsel's schedule in the upcoming months.  Defendants oppose Plaintiffs' request to the extent they seek an extension beyond thirty days.

The Court finds good cause to extend the scheduling order.  However, the Court declines to extend the deadlines by the ninety days proposed by Plaintiffs. An extension of sixty days of the remaining dates is more reasonable.

Accordingly,

**IT IS ORDERED**, that Plaintiffs' Second Motion for Extension of Scheduling Order and Request for Immediate Consideration is **GRANTED IN PART AND DENIED IN PART** in that the deadlines set forth above that have not passed are extended by **SIXTY (60) DAYS**.

2

Dated: October 31, 2013          s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE


Copies to:
Counsel of Record