UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER,
and GEORGE NOWLIN  on
behalf of themselves and
a similarly situated class,

Plaintiffs,

v.

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

Defendants.

Hon. Patrick J. Duggan

Case No. 04-70592

**Class Action**

**EXHIBIT B**

TO

**PLAINTIFFS' MOTION TO COMPEL
THIRD PARTY SUBPOENA RESPONSE**

# Affidavit of Process Server

JACK REESE, ET AL. vs CNH GLOBAL N.V., ET AL.    04-70592
**Plaintiff/Petitioner**    **Defendant/Respondent**    **Case#**

Being duly sworn, on my oath, I **Christopher Moss** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **TOWERS WATSON**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☒ Subpoena with $ **N/A** witness fee and mileage
☒ **ATTACHMENT A**

by serving (NAME) **John F. Stahl**
at ☐ Home
☒ Business **71 S. Wacker Drive, Chicago, IL**
☒ on (DATE) **Oct. 29, 2013** at (TIME) **11:30 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE)
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **John F. Stahl**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ___ ___ ,( ) ___ ___ ,( ) ___ ___
    DATE TIME   DATE TIME   DATE TIME
( ) ___ ___ ,( ) ___ ___ ,( ) ___ ___
DATE TIME   DATE TIME   DATE TIME

**Description:**
☒ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
  ☐ Brown Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☒ Glasses ☐ Yellow Skin ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6' ☒ 161-200 Lbs.
  ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this **29** day of **October**, 20**13**

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Notary Public

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS