UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER,
and GEORGE NOWLIN  on                                Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                          Case No. 04-70592

    Plaintiffs,

v.                                                   **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

    Defendants.

---

EXHIBIT D

TO

PLAINTIFFS' MOTION TO COMPEL
THIRD PARTY SUBPOENA RESPONSE

# Darcie Brault

| | |
|---|---|
| **From:** | Darcie Brault |
| **Sent:** | Wednesday, November 13, 2013 7:30 AM |
| **To:** | 'Meyer, Paul (Legal - Arlington)' |
| **Cc:** | Capotosto, Laura (Lcapotosto@mwe.com); Rogaczewski, Joshua (jrogaczewski@mwe.com); bburchfield@mwe.com |
| **Subject:** | RE: Subpoean to Towers Watson |

Dear Mr. Meyer,

Since I received this e-mail last Thursday, I have left several messages for you. Please contact me so that we can discuss how to handle this matter going forward. As stated in my messages, I can be reached at my office (telephone number below) and on my cell phone: (248) 952-7732. I also retrieve my email through my cell phone, so I can be reached virtually any time.

Thank you,

Darcie R. Brault, Esq.
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com
*******************************************

This e-mail message from Darcie Brault is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.


-----Original Message-----
From: Meyer, Paul (Legal - Arlington) [mailto:Paul.Meyer@towerswatson.com]
Sent: Thursday, November 07, 2013 6:43 PM
To: Darcie Brault
Cc: Capotosto, Laura
Subject: Re: Subpoean to Towers Watson

Dear Ms. Brault;

Attached is Towers Watson's response to the subpoena delivered to our Chicago office.



Regards,

Paul A. Meyer

1

Paul A. Meyer
Managing Counsel
Global E-Discovery and Data Management

Towers Watson
901 N. Glebe Rd. | Arlington VA 22203

T +1 703 258 7564
M +1 202 285 5585
paul.meyer@towerswatson.com<mailto:paul.meyer@towerswatson.com>
towerswatson.com


Notice of Confidentiality
This transmission contains information that may be confidential. It has been prepared for the sole and exclusive use of the intended recipient and on the basis agreed with that person. If you are not the intended recipient of the message (or authorized to receive it for the intended recipient), you should notify us immediately; you should delete it from your system and may not disclose its contents to anyone else.


This e-mail has come to you from Towers Watson Delaware Inc. or Towers Watson Pennsylvania Inc.