UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER,
and GEORGE NOWLIN on
behalf of themselves and
a similarly situated class,

Hon. Patrick J. Duggan

Case No. 04-70592

Plaintiffs,

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

Defendants.

---

**EXHIBIT F**

**TO**

**PLAINTIFFS' MOTION TO COMPEL
THIRD PARTY SUBPOENA RESPONSE**

## Darcie Brault

| | |
|---|---|
| **From:** | Darcie Brault |
| **Sent:** | Friday, November 08, 2013 4:18 PM |
| **To:** | Capotosto, Laura (Lcapotosto@mwe.com) |
| **Subject:** | FW: Subpoean to Towers Watson |
| **Attachments:** | Ltr to Darcie R Brault.pdf |

Laura,

Was this part of what you were thinking would be addressed by a proposed protective order? I have a call Meyer but have not received a response. I'd like to get these issues worked out as soon as possible.

Thank you,

Darcie R. Brault, Esq.
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, #117
Southfield, MI 48034
(248) 354-9650
(248) 354-9656 (fax)
Email: dbrault@michworklaw.com
*******************************************
This e-mail message from Darcie Brault is for the sole use of the intended recipient(s) and may contain co۱ privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are r intended recipient, please contact the sender by reply e-mail and destroy all copies of the original messag


-----Original Message-----
From: Meyer, Paul (Legal - Arlington) [mailto:Paul.Meyer@towerswatson.com]
Sent: Thursday, November 07, 2013 6:43 PM
To: Darcie Brault
Cc: Capotosto, Laura
Subject: Re: Subpoean to Towers Watson

Dear Ms. Brault;

Attached is Towers Watson's response to the subpoena delivered to our Chicago office.



Regards,

Paul A. Meyer