UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                        Case No. 2:04−cv−70592−PJD−PJK
                                        Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Paul J. Komives for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Compel – #373

                                          s/Patrick J. Duggan
                                          Patrick J. Duggan
                                          United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          s/M. Orem
                                          Case Manager

Dated:   November 20, 2013