UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER,
and GEORGE NOWLIN  on                                        Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,                                        Case No. 04-70592

      Plaintiffs,

v.                                                                                 **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

      Defendants.
_____/

| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
|---|---|
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI  48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C.  20001 |
| |  (202) 756-8000 |

_____/

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
TO COMPEL THIRD PARTY SUBPOENA RESPONSE (Docket #373)
RELATED TO TOWERS WATSON SUBPOENA, ONLY**

Class Counsel, having discussed the subpoena with a representative from Towers Watson, requests that the portion of the Plaintiffs' Motion to Compel Third Party Subpoena Response that relates to the Towers Watson subpoena be withdrawn.

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By:/s/Darcie R. Brault
David R. Radtke (P47016)
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650
dbrault@michworklaw.com

Date: December 2, 2013

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will serve it on all parties.

Dated: December 2, 2013

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C.

By:  /s/Darcie R. Brault
David R. Radtke (P47016)
Darcie R. Brault (P43864)
Attorneys for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI  48034
(248) 354-9650
dbrault@michworklaw.com