UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH GLOBAL N.V. and CNH AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

Roger J. McClow (P27170)
David R. Radtke (P47016)
Darcie R. Brault (P43864)
McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.,
Attorneys for Plaintiffs Reese, et al.
400 Galleria Officentre Suite 117
Southfield, MI 48034
(248) 354-9650

Norman C. Ankers (P30533)
HONIGMAN MILLER
SCHWARTZ AND COHN LLP
Attorney for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000

Thomas G. McNeill (P36895)
Farayha Arrine (P73535)
DICKINSON WRIGHT PLLC
Attorneys for Non Party Towers Watson
500 Woodward Ave. Suite 4000
Detroit, MI 48226
(313-223-3500)
tmcneill@dickinsonwright.com

Bobby R. Burchfield, Esq.
Joshua D. Rogaczewski, Esq.
Laura J. Capotosto, Esq.
McDERMOTT WILL & EMERY
Attorneys for Defendants
The McDermott Building
500 North Capital Street, Northwest
Washington D.C., 20001
(202) 756-8000

## NOTICE OF APPEARANCE

TO: Clerk of the Court, U.S. District Court
All Counsel/Parties of Record

Please enter my appearance as attorney of record on behalf of Non Party, **TOWERS WATSON,** in connection with the above-captioned matter.

                          DICKINSON WRIGHT PLLC

                          By: s/Farayha Arrine
                              Farayha Arrine (P73535)
                          *Attorneys for Non Party Towers Watson*
                          500 Woodward Avenue, Suite 4000
                          Detroit, MI 48226
                          313-223-3500
Dated: December 2, 2013    farrine@dickinsonwright.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the Eastern District of Michigan using the ECF filing system which will automatically send notification of such filing to all counsel/parties of record.

                          DICKINSON WRIGHT PLLC

                          By: s/Farayha Arrine
                              Farayha Arrine (P73535)
                          *Attorneys for Non Party Towers Watson*
                          500 Woodward Avenue, Suite 4000
                          Detroit, MI 48226
                          313-223-3500
                          farrine@dickinsonwright.com