UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                        Plaintiff(s),

v.                                          Case No. 2:04−cv−70592−PJD−PJK
                                          Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Paul J. Komives at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

      Motion to Compel − #373

- RESOLVED/UNRESOLVED ISSUES DEADLINE: December 11, 2013

- MOTION HEARING: December 16, 2013 at 10:00 AM

**ADDITIONAL INFORMATION:** PARTIES ARE DIRECTED TO COMPLY WITH LOCAL RULE 7.1(e). ANY REQUESTS FOR ADJOURNMENT OF THE HEARING DATE SHOULD BE ADDRESSED TO CASE MANAGER KAY DOAKS AT 313−234−5103.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K. Doaks
                                                  Case Manager

Dated: December 3, 2013