# EXHIBIT F



Boston  Brussels  Chicago  Dusseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Laura J. Capotosto
Associate
lcapotosto@mwe.com
+1 202 756 8102

December 12, 2013

BY FEDEX

Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034-8460

Re:  *Reese v. CNH Global N.V.*, Case 2:04-cv-70592-PJD-PJK (E.D. Mich. filed Feb. 18, 2004)

Dear Darcie:

Enclosed please find documents marked with production numbers CNHA059466 through CNHA059900. These documents are responsive to Plaintiffs' Fifth Request for Production of Documents.

Feel free to contact me if you have any questions.

Sincerely,

*Laura Capotosto*

Laura J. Capotosto

Enclosure

DM_US 48273951-1.071485.0013

U.S. practice conducted through McDermott Will & Emery LLP.
500 North Capitol Street N.W.  Washington, D.C.  20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com