UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                    Plaintiff(s),

v.                                                    Case No. 2:04−cv−70592−PJD−PJK
                                                      Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                    Defendant(s),
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Paul J. Komives for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

         Motion to Compel – #388
         Motion to Extend – #389


                                          s/Patrick J. Duggan
                                          Patrick J. Duggan
                                          United States District Judge


**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                          s/M. Orem
                                          Case Manager

Dated:   December 31, 2013