# Exhibit 1

| | |
|---|---|
| From: | Capotosto, Laura |
| To: | Darcie Brault (DBrault@MichWorkLaw.com) |
| Cc: | Burchfield, Bobby; Rogaczewski, Joshua |
| Subject: | Reese v. CNH Global N.V.: Rule 26(a)(2) Disc. |
| Date: | Thursday, October 17, 2013 18:19:12 |
| Attachments: | CNH"s Fed. R. Civ. P. 26(a)(2) Disc..PDF |

Darcie,

Attached please find a courtesy copy of CNH's expert disclosures being served today by first-class mail. Please contact us to discuss scheduling depositions of our experts. Please note that given Mr. Macey's very full schedule, we recommend that you take his deposition on November 18, 2013.

On a different note, we expect Plaintiffs to produce immediately the documents responsive to CNH's twenty-eighth document request, which became due upon service of Plaintiffs' expert disclosures.

Laura J. Capotosto
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202.756.8102 (Direct)
570.204.6715 (Cell)
lcapotosto@mwe.com