# Exhibit 2

| | |
|---|---|
| **From:** | Rogaczewski, Joshua |
| **To:** | Darcie R. Brault (McKnight McClow) |
| **Cc:** | Burchfield, Bobby; Capotosto, Laura |
| **Bcc:** | CNH America LLC   Reese v   CNH   071485_0013 E_mails <{F978736}.DM_US@LISWCSP04.MWE.COM> |
| **Subject:** | Reese v. CNH Global N.V.: Expert Scheduling |
| **Date:** | Monday, October 28, 2013 11:23:16 |

Darcie:

In an effort to advance the ball on scheduling expert depositions, we wanted to identify the dates prior to the current discovery deadline on which our experts are available for deposition.

November 18 continues to be the optimal date for Scott Macey to be deposed. He is also available, however, on November 13.

John Stahl is available November 12, 13, and 14.

We would appreciate learning when Plaintiffs' experts are available in the period shortly after their rebuttal expert disclosures are served. Further, if any of Plaintiffs' experts are *not* submitting a rebuttal disclosure, please let us know, and we will see if we can depose him or her in advance of the rebuttal expert disclosure deadline.

Joshua David Rogaczewski
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001
202.756.8000 [general number]; 202.756.8195 [direct line]
202.756.8087 [general facsimile]; 202.591.2757 [direct facsimile]