# Exhibit 4



Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Laura J. Capotosto
Associate
lcapotosto@mwe.com
+1 202 756 8102

October 31, 2013

BY FEDEX

Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034-8460

Re: *Reese v. CNH Global N.V.*, Case 2:04-cv-70592-PJD-PJK (E.D. Mich. filed Feb. 18, 2004)

Dear Darcie:

Enclosed please find documents marked with production numbers CNHA059369 through CNHA059465. These documents are the pension-calculation documents from the benefit files of the ninety-two individuals listed in your September 24, 2013 letter.

Feel free to contact me if you have any questions.

Sincerely,

Laura J. Capotosto /cj/

Enclosure

DM_US 46366735-1.071485.0013

U.S. practice conducted through McDermott Will & Emery LLP.
500 North Capitol Street N.W. Washington, D.C. 20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com