# Exhibit 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
GEORGE NOWLIN and RONALD HITT, on
behalf of themselves and
a similarly situated class,

Hon. Patrick J. Duggan

Case No. 04-70592

    Plaintiffs,

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | Douglas G. Edelschick, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | 600 Thirteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | (202) 756-8000 |

_____/

## **PLAINTIFFS' FIRST REQUESTS FOR ADMISSION**

Plaintiffs, pursuant to Federal Rules of Civil Procedure 26 and 36, hereby request that CNH Global N.V. respond to the following Requests for Admission, in writing and under oath, within thirty (30) days of service hereof.

## DEFINITIONS

Unless otherwise indicated, the following definitions shall be applicable to these Interrogatories:

1. The term "Company" as used herein means J. I. Case, Case Corporation, Case LLC, CNH America LLC, CNH Global N.V., CaseNewHolland, Inc., Case New Holland, Inc., Fiatallis North America, Inc., Fiat SPA, Fiat Acquisition Company, their predecessors, parents, subsidiaries and divisions and the employees, representatives and agents of these entities.

2. "Class Member" means a retiree or surviving spouse described in the revised definition of the Class set forth in Paragraph 7 of the Stipulated Order entered November 16, 2007.

3. "Class" means all Class Members and Dependents.

4. "Current Plan" means the medical, dental, vision, hearing aid and prescription drug plan the Company is currently providing under the 1998 Group Benefit Plan.

5. "Current Plan Participant" means any Class Member or any Dependent who is enrolled in the Current Plan.

6. "Dependent" means a dependent spouse or dependent child of a retiree Class Member or a dependent child of a surviving spouse Class Member.

7. "2005 Plan Participant" means any participant in the CNH/UAW Group Benefit Plan 2005.

8. "Proposed Plan Participant" means any Class Member or any Dependent the Company proposes to enroll in the Proposed Plan.

9. "Proposed Plan" means the plan of medical, dental, vision and prescription drug benefits that the Company has proposed to provide to the Class pursuant to the Draft Summary Plan

2

Description dated January 23, 2013 and the CNH Plan Document - 2009 as clarified and modified by Bobby Burchfield's letter to Darcie R. Brault of March 1, 2013.

10. The "Retiree Medical Savings Account (RMSA)" means the Retiree Medical Savings Account as described in the Summary Plan Description dated July 2005.

PLEASE ADMIT:

1. Admit that the precise plan proposed by the Company to implement with respect to the Class is contained in its entirety[1] in Exhibits A and B, attached.

2. Admit that the 2005 Plan Participants received a $7,500 payment to their RMSA when they retired.

3. Admit that the Class will not receive a $7,500 payment to an RMSA under the Proposed Plan.

4. Admit that the 2005 Plan Participants who were Medicare-eligible retirees received annual Company contribution payments of $50/year of credited service up to $1,500 between the date of retirement and 2011.

5. Admit that the Class will not receive the annual payments referenced in 4, above, under the Proposed Plan.

6. Admit that a Proposed Plan Participant's coverage will end if a premium payment is missed.

7. Admit that the Proposed Plan will cover:

    All former bargaining unit employees who retired under the Case Corporation Pension Plan for Hourly Paid Employees after July 1, 1994, and who retired on or before April 1, 2005 (other than former employees eligible for or receiving retirement benefits under the deferred vested provisions of the Pension Plan and former employees hired after May 18, 1998), and all surviving spouses of those former bargaining unit employees.

---

[1] There are no additional plan documents which limit or broaden the proposed plan terms.

3

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: _____
Roger J. McClow (P27170)
David R. Radtke (P47016)
Darcie R. Brault (P43864)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650
dbrault@michworklaw.com

Dated: March 14, 2013

P:\RHC Cases\Case Corp\Case - Reese litigation\Pleadings\Req for Admission to CNH.docx

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, GEORGE NOWLIN and RONALD HITT, on behalf of themselves and a similarly situated class, | Hon. Patrick J. Duggan<br><br>Case No. 04-70592 |
| Plaintiffs, | |
| v. | **Class Action** |
| CNH GLOBAL N.V., formerly known as Case Corporation, and CNH AMERICA LLC, | |
| Defendants. | |

| | |
|---|---|
| Roger J. McClow (P27170)<br>David R. Radtke (P47016)<br>Darcie R. Brault (P43864)<br>McKNIGHT, McCLOW, CANZANO<br>SMITH & RADTKE, P.C.<br>Attorneys for Plaintiffs Reese, et al.<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>(248) 354-9650 | Norman C. Ankers (P30533)<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br><br>Bobby R. Burchfield, Esq.<br>Douglas G. Edelschick, Esq.<br>McDERMOTT WILL & EMERY<br>Attorneys for Defendants<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 756-8000 |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     )ss
COUNTY OF OAKLAND    )

KAREN ANN PURSLOW, being first duly sworn, deposes and says that on the 14th day of March 2013, she served Plaintiffs' First Interrogatories to Defendant, Plaintiff's Fourth Request for Production of Documents, Plaintiffs' First Requests for Admission and Proof of Service of same upon:

>Bobby R. Burchfield, Esq.
>Douglas G. Edelschick, Esq.
>McDERMOTT WILL & EMERY
>600 Thirteenth Street, N.W.
>Washington, D.C. 20005

by email.

_____
KAREN ANN PURSLOW

Subscribed and sworn to before
me this 14th day of March 2013.

_____
SANDRA J. COWELL, Notary Public
Wayne County, MI (Acting in Oakland)
My Commission Expires: Sept. 30, 2018

P:\RHC Cases\Case Corp\Case - Reese litigation\Pleadings\March 2013\POS of All Docs.wpd