# Exhibit 11



Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Laura J. Capotosto
Associate
lcapotosto@mwe.com
+1 202 756 8102

April 18, 2013

BY FEDEX

Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034-8460

Re:   *Reese v. CNH Global N.V.*, Case 2:04-cv-70592-PJD-PJK (E.D. Mich. filed Feb. 18, 2004)

Dear Darcie:

Enclosed please find documents bearing numbers CNHA055625 through CNHA059030 and CNHA059054 through CNHA59331 in response to Plaintiffs' Fourth Request for Production of Documents. Please refer to the documents for the confidentiality designations of CNH Global N.V. and CNH America LLC (referred to collectively as "CNH"). Please also find a supplemental Federal Rule of Civil Procedure 26(b)(5) catalog of documents and a non-reliance notice from Towers Watson & Co., the custodian from which CNH obtained some of the documents produced.

Please note that a zip file containing native versions of additional documents bearing numbers CNHA059031C through CNHA059053C has been uploaded to an FTP site. The zip file, which you can download, is named "Document Production.zip" and is approximately 34 MB in size. You will receive login credentials and access instructions to the FTP site by email. Please note that each of the files has its original filename appended to the bates number. The letter "C" indicates a file is confidential under the protective order in this case. These files will be available on the FTP site for your download until Friday, April 19, 2013, at 17:00 EDT.

Feel free to contact me if you have any questions.

Sincerely,

*Laura Capotosto*

Laura J. Capotosto

Enclosures

DM_US 42308222-1.071485.0013

U.S. practice conducted through McDermott Will & Emery LLP.
500 North Capitol Street N.W.  Washington, D.C.  20001-1531  Telephone: +1 202 756 8000  Facsimile: +1 202 756 8087  www.mwe.com