# Exhibit 14



Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Laura J. Capotosto
Associate
lcapotosto@mwe.com
+1 202 756 8102

November 12, 2013

BY FEDEX

Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre
Suite 117
Southfield, Michigan 48034-8460

Re:   *Reese v. CNH Global N.V.*, Case 2:04-cv-70592-PJD-PJK (E.D. Mich. filed Feb. 18, 2004)

Dear Darcie:

Consistent with my letter of November 8, enclosed are most of the documents Plaintiffs requested from Mr. Stahl. One file requires entry of an addendum to the protective order in this case. Towers Watson is reviewing the draft addendum. Please note that each of the files has its original filename appended to the bates number. The letter "C" indicates a file is confidential under the protective order in this case.

Feel free to contact me if you have any questions.

Sincerely,

Laura Capotosto

Laura J. Capotosto

Enclosures

DM_US 46689801-1.071485.0013

