# Exhibit 15

| | |
|---|---|
| From: | Rogaczewski, Joshua |
| To: | Darcie R. Brault (McKnight McClow) |
| Cc: | Burchfield, Bobby; Norman C. Ankers (Honigman); Capotosto, Laura |
| Bcc: | CNH America LLC _ Reese v _ CNH _ 071485_0013_E_mails <{F978736}.DM_US@LISWCSP04.MWE.COM> |
| Subject: | Reese v. CNH Global N.V., Case 2:04-cv-70592-PJD-PJK (E.D. Mich.): Stahl 00052 |
| Date: | Monday, December 23, 2013 9:32:13 |
| Attachments: | image002.png |

Darcie:

Consistent with the Court's entry of the addendum to the protective order, we are producing the document marked STAHL 00052.

It is available at an ftp site, the instructions for which follow.

# McDermott Will & Emery

## sFTP Account –

## Processed for Darcie Brault

The sFTP login information that you requested is below. If credentials were requested for a client (non-MWE employee), <u>you will need to forward this email to your client</u>.

To use McDermott secure file transfer:

- Install the FileZilla FTP client from FileZilla's website: http://filezilla-project.org/download.php?type=client
- Follow the instructions in the attached sFTP Quick Reference document to access and use the sFTP site.
- **ALL files must be "zipped" before uploading.**
- **5 failed logins locks account.**
- Should you have any questions please e-mail ITSC@mwe.com or call x46969 (+1 312 984 6969).

**WARNING:
Files WILL NOT be archived and WILL BE permanently removed in 7 days.**

Account Information:
Host: ftp.mwe.com
Login name: xdbrault
Password: WVk8rWYz
Port: 22
Folder Name: 071485.0013_MichWorkLaw



**Support**: ITSC@mwe.com | x46969 | 4316969 | (+1 312 984 6969)
Joshua David Rogaczewski
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001
202.756.8000 [general number]; 202.756.8195 [direct line]
202.756.8087 [general facsimile]; 202.591.2757 [direct facsimile]