# Exhibit 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER, GEORGE NOWLIN
on behalf of themselves and
a similarly situated class,

Hon. Patrick J. Duggan

Case No. 04-70592

Plaintiffs,

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

Defendants.
_____/

| | |
|---|---|
| David R. Radtke (P47016) | Norman C. Ankers (P30533) |
| Darcie R. Brault (P43864) | HONIGMAN MILLER |
| McKNIGHT, McCLOW, CANZANO | SCHWARTZ AND COHN LLP |
| SMITH & RADTKE, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiffs Reese, et al. | 2290 First National Building |
| 400 Galleria Officentre, Suite 117 | 660 Woodward Avenue |
| Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 354-9650 | (313) 465-7000 |
| | |
| | Bobby R. Burchfield, Esq. |
| | Douglas G. Edelschick, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | 600 Thirteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | (202) 756-8000 |

_____/

## PLAINTIFFS' SECOND REQUESTS FOR ADMISSION

Plaintiffs, pursuant to Federal Rules of Civil Procedure 26 and 36, hereby request that CNH Global N.V. respond to the following Requests for Admission, in writing and under oath, within thirty (30) days of service hereof.

## DEFINITIONS

Unless otherwise indicated, the following definitions shall be applicable to these Request for Admission.

1. The term "Company" as used herein means J. I. Case, Case Corporation, Case LLC, CNH America LLC, CNH Global N.V., CaseNewHolland, Inc., Case New Holland, Inc., Fiatallis North America, Inc., Fiat SpA, Fiat Acquisition Company, their predecessors, parents, subsidiaries and divisions and the employees, representatives and agents of these entities.

2. "Class Member" means a retiree or surviving spouse described in the revised definition of the Class set forth in Paragraph 7 of the Stipulated Order entered November 16, 2007.

3. "Class" means all Class Members and Dependents.

4. "Current Plan" means the medical, dental, vision, hearing aid and prescription drug plan the Company is currently providing under the 1998 Group Benefit Plan.

5. "Current Plan Participant" means any Class Member or any Dependent who is enrolled in the Current Plan.

6. "Dependent" means a dependent spouse or dependent child of a retiree Class Member or a dependent child of a surviving spouse Class Member.

7. "2005 Plan" means the CNH/UAW Group Benefit Plan 2005.

8. "2005 Plan Participant" means any participant in the CNH/UAW Group Benefit Plan 2005.

9. "Proposed Plan Participant" means any Class Member or any Dependent the Company proposes to enroll in the Proposed Plan.

10. "Proposed Plan" means the plan of medical, dental, vision and prescription drug benefits that the Company has proposed to provide to the Class pursuant to the Draft Summary Plan

Description dated January 23, 2013 and the CNH Plan Document - 2009 as clarified and modified by Bobby Burchfield's letter to Darcie R. Brault of March 1, 2013.

PLEASE ADMIT:

1. Prior to September of 2013, CNH America LLC was a wholly owned subsidiary of CNH Global N.V.

2. CNH Global N.V. has been or will be merged with Fiat Industrial SpA into CNH Industrial N.V.

3. CNH Global N.V. is or will be merged with Fiat Industrial SpA into CNH Industrial N.V. on or before November 30, 2013.

4. CNH America LLC will be in the merged company and will continue to exist as a separate entity after the merger.

5. CNH America LLC will be a proper party to this litigation after the merger.

6. CNH Global N.V. will be a proper party to this litigation after the merger.

7. There are no other parties who Defendants contend are potentially liable for the payment of retiree healthcare benefits to the Class that are not currently a party to this litigation.

8. After the merger between Fiat Industrial SpA and CNH Global N.V., the merged company and its subsidiaries, including CNH America LLC, will continue to control sufficient assets to meet any obligation that may be affirmed by or incurred in this litigation, e.g. the continuation of The Current Plan and attorneys' fees and costs.

9. "[L]ifestyle drugs" for smoking, obesity and erectile dysfunction are excluded from the 2005 Plan.

10. The Proposed Plan does not provide coverage for any medical, vision, dental or

hearing service, technology, treatment or prescription drug that is not covered by the Current Plan.

11. No members of the Class are in the non-network plan.

12. The changes to the Current Plan as described in the Proposed Plan exceed the maximum percentage increases for retaining grandfathered status under the regulations for the Patient Protection and Affordable Care Act P.L. 11-148, 29 CFR 2590.715-1251.

        Respectfully submitted,

        McKNIGHT, McCLOW, CANZANO,
        SMITH & RADTKE, P.C.

        By: _____
        Darcie R. Brault (P43864)
        David R. Radtke (P47016)
        Attorneys for Class Plaintiffs
        400 Galleria Officentre, Suite 117
        Southfield, MI 48034
        (248) 354-9650
        dbrault@michworklaw.com

Dated: November 5, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER and GEORGE NOWLIN
on behalf of themselves and
a similarly situated class,

       Hon. Patrick J. Duggan
       Case No. 04-7059

    Plaintiffs,

v.

       **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

    Defendants.
_____/

| | |
|---|---|
| David R. Radtke (P47016) | Norman C. Ankers (P30533) |
| Darcie R. Brault (P43864) | HONIGMAN MILLER |
| McKNIGHT, McCLOW, CANZANO | SCHWARTZ AND COHN LLP |
| SMITH & RADTKE, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiffs Reese, et al. | 2290 First National Building |
| 400 Galleria Officentre, Suite 117 | 660 Woodward Avenue |
| Southfield, MI   48034 | Detroit, MI 48226 |
| (248) 354-9650 | (313) 465-7000 |
| | |
| | Bobby R. Burchfield, Esq. |
| | Joshua D. Rogaczewski, Esq. |
| | McDERMOTT WILL & EMERY |
| | Attorneys for Defendants |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C. 20001 |
| | (202)756-8000 |

_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                     )ss
COUNTY OF OAKLAND    )

    SANDRA COWELL, being first duly sworn, deposes and says that on the 5th day of November, 2013, she did serve a copy of Plaintiffs' Fifth Request for Production of Documents and Second Set of Requests for Admission upon:

        Bobby Burchfield, Esq.
        McDERMOTT WILL & EMERY
        The McDermott Building
        500 North Capital Street, Northwest
        Washington, D.C. 20001

by email and first class U.S. mail, postage fully prepaid.

                              */s/ Sandra J. Cowell*
                              SANDRA COWELL