# Exhibit 21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER and GEORGE NOWLIN
on behalf of themselves and
a similarly situated class,

        Hon. Patrick J. Duggan
        Case No. 04-7059

      Plaintiffs,

v.

        **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

      Defendants.

_____/

| | |
|---|---|
| David R. Radtke (P47016)<br>Darcie R. Brault (P43864)<br>McKNIGHT, McCLOW, CANZANO<br>SMITH & RADTKE, P.C.<br>Attorneys for Plaintiffs Reese, et al.<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>(248) 354-9650 | Norman C. Ankers (P30533)<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br><br>Bobby R. Burchfield, Esq.<br>Joshua D. Rogaczewski, Esq.<br>McDERMOTT WILL & EMERY<br>500 North Capital Street, Northwest<br>Washington, D.C. 20001<br>(202)756-8000 |

_____/

## PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS RELATED TO REQUESTS FOR ADMISSION DATED DECEMBER 13, 2013

Plaintiffs, by their attorneys, McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C., request, pursuant to Rule 34 of the Federal Rules of Civil Procedure, that Defendants answer the interrogatories and produce the documents and records described below for inspection and copying at the offices of McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C., 400 Galleria Officentre, Suite 117, Southfield, MI 48034.

**INTERROGATORY**:

To the extent that any of your responses to any of Plaintiffs' Requests for Admissions Dated December 13, 2013 is other than an unqualified admission, please state:

1. The number of the Request for Admission

2. List all facts on which you based any part of your response that is not an unqualified admission

3. Identify all documents memorializing each such fact

4. And identify all persons with knowledge of each such fact.

**ANSWER:**


**DOCUMENT REQUEST:**

Please produce any and all documents identified in the interrogatory above.

**ANSWER:**

2

Respectfully Submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: _____
Darcie R. Brault (P43864)
David R. Radtke (P47016)
Attorneys for Class Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI  48034
(248) 354-9650
dbrault@michworklaw.com

Date:  December 13, 2013

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER and GEORGE NOWLIN
on behalf of themselves and
a similarly situated class,

        Hon. Patrick J. Duggan
        Case No. 04-7059

      Plaintiffs,

v.

        **Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and THE COMPANY LLC,

      Defendants.

---

| | |
|---|---|
| David R. Radtke (P47016)<br>Darcie R. Brault (P43864)<br>McKNIGHT, McCLOW, CANZANO<br>SMITH & RADTKE, P.C.<br>Attorneys for Plaintiffs Reese, et al.<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>(248) 354-9650 | Norman C. Ankers (P30533)<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br><br>Bobby R. Burchfield, Esq.<br>Joshua D. Rogaczewski, Esq.<br>McDERMOTT WILL & EMERY<br>Attorneys for Defendants<br>The McDermott Building<br>500 North Capital Street, Northwest<br>Washington, D.C. 20001<br>(202)756-8000 |

---

## PROOF OF SERVICE

STATE OF MICHIGAN          )
                           )ss
COUNTY OF OAKLAND          )


SANDRA COWELL, being first duly sworn, deposes and says that on the 13th day of December, 2013, she did serve a copy of Plaintiffs' Requests for Admissions and Plaintiffs' Interrogatories and Requests for Production of Documents Related to Requests for Admission Dated December 13, 2013 upon:

>  Bobby Burchfield, Esq.
>  Joshua Rogaczewski, Esq.
>  Laura Capotosto, Esq.
>  McDERMOTT WILL & EMERY
>  The McDermott Building
>  500 North Capital Street, Northwest
>  Washington, D.C. 20001


by email and first class U.S. mail, postage fully prepaid.

SANDRA COWELL