# Exhibit 22

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 OF
THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of September 2013**

**Commission File No. 001-36085**

# CNH INDUSTRIAL N.V.
(Translation of Registrant's Name Into English)

**Cranes Farm Road
Basildon
Essex SS14 3AD
United Kingdom
Tel. No.: +44 1268 533000**
(Address of Principal Executive Offices)

(Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.)

Form 20-F  ☒        Form 40-F  ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule101(b)(1):  ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule101(b)(7):  ☐

Indicate by check mark whether the registrant by furnishing the information contained in this form is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes  ☐        No  ☒

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3 2(b): N/A

The following documents are being submitted herewith:

- Press release, dated September 30, 2013. The press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

**SIGNATURE**

    Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: September 30, 2013

CNH INDUSTRIAL N.V.

By: /s/ Roberto Russo
Name: Roberto Russo
Title: Corporate Secretary

**Index of Exhibits**

| Exhibit Number | Description of Exhibit |
|---|---|
| 99.1 | Press release of September 30, 2013 titled: "Closing of the Merger of Fiat Industrial S.p.A. and CNH Global N.V. with and into CNH Industrial N.V." |

2:04-cv-70592-PJD-PJK   Doc # 391-23   Filed 01/06/14   Pg 5 of 6   Pg ID 13515

**Exhibit 99.1**





PRESS RELEASE

**Closing of the Merger of Fiat Industrial S.p.A. and CNH Global N.V. with and into CNH Industrial N.V.**

CNH Industrial N.V. (CNHI) announces that, on September 27 and 28, 2013, the deed of merger relating to the merger of Fiat Industrial S.p.A. with and into CNH Industrial N.V. and the deed of merger relating to the merger of CNH Global N.V. with and into CNH Industrial N.V. were executed: as a consequence, the closing of the transaction was consummated on September 29, 2013.

Upon closing CNH Industrial issued 1,348,867,772 common shares allotted to Fiat Industrial and CNH Global shareholders on the basis of the respective exchange ratio. In particular, Fiat Industrial shareholders received one CNH Industrial common share for each Fiat Industrial ordinary share held and CNH shareholders received 3.828 CNH Industrial common shares for each CNH Global common share held.

CNH Industrial common shares are admitted to listing on the NYSE and it is expected that today CNH Industrial common shares will also be admitted to listing on the Mercato Telematico Azionario (MTA). Start of trading on the NYSE is expected to begin today at 9.30 a.m. EDT and immediately thereafter on the MTA.

Furthermore, upon closing, CNH Industrial issued special voting shares (not admitted to trading) allotted to Fiat Industrial and CNH shareholders who, having duly elected to receive such special voting shares, were eligible to receive these shares. On the basis of such requests, CNH Industrial issued overall 474,474,276 special voting shares.

With effect as of closing of the transaction the Board of Directors of CNH Industrial is composed as follows : John Elkann, Mina Gerowin, Patrizia Grieco, Léo W. Houle, Peter Kalantzis, John Lanaway, Sergio Marchionne, Guido Tabellini, Jacqueline Tammenoms Bakker, Jacques Theurillat and Richard Tobin.

September 30, 2013

**CNH Industrial** N.V.
Secondary office:
Via Nizza 250, 10126 Turin Italy
ph. +39 011 00.62464 - fax. +39 011 00.62094
mediarelations@cnhindustrial.com