# Exhibit 1

SUZANNE DANIELS, PH.D. - 1/10/2014

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


JACK REESE, FRANCES ELAINE

PIDDE, JAMES CICHANOFSKY,

ROGER MILLER, and GEORGE

NOWLIN,

        Plaintiffs,

  vs.                Case No. 2:04-cv-70592-PJD-PJK

                    Hon. Patrick J. Duggan, U.S.D.J.

                    Hon. Paul J. Komives, U.S. Mag. J.

CNH GLOBAL N.V. and CNH

AMERICA LLC,

        Defendants.

_____


    The Deposition of SUZANNE MARIE DANIELS, Ph.D.

    Taken at 400 Galleria Officentre, Suite 117

    Southfield, Michigan

    Commencing at 9:28 a.m.

    Friday, January 10, 2014

    Before Mary Jo Power, CSR-1404, RPR, RMR, CRR

SUZANNE DANIELS, PH.D. - 1/10/2014

Page 6

1   Southfield, Michigan
2   Friday, January 10, 2014
3   9:28 a.m.
4
5                   SUZANNE MARIE DANIELS, Ph.D.,
6       was thereupon called as a witness herein, and after
7       having first been duly sworn to testify to the truth,
8       the whole truth and nothing but the truth, was
9       examined and testified as follows:
10                          EXAMINATION
11  BY MR. BURCHFIELD:
12  Q.  Would you please state your full name for the record.
13  A.  Suzanne Marie Daniels.
14  Q.  And you're a Ph.D. in economics; is that correct?
15  A.  Yes.
16  Q.  And could you give us just an overview of your
17      educational background: undergraduate degree, and
18      graduate degrees, please.
19  A.  My undergraduate degree is in economics, bachelors;
20      and I have a Ph.D. in economics.
21  Q.  From what institutions?
22  A.  From Wayne State University, both degrees.
23  Q.  And what were the dates of those degrees?
24  A.  They are stated on my bio with my report.
25  Q.  Okay. We'll get to that in short order.

```
 1                Ms. Daniels, let me ask the reporter to
 2         mark as Daniels Exhibits 1 and 2 a -- two subpoenas
 3         that I believe were served on you.
 4                This will be number 1, copy for Counsel;
 5         and this will be number 2.
 6                MARKED BY THE REPORTER:
 7                DEPOSITION EXHIBITS 1 and 2
 8                9:29 a.m.
 9    BY MR. BURCHFIELD:
10    Q.   Dr. Daniels, I'm handing to you Daniels Exhibit 1,
11         which is a subpoena duces tecum dated December 13,
12         2013, and would you take a moment and let me know if
13         you've seen that document before.
14    A.   Yes, I have seen this document before.
15    Q.   You have.  Okay.
16                And Daniels Exhibit 2 is a subpoena duces
17         tecum dated December 30, 2013, which has a
18         supplemental document request at the end.  And take a
19         moment, let me know if you've seen that one before.
20    A.   Yes, I've seen this document.
21    Q.   Now, do you have any -- you're obviously appearing for
22         the deposition here in person today, and we'll ask
23         questions, but do you have any documents responsive to
24         these subpoenas to produce today?
25                MR. CANZANO:  I'm going to interject or
```

```
 1         object here in that the time for the return of these
 2         subpoenas has not yet occurred.  We will be filing
 3         a -- and I believe we either have or will be today
 4         serving an objection to the December 30 subpoena.
 5                   The other one I don't want to say for
 6         certain, because Darcie was handling this part of it,
 7         but I believe that the response to that is essentially
 8         that there are no further documents, you have the
 9         rebuttal report, and the only other things that would
10         be -- that she relied on would be the documents
11         mentioned in there which came from you and are in your
12         expert's report.
13                   MR. BURCHFIELD:  Okay.
14                   MR. CANZANO:  But the December 30 one
15         regarding the mission -- I'll call that the mission
16         subpoena -- we are objecting to that.
17                   MR. BURCHFIELD:  Okay.  Well, let me just
18         ask you:  Do you intend -- do the plaintiffs intend to
19         withdraw the like subpoena that has been served on
20         Mr. Macey?
21                   MR. CANZANO:  I don't believe so.
22    BY MR. BURCHFIELD:
23    Q.   Okay.  Ms. Daniels, let's set aside Exhibit -- well,
24         Exhibit 2, let's look at the document request on that,
25         and this is the document request that Counsel referred
```

SUZANNE DANIELS, PH.D. - 1/10/2014

Page 9

```
 1         to as the mission request.  I think that's as fair a
 2         consideration, without reading the whole thing, as
 3         any.
 4                   You, just to be clear, you are not today
 5         producing and have not produced any documents in
 6         response to the document request at the end of Exhibit
 7         2; is that correct?
 8    A.   They're not due yet till the 15th.
 9    Q.   But do you intend to produce any documents in response
10         to it?
11                   MR. CANZANO:  We're objecting, so there
12         won't be any documents produced.
13   BY MR. BURCHFIELD:
14    Q.   All right.  And that's your understanding as well?
15    A.   That's my understanding.
16    Q.   That's all I wanted to confirm for the record.
17                   Now with regard to Exhibit 1, the document
18         request appended to the December 13 subpoena which
19         begins with the document request your rebuttal expert
20         report, is it your understanding, Dr. Daniels, that
21         all documents responsive to this request have been
22         already produced to us?
23    A.   That is correct, because the documents were those that
24         were provided by the defense.  Mr. Macey's report and
25         the references in his report is what I relied on.
```

```
 1    Q.   Okay.  Thank you.
 2              MR. BURCHFIELD:  Let me ask the reporter to
 3         mark as Daniels Exhibit 3 a document entitled SNG
 4         Consulting, LLC, Consulting Agreement.
 5              MARKED BY THE REPORTER:
 6              DEPOSITION EXHIBIT 3
 7              9:34 a.m.
 8              MR. BURCHFIELD:  Thank you.
 9    BY MR. BURCHFIELD:
10    Q.   Dr. Daniels, I'm handing you Exhibit 3.  Do you
11         recognize this document?
12    A.   I do, yes.
13    Q.   Is this the -- is this the consulting agreement that
14         relates to the services you have provided in this case
15         of Reese versus CNH?
16    A.   Yes, it does.  Yes.
17    Q.   And just to confirm, under the heading Charges and
18         Payments, your rate for consulting services is $200 an
19         hour?
20    A.   Yes.
21    Q.   And your rate is $350 an hour for depositions, that
22         would be today; deposition preparation and travel
23         time; court, arbitration, mediation appearances; and
24         court, arbitration, mediation appearances,
25         preparation, and travel time; is that correct?
```