# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER and GEORGE NOWLIN
on behalf of themselves and
a similarly situated class,

Hon Patrick J. Duggan
Case No. 04-70592

    Plaintiffs,

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| David R. Radtke (P47016)<br>Darcie R. Brault (P43864)<br>KLIMIST, McKNIGHT, SALE,<br>McCLOW & CANZANO, P.C.<br>Attorneys for Plaintiffs<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>(248) 354-9650 | Norman C. Ankers (P30533)<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br><br>Bobby R. Burchfield<br>Joshua David Rogaczewski<br>Laura J. Capotosto<br>McDERMOTT WILL & EMERY<br>Attorneys for Defendants<br>The McDermott Building<br>500 North Capital Street, Northwest<br>Washington, D.C. 20001<br>(202) 756-8000 |

_____/

## **RE-NOTICE OF DEPOSITION OF SCOTT MACEY**
## **AND DUCES TECUM NOTICE**

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C., will take the deposition of Scott Macey, pursuant to Rule 30 of the Federal Rules of Civil Procedure on Wednesday, January 15, 2014* at 9:00 a.m. at the offices of McDermott, Will & Emery, 500 North Capital Street, Northwest, Washington, D.C. 20001. The deposition will be taken upon oral examination before an officer authorized by law to administer oaths. You are invited to attend and examine the witness.

**AT THE TIME OF THE DEPOSITION, MR. MACEY IS REQUIRED TO PRODUCE THE FOLLOWING DOCUMENTS:**

**TIME RECORDS INDICATING THE TIME SPENT BY MR. MACEY OR HIS ASSISTANTS AS A RETAINED EXPERT IN THIS MATTER, ANY AND ALL BILLING RECORDS INDICATING THE TOTAL CONSIDERATION FOR WORK AS AN EXPERT IN THIS MATTER, AND ANY OTHER DOCUMENTS RELATED TO THIS MATTER THAT WAS NOT PRODUCED TO PLAINTIFFS IN RESPONSE TO SUBPOENA.**

Respectfully submitted,

McKNIGHT, McCLOW, CANZANO,
SMITH & RADTKE, P.C.

By: _____
Darcie R. Brault (P43864)
Attorney for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650

Dated: January 8, 2014

*The date for this deposition is contingent upon receiving no interim ruling by the Court on Plaintiffs' Motion to Extend Scheduling Order.

p:\rhc cases\case corp\case - reese litigation\deposition notices\re-not of dep of macey.doc

# United States District Court
# Eastern District of Michigan



*Subpoena in a Civil Case and Return of Service Form*

| Plaintiff(s): Jack Reese, et al | v. | Defendant(s): CNH Global N.V. and CNH America LLC |
|---|---|---|

**TO:** Scott J. Macey
The ERISA Industry Committee

**CASE NO.** 04-70592
**JUDGE** Patrick J. Duggan

[ ] SUBPOENA FOR ATTENDANCE AT TRIAL
[X] SUBPOENA FOR ATTENDANCE AT A DEPOSITION
[ ] DOCUMENT PRODUCTION REQUEST ONLY
[ ] PROPERTY INSPECTION REQUEST ONLY

**COMMAND TO APPEAR** — YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give testimony in the above case, and, if so indicated, to bring certain documents with you.

Place:
McDermott Will & Emery
500 North Capital Street, Northwest
Washington, D.C. 20001

Date: January 15, 2014*
Time: 9 a.m.

[X] APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
[ ] APPEARANCE WITHOUT DOCUMENTS

**COMMAND FOR DOCUMENTS** — YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified.

Place:
Date:
Time:

Description of documents/items to be produced or property to be inspected:

TIME RECORDS INDICATING THE TIME SPENT BY MR. MACEY OR HIS ASSISTANTS AS A RETAINED EXPERT IN THIS MATTER, ANY AND ALL BILLING RECORDS INDICATING THE TOTAL CONSIDERATION FOR WORK AS AN EXPERT IN THIS MATTER, AND ANY OTHER DOCUMENTS RELATED TO THIS MATTER THAT WAS NOT PRODUCED TO PLAINTIFFS IN RESPONSE TO SUBPOENA.
*The date for this deposition is contingent upon receiving no interim ruling by the Court on Plaintiffs' Motion to Extend Scheduling Order.

This subpoena is issued by (name, address and telephone number of attorney:)
Darcie R. Brault
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, MI 48034

Date of execution: January 8, 2014

Signature of issuing attorney/court officer

On behalf of the
[X] Plaintiff   [ ] Defendant