UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                             Case No. 2:04−cv−70592−PJD−PJK
                                                          Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),
_____

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Paul J. Komives at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Compel − #388
        Motion to Compel − #395

- RESOLVED/UNRESOLVED ISSUES DEADLINE: February 19, 2014

- MOTION HEARING: February 25, 2014 at 01:30 PM

**ADDITIONAL INFORMATION:** Any request for adjournment, please contact Case Manager Kay Doaks at 313−234−5103

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/K. Doaks
                                                      Case Manager

Dated: January 29, 2014