# EXHIBIT A



New York Stock Exchange  Borsa Italiana  ITA ENG A A A
CNH Industrial 10.81 USD  -0.73%   CNH Industrial 7.90 EUR  -1.62%   Search
Data delayed 15 min. See Terms

ABOUT US   OUR SEGMENTS   GOVERNANCE   INVESTORS   SUSTAINABILITY   INNOVATION   CAREERS   SUPPLIERS   MEDIA



CNH Industrial
CNHI at a Glance
CNHI Worldwide
History
Case IH
Case Construction Equipment
New Holland Agriculture
New Holland Construction
Steyr
Iveco
FPT Industrial
CNH Industrial Village
Awards

English / About Us / History

# History

Print   Send

SHARE



CNH Industrial N.V. was incorporated in November 2012 and became operational in September 2013 as a result of the mergers of Fiat Industrial S.p.A. and CNH Global N.V.

Fiat Industrial first began operations as a global leader in the capital goods sector on 1 January 2011, following the demerger of the activities of Iveco, CNH and FPT Industrial from Fiat S.p.A.. CNH, a world leader in the agricultural and construction equipment businesses, was established on November 12, 1999, through the merger of New Holland N.V. and Case Corporation.

CNH Industrial's brands bring forth a rich history that dates back more than 170 years. Today, the company's expertise spans industries and continents, building upon a great tradition of historic achievements and significant contribution to the development of technological know-how in the industries in which it operates. CNH Industrial's brands continue to build upon this base as they deliver their customers with state-of-the-art technology as global leaders in their respective businesses.

    IVECO  IVECO ASTRA  IVECO BUS    MAGIRUS  FPT

     IVECO  IVECO ASTRA  IVECO BUS    MAGIRUS  FPT

  

BE SOCIAL, FOLLOW US ON

CNH Industrial N.V.
Corporate Office: Cranes Farm Road,
Basildon, Essex, SS14 3AD
United Kingdom

About Us
CNHI at a Glance
CNHI Worldwide

Our Segments
Agricultural Equipment
Construction Equipment
Trucks & Commercial Vehicles
Powertrain

Governance
Boards of Directors and Committees
Management

Investors
Stock Information
Financial Information

Sustainability
Overview
Our Commitment
Corporate Responsibility
Environmental Responsibility
Social Responsibility

Innovation
Overview
Innovation Awards

Careers
Join Us
FAQs

Media
Press Releases

CNH Industrial
CNH Industrial, a new Group created from the merger of Fiat Industrial and CNH Global, is a solid, major industrial enterprise; a global leader in capital goods, uniting CNH's agricultural and construction equipment operations with Iveco trucks, commercial and specialty vehicles and FPT Industrial's broad portfolio of powertrain applications. Across its 11 brands, 64 manufacturing plants, 49 research and development centers, a workforce of more than 68,000 people and some 6,000 dealers, CNH Industrial is present in 190 countries giving it a unique competitive position. The Group has the flexibility to pursue the most advantageous strategic options and capitalize on opportunities for growth and consolidation consistent with our ambitions for it to become a leader in the sector.

Site Map | Legal | Privacy | Contacts | General Archive  © 2013 CNH Industrial N.V.