UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE
PIDDE, JAMES CICHANOFSKY,
ROGER MILLER, and GEORGE
NOWLIN,

               Plaintiffs,

      v.                             Case 2:04-cv-70592-PJD-PJK

CNH GLOBAL N.V. and CNH          Hon. Patrick J. Duggan, U.S.D.J.
INDUSTRIAL AMERICA LLC,

               Hon. Paul J. Komives, U.S. Mag. J.

               Defendants.

## CNH'S NOTICE OF NAME CHANGE

      CNH hereby provides notice that, on March 1, 2014, CNH America LLC

changed its name to CNH Industrial America LLC. (*See* Ex. 1, Cert. Am. 2.)

Dated: March 7, 2014               Respectfully submitted,

                                        s/Joshua David Rogaczewski

Norman C. Ankers (P30533)        Bobby R. Burchfield
(nankers@honigman.com)        (bburchfield@mwe.com)
Honigman Miller Schwartz and Cohn  Joshua David Rogaczewski
LLP                          (jrogaczewski@mwe.com)
2290 First National Building       McDermott Will & Emery LLP
660 Woodward Avenue          The McDermott Building
Detroit, Michigan 48226        500 North Capitol Street, Northwest
313.465.7306                Washington, D.C. 20001
313.465.7307 fax            202.756.8000
                                      202.756.8087 fax

*Attorneys for CNH Global N.V. and CNH Industrial America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, I electronically filed the foregoing

**CNH's Notice of Name Change** with the Clerk of the Court using the ECF system

which will send notification of such filing to all ECF participants.

<u>s/Joshua David Rogaczewski</u>
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8000
202.756.8087 fax