# EXHIBIT 1



PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "CNH AMERICA LLC", CHANGING ITS NAME FROM "CNH AMERICA LLC" TO "CNH INDUSTRIAL AMERICA LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF JANUARY, A.D. 2014, AT 1:08 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FIRST DAY OF MARCH, A.D. 2014.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 1065659
DATE: 01-16-14

2396863  8100
140056896

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:12 PM 01/16/2014
FILED 01:08 PM 01/16/2014
SRV 140056896 - 2396863 FILE

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: CNH America LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   CNH Industrial America LLC

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 16 day of January, A.D. 2014.

3. This filing is to be effective on 3/1/14.

By: _____
Authorized Person(s)

Name: Michele N. Kochevar
Print or Type
Assistant Secretary

DE084 - 05/18/2007 C T System Online