UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                        Plaintiff(s),

v.                                        Case No. 2:04–cv–70592–PJD–PJK
                                                               Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Paul J. Komives at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

Motion to Compel – #388

- MOTION HEARING: March 24, 2014 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/K. Doaks
                                                               Case Manager

Dated: March 11, 2014