UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>           Plaintiffs,<br><br>   v.<br><br>CNH GLOBAL N.V. and CNH INDUSTRIAL AMERICA LLC,<br><br>           Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

**STIPULATED ORDER SUBSTITUTING
CNH INDUSTRIAL N.V. FOR CNH GLOBAL N.V.**

The parties hereby stipulate that:

1. Plaintiffs sued CNH America LLC (now named CNH Industrial America LLC) and CNH Global N.V.

2. As a result of corporate transactions culminating on September 29, 2013, CNH Global N.V. ceased to exist and was succeeded by CNH Industrial N.V.

3. The parties agree that CNH Industrial N.V. should be and is substituted for CNH Global N.V. in this matter.

4. CNH Industrial N.V. agrees that, as the successor to CNH Global N.V., it is liable to the plaintiff class, if at all, in the same manner and to the same

extent as CNH Global N.V. was liable to the plaintiff class prior to September 29, 2013.

5.      This stipulation does not constitute a waiver by CNH Industrial N.V. of any defenses that CNH Global N.V. preserved prior to the culmination of the corporate transactions referenced in paragraph **Error! Reference source not found.**, above.

Dated: March 17, 2014

Respectfully submitted,

<u>s/ with consent of Darcie R. Brault</u>
Darcie R. Brault (P43864)
(dbrault@michworklaw.com)
David R. Radtke (P47016)
(dradtke@michworklaw.com)
McKnight, McClow, Canzano, Smith & Radtke, P.C.
400 Galleria Officentre, Suite 117
Southfield, Michigan 48034
248.354.9650
248.354.9656 fax

*Attorneys for Plaintiffs*

<u>s/Joshua David Rogaczewski</u>
Bobby R. Burchfield
(bburchfield@mwe.com)
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, District of Columbia 20001
202.756.8000
202.756.8087 fax

Norman C. Ankers (P30533)
(nankers@honigman.com)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
313.465.7306
313.465.7307 fax

*Attorneys for CNH Global N.V. and CNH Industrial America LLC*

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  March 17, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2014, by electronic and/or ordinary mail.

                                        s/Marilyn Orem
                                        Case Manager