UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN, <br><br> Plaintiffs, <br><br> v. <br><br> CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA LLC, <br><br> Defendants. | Case 2:04-cv-70592-PJD-PJK <br><br> Hon. Patrick J. Duggan, U.S.D.J. <br><br> Hon. Paul J. Komives, U.S. Mag. J. |

**CNH'S SUPPLEMENTAL STATEMENT DISCLOSING CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

CNH hereby supplements its statement disclosing corporate affiliations and financial interest. *See* Fed. R. Civ. P. 7.1(b)(2); E.D. Mich. R. Civ. P. 83.4(b)(3).

CNH Industrial America LLC is an indirect subsidiary of a publicly owned corporation. CNH Industrial America LLC's sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc., is a Delaware corporation that is an indirectly wholly owned subsidiary of CNH Industrial N.V.

CNH Industrial N.V. is a publicly traded Dutch corporation listed as CNHI on the New York Stock Exchange. Further, a majority of CNH Industrial N.V.'s

stock is listed on the Mercato Telematico Azionario managed by Borsa Italiana S.p.A.

Aside from the entities listed above, no other publicly owned corporation or its affiliate has a substantial financial interest in the outcome of this litigation.

Dated: April 2, 2014

Respectfully submitted,

s/Joshua David Rogaczewski

Norman C. Ankers (P30533)
(nankers@honigman.com)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
313.465.7306
313.465.7307 fax

Bobby R. Burchfield
(bburchfield@mwe.com)
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8000
202.756.8087 fax

*Attorneys for CNH Industrial N.V. and CNH Industrial America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014, I electronically filed the foregoing **CNH'S Supplemental Statement Disclosing Corporate Affiliations and Financial Interest** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

s/Joshua David Rogaczewski
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8000
202.756.8087 fax
