UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES
CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN on             Hon. Patrick J. Duggan
behalf of themselves and
a similarly situated class,      Case No. 04-70592
    Plaintiffs,
v.                               **Class Action**

CNH INDUSTRIAL N.V. and
CNH INDUSTRIAL AMERICA LLC,

    Defendants.
_____/

# EXHIBIT G

## To

## PLAINTIFFS' RESPONSE TO CNH'S MOTION FOR SUMMARY JUDGMENT

**UAW Active and Retiree Enrollment as of 1/1/98**

**Previously Submitted as Exhibit 27 to Jack Reese Declaration
(R. 273-32, filed on July 16, 2010)**

## UAW Active Employee Insurance Enrollment as of 1/1/98

Rec 1/2-98

| | Racine | East Moline | Burlington | Other | Total |
|---|---|---|---|---|---|
| **Medical Indemnity** | | | | | |
| Single | 75 | 27 | 49 | 10 | 161 |
| Empl. & Spouse | 179 | 48 | 143 | 19 | 389 |
| Empl. & Child(ren) | 37 | 19 | 32 | 5 | 93 |
| Family | 212 | 73 | 276 | 32 | 593 |
| **TOTAL** | | | | | 1236 |
| **Medical Network** | | | | | |
| Single | 63 | 39 | | 5 | 107 |
| Empl. & Spouse | 40 | 13 | | 4 | 57 |
| Empl. & Child(ren) | 70 | 32 | | 4 | 106 |
| Family | 186 | 97 | | 11 | 294 |
| **TOTAL** | 359 | 181 | | 24 | 564 |
| **Heritage HMO** | | | | | |
| Single | | 120 | 18 | | 138 |
| Empl. & Spouse | | 260 | 32 | | 292 |
| Empl. & Child(ren) | | 63 | 11 | | 74 |
| Family | | 513 | 95 | | 608 |
| **TOTAL** | | 956 | 156 | | 1112 |
| **HUMANA HMO** | | | | | |
| Single | 3 | | | | 3 |
| Empl. & Spouse | 11 | | | | 11 |
| Empl. & Child(ren) | 1 | | | | 1 |
| Family | 18 | | | | 18 |
| **TOTAL** | 33 | | | | 33 |
| **Community HMO** | | | | | |
| Single | 25 | | | | 25 |
| Empl. & Spouse | 70 | | | | 70 |
| Empl. & Child(ren) | 24 | | | | 24 |
| Family | 147 | | | | 147 |
| **TOTAL** | 266 | | | | 266 |
| **HMO Illinois** | | | | | |
| Single | | | | 0 | 0 |
| Empl. & Spouse | | | | 1 | 1 |
| Empl. & Child(ren) | | | | 0 | 0 |
| Family | | | | 4 | 4 |
| **TOTAL** | | | | 5 | 5 |

| All Medical Plans | | | | | |
|---|---|---|---|---|---|
| Single | 166 | 188 | 67 | 15 | 434 |
| Empl. & Spouse | 300 | 321 | 175 | 24 | 820 |
| Empl. & Child(ren) | 132 | 114 | 43 | 9 | 298 |
| Family | 563 | 683 | 371 | 47 | 1664 |
| **Total** | 1161 | 1186 | 656 | 95 | 3216 |
| | | | | | |
| **Dental Indemnity** | | | | | |
| Single | 87 | 155 | 61 | 12 | 315 |
| Empl. & Spouse | 221 | 314 | 175 | 20 | 730 |
| Empl. & Child(ren) | 50 | 90 | 43 | 6 | 189 |
| Family | 282 | 612 | 365 | 42 | 1301 |
| **Total** | 640 | 1171 | 644 | 80 | 2535 |
| | | | | | |
| **Dentacare DMO** | | | | | |
| Single | 18 | | | | 18 |
| Empl. & Spouse | 45 | | | | 45 |
| Empl. & Child(ren) | 16 | | | | 16 |
| Family | 111 | | | | 111 |
| **Total** | 190 | | | | 190 |
| | | | | | |
| **All Dental Plans** | | | | | |
| Single | 105 | 155 | 61 | 12 | 333 |
| Empl. & Spouse | 266 | 314 | 175 | 20 | 775 |
| Empl. & Child(ren) | 66 | 90 | 43 | 6 | 205 |
| Family | 393 | 612 | 365 | 42 | 1412 |
| **Total** | 830 | 1171 | 644 | 80 | 2725 |

