Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>Plaintiffs,<br><br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA LLC,<br><br>Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## DECLARATION OF SHARON SCHAEFFER

I, Sharon Schaeffer, hereby declare as follows:

1.      I am a manager of retirement plans for CNH Industrial America LLC and, therefore, familiar with the company's pension plans, including those that apply to the plaintiff class in this case and to employees that retired on or after May 1, 2005.

2.      Pensions are calculated on the basis of a pension rate and a participant's years of service with the company. The years of service weighs heavily in the calculation. Accordingly, it is possible for a member of the plaintiff class to have a higher pension than someone who retired on or after May 1, 2005, and some do.

Pursuant to 28 U.S.C. § 1746 (2012), I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2014.

_Sharon Schaeffer_
Sharon Schaeffer