Exhibit 7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---------------------------------+

JACK REESE, FRANCES ELAINE,      +

PIDDE, JAMES CICHANOFSKY,        +

ROGER MILLER, and                + Case No.

GEORGE NOWLIN,                   + 2:04-cv-70592-PJD-PJK

        Plaintiffs,       +

          v.               +

CNH GLOBAL N.V. and              +

CNH AMERICA LLC,                 +

        Defendants.       +

---------------------------------+

Deposition of THEO FRANCIS

Washington, D.C.

Thursday, January 16, 2014

1:08 P.M.


Job No.:  1-243485

Pages 1 - 62

Reported by:  Denice Z. Lombard, CSR

```
 1          LLC and FI CBM Holdings N.V., the entity into
 2          which Fiat Industrial and CNH Global intend
 3          to merge.  FI CBM Holdings is also referred
 4          to as 'DutchCo,' and is to renamed CNH
 5          Industrial N.V. after the merger.  A list of
 6          documents I reviewed in the preparation of
 7          this Report is attached as Exhibit 1."
 8          Did you write that?
 9     A    Yes, I did.
10     Q    So let's go to Exhibit 1 which I believe is
11   near the end of your report.  Do you see Exhibit 1?
12     A    I do, yes.
13     Q    These are all the materials you reviewed; is
14   that correct?
15     A    This appears to be the list that I prepared of
16   all the materials that I reviewed, yes.
17     Q    So there aren't any documents that you
18   reviewed that are not listed here, correct?
19     A    It's correct that there are not any documents
20   that I reviewed that I didn't include in the report to
21   the best of my knowledge, yes.
22     Q    So you did not review any of the court's
```

```
 1    opinions in this case did you?
 2         A    I did not.
 3              (Whereupon, Defendants' Exhibit 5 was marked
 4    for identification and attached to the transcript.)
 5    BY MS. CAPOTOSTO:
 6         Q    Mr. Francis, the court reporter just handed
 7    you what has been marked as Exhibit 5.  And I represent
 8    to you that it is a Summary Plan Description
 9    summarizing the 1998 group benefit plan under which
10    plaintiffs currently receive their health care
11    benefits.  Are you familiar with this document?
12         A    I believe it is what you described it as, but
13    I'm not familiar with it.
14         Q    Have you ever seen this document before?
15         A    I have not.
16         Q    So you did not look at this document in
17    preparing your report, right?
18         A    I did not.
19              (Whereupon, Defendants' Exhibit 6 was marked
20    for identification and attached to the transcript.)
21    BY MS. CAPOTOSTO:
22         Q    Mr. Francis, the court reporter just handed
```

```
 1    you what has been marked Exhibit 6.  And I represent to
 2    you that it is a Summary Plan Description summarizing
 3    the 2005 group benefit plan.  Plaintiffs do not receive
 4    their health care benefits under this plan, but the
 5    plan design is substantially similar, if not identical,
 6    to the plan CNH has proposed in this case.
 7             Are you familiar with this document?
 8        A    I am not.
 9        Q    So you did not look at this document in
10    preparing your report, right?
11        A    I was not asked to review the company's
12    Summary Plan Description.
13        Q    And you did not do so, correct?
14        A    I did not do so.
15             (Whereupon, Defendants' Exhibit 7 was marked
16    for identification and attached to the transcript.)
17    BY MS. CAPOTOSTO:
18        Q    Mr. Francis, the court reporter just handed
19    you what has been marked Exhibit 7.  And I represent to
20    you that Exhibit 7 is a Summary Plan Description
21    summarizing what CNH would like to do to the
22    plaintiffs' health care benefits in this case.
```

```
 1              Are you familiar with this document?
 2              MR. CANZANO:  I'm going to place an objection
 3      to the form of this question.  And I'm not trying to be
 4      obstructionist, but understanding that you're making
 5      certain representations about what the document is.
 6      And the objection is that those facts are not in
 7      evidence.  So with that I'll end my objection.
 8      BY MS. CAPOTOSTO:
 9         Q    Are you familiar with this document,
10      Mr. Francis?
11         A    I don't believe I've ever seen it before, no.
12         Q    So you did not look at this document in
13      preparing your report, correct?
14         A    That is correct.
15         Q    Mr. Francis, Section I of your report is
16      called "Introduction and Scope of Review."
17              Do you see that?
18         A    Exhibit 4?
19         Q    Yes.
20         A    Section I?
21         Q    Yes.
22         A    I do see that.
```

```
 1         Q    And in that section you say:
 2          "I was retained by the law firm of McKnight,
 3          McClow, Canzano, Smith & Radtke, P.C. in the
 4          lawsuit entitled Jack Reese versus CNH
 5          America LLC to review the financial
 6          statements of CNH Global N.V., it's
 7          subsidiaries and affiliates, including its
 8          majority shareholder, Fiat Industrial SpA.  I
 9          was asked to examine the financial status of
10          CNH Global and to review information on CNH
11          Global's benefit plans and executive
12          compensation."
13              Did you write that?
14         A    Yes, I did.
15         Q    And does that paragraph accurately set forth
16   what plaintiffs' counsel asked you to do?
17         A    I believe so, yes.
18         Q    Mr. Francis, you were not asked whether the
19   benefits in Exhibit 7 were reasonably commensurate with
20   the benefits in Exhibit 5 were you?
21         A    I was not.
22         Q    And you were not asked whether the terms of
```

```
 1    Exhibit 7 were reasonable in light of changes in health
 2    care were you?
 3        A    I was not.
 4        Q    And you were not asked whether Exhibit 7 was
 5    roughly consistent with any other benefit plan were
 6    you?
 7        A    I was asked nothing about Exhibit 7.
 8        Q    And in fact you have nothing to say on any of
 9    those subjects do you?
10        A    I don't know what you mean by nothing to say.
11    On which subjects?  I'm not sure what you mean.
12        Q    On the comparison of CNH benefits, CNH health
13    care benefits.
14        A    When you say I have nothing to say --
15        Q    In your report do you say anything about
16    whether --
17        A    In my report I don't say anything about that,
18    no.
19        Q    In the second paragraph of Section I of your
20    report you wrote:
21           "I understand that the retirees covered by
22             this litigation are hourly retirees who
```

```
 1            retired after July 1st, 1994 and on or before
 2            May 1st, 2005, their surviving spouses and
 3            dependent spouses and children.  I understand
 4            that there are approximately 4000 living
 5            retirees and spouses covered by the
 6            litigation.  I also understand that CNH
 7            America LLC has proposed reductions to the
 8            health care benefits provided to these
 9            retirees, spouses and dependents."
10         Did you write that?
11    A    I did.
12    Q    Now, were there any other facts or data that
13  plaintiffs' counsel provided to you and that you
14  considered in preparing your report?
15    A    I don't believe so.
16    Q    Were there any other assumptions that
17  plaintiffs' counsel provided to you and that you relied
18  on in preparing your report?
19    A    I don't believe so.
20    Q    Mr. Francis, you understand that you have been
21  disclosed by plaintiffs as an expert witness in this
22  case, correct?
```

