# EXHIBIT D

# REESE, ET AL v. CNH GLOBAL N.V., ET AL

# SCOTT MACEY

April 2, 2014

*Prepared for you by*



# BIENENSTOCK
## NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

Page 378

1  Q. Are you still working there three days a
2  week?
3  A. Yes, and then I, you know, work remotely on
4  other days as needed.
5  Q. Do you have a day certain that you'll retire
6  by?
7  A. No, no. You know, they're looking and I'm
8  going to, you know, continue to dedicate myself to my
9  job as long as they need me until they have somebody.
10  Q. And that is your only job; correct?
11  A. Yes.
12  Q. Have you been asked to formulate any further
13  opinions in this case since the last time you were
14  deposed?
15  A. No.
16  Q. Have you done any work for the CNH Global
17  N.V. or CNH Industrial America LLC since we talked
18  last?
19  A. No.
20      MR. ROGACZEWSKI: Objection to form.
21  BY MS. BRAULT:
22  Q. Do you -- do you presently intend to
23  supplement any of your reports?
24  A. Not to my knowledge.
25  Q. After your deposition last time and up to

Page 379

1  today did you review anything new or look at anything
2  that was either related to or supportive of your
3  opinions in this case?
4      MR. ROGACZEWSKI: Object to form.
5      THE WITNESS: Nothing new. I, I went back
6  and looked at some of the documents that I believe were
7  provided to the plaintiffs subsequent to that
8  deposition in January.
9  BY MS. BRAULT:
10  Q. So what sort of documents did you look at?
11  A. My recollection was most of them related to
12  federal employee benefits, a few short documents. I
13  think one related to the, a UAW communication regarding
14  2013 benefits under the trust fund.
15  Q. The VEBA?
16  A. The VEBA, thank you, a few things like that.
17  I don't recall the, each exact one. I think there was
18  a document about the, a possible federal, an example of
19  a federal subsidy under an exchange.
20  Q. We have the deposition exhibits from last
21  time and I think if -- I have a few questions that
22  relate to your report, and I think it might just be
23  helpful for you to have it in front of you. I'm going
24  to give you the unwieldy copy, unfortunately, and
25  that's just to refer to. I'm going to mark this then

Page 380

1  as Exhibit No. 16.
2      (Macey Deposition Exhibit No. 16 was marked
3  for identification.)
4  BY MS. BRAULT:
5  Q. Okay. I'm showing you what's been marked as
6  16.
7  A. Oh, I'm sorry.
8  Q. If you want to put a flag at the front of
9  your report so you don't have to worry about holding it
10  open, that may help you. All right. Okay. So turning
11  to Exhibit 16, is this the document that you produced
12  in 2013?
13      MR. ROGACZEWSKI: Let me object to the form
14  of the question.
15  BY MS. BRAULT:
16  Q. 2014?
17      MR. ROGACZEWSKI: I'm just not sure if this
18  is a -- this is an excerpt from a document or is this a
19  complete document?
20      THE WITNESS: I mean I remember looking at
21  something like this. I don't know exactly what was
22  produced.
23  BY MS. BRAULT:
24  Q. Okay. Well, I will state for the record that
25  this is Bates stamped MACEY2013-0002762 and was part of

Page 381

1  the documents that were provided to us recently. You
2  sort of went through and described some documents that
3  you looked at: The federal employee benefits, you said
4  a few short documents, one about the VEBA. Was this
5  one of those documents as well?
6  A. It certainly could have been.
7  Q. Okay. And can you tell me -- can you tell me
8  what it is, where you found it?
9  A. Well, it says Kaiser Family Foundation, and
10  over the years I've utilized them as one of my
11  resources for researching and looking at health issues,
12  health cost issues and trends in the health care
13  industry and, when relevant, with respect to employer
14  health plans.
15  Q. Was this document something that you used in
16  preparation of your expert report?
17  A. I, I don't know -- when you say "use," I'm
18  not sure what that means in this context.
19  Q. Okay. Is there anything in this document
20  that you relied upon or cited to in your report?
21  A. I forget whether I cited to it. I could
22  have. It, it was one of the documents, as you'll see
23  from, you know, the list of the sources in, as an
24  addenda to the actual report, I looked at a lot of
25  different things, and this was probably no doubt one of