## UAW Retiree Insurance Enrollment as of 1/1/98

| | Racine | East Moline | Burlington | Other | Total |
|---|---|---|---|---|---|
| **Medical Indemnity** | | | | | |
| Single | 23 | 6 | 9 | 3 | 41 |
| Ret. & Spouse | 52 | 16 | 23 | 24 | 115 |
| Ret. & Child(ren) | 3 | 3 | 4 | 0 | 10 |
| Family | 21 | 7 | 1 | 16 | 45 |
| Total | | | | | 211 |
| | | | | | |
| **Medical Network** | | | | | |
| Single | | | | | 0 |
| Ret. & Spouse | | | | | 0 |
| Ret. & Child(ren) | | | | | 0 |
| Family | | | | | 0 |
| Total | | | | | |
| | | | | | |
| **Heritage HMO** | | | | | |
| Single | | 12 | 2 | | 14 |
| Ret. & Spouse | | 47 | 8 | | 55 |
| Ret. & Child(ren) | | 1 | 0 | | 1 |
| Family | | 13 | 2 | | 15 |
| Total | | | | | |
| | | | | | |
| **HUMANA HMO** | | | | | |
| Single | 1 | | | | 1 |
| Ret. & Spouse | 3 | | | | 3 |
| Ret. & Child(ren) | 0 | | | | 0 |
| Family | 2 | | | | 2 |
| Total | | | | | |
| | | | | | |
| **Community HMO** | | | | | |
| Single | 4 | | | | 4 |
| Ret. & Spouse | 10 | | | | 10 |
| Ret. & Child(ren) | 0 | | | | 0 |
| Family | 0 | | | | 0 |
| Total | | | | | |
| | | | | | |
| **HMO Illinois** | | | | | |
| Single | | | | | 0 |
| Ret. & Spouse | | | | | 0 |
| Ret. & Child(ren) | | | | | 0 |
| Family | | | | | 0 |

| All Medical Plans | | | | | |
|---|---|---|---|---|---|
| Single | 28 | 18 | 11 | 3 | 60 |
| Ret. & Spouse | 65 | 63 | 31 | 24 | 183 |
| Ret. & Child(ren) | 3 | 4 | 4 | 0 | 11 |
| Family | 23 | 20 | 3 | 16 | 62 |
| TOTAL | 119 | 105 | 49 | 43 | 316 |

| Dental Indemnity | | | | | |
|---|---|---|---|---|---|
| Single | 25 | 18 | 11 | 3 | 57 |
| Ret. & Spouse | 57 | 63 | 31 | 24 | 175 |
| Ret. & Child(ren) | 2 | 4 | 4 | 0 | 10 |
| Family | 19 | 20 | 3 | 16 | 58 |
| TOTAL | 103 | 105 | 49 | 43 | 300 |

| Dentacare DMO | | | | | |
|---|---|---|---|---|---|
| Single | 3 | | | | 3 |
| Ret. & Spouse | 8 | | | | 8 |
| Ret. & Child(ren) | 1 | | | | 1 |
| Family | 4 | | | | 4 |
| TOTAL | 16 | | | | 16 |

| All Dental Plans | | | | | |
|---|---|---|---|---|---|
| Single | 28 | 18 | 11 | 3 | 60 |
| Ret. & Spouse | 65 | 63 | 31 | 24 | 183 |
| Ret. & Child(ren) | 3 | 4 | 4 | 0 | 11 |
| Family | 23 | 20 | 3 | 16 | 62 |
| TOTAL | 119 | 105 | 49 | 43 | 316 |