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2            I, THEO FRANCIS, do hereby acknowledge that I

 3      have read and examined the foregoing testimony, and the

 4      same is a true, correct and complete transcription of

 5      the testimony given by me, and any corrections appear

 6      on the attached errata sheet signed by me.

 7

 8      _____        _____

 9

10          (Date)                              (Signature)

11

12

13

14

15

16

17

18

19

20

21

22
```

1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2           I, Denice Zelma Lombard, Certified Shorthand

3    Reporter, the officer before whom the foregoing

4    proceedings were taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the proceedings; that said proceedings were taken by me

7    stenographically and thereafter reduced to typewriting

8    by me; and that I am neither counsel for, related to,

9    nor employed by any of the parties to this case and

10   have no interest, financial or otherwise, in its

11   outcome.

12          IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 21st day of

14   January 2014.

15

16   My commission expires June 14, 2018.

17

18   *Denice Z. Lombard* (signature)

19   NOTARY PUBLIC IN AND FOR

20   THE DISTRICT OF COLUMBIA

21

22

```
 1                  E R R A T A   S H E E T

 2           IN RE:  Reese v. CNH Global N.V.

 3           WITNESS:  Theo Francis

 4    RETURN BY:  _____

 5    PAGE      LINE     CORRECTION AND REASON

 6    _____    _____   _____

 7    _____    _____   _____

 8    _____    _____   _____

 9    _____    _____   _____

10    _____    _____   _____

11    _____    _____   _____

12    _____    _____   _____

13    _____    _____   _____

14    _____    _____   _____

15    _____    _____   _____

16    _____    _____   _____

17    _____    _____   _____

18    _____    _____   _____

19    _____    _____   _____

20    _____    _____   _____

21    _____    _____   _____

22    _____    _____   _____
```