# EXHIBIT A

CNH
PRIML - Reese Group
Future Expected Aggregate Payments
Privileged and Confidential Information

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Proposed Plan** | | | | | | | | | | | | |
| Medical Pre-65 (Item 14) | 19,017,141 | 17,007,269 | 15,045,971 | 12,969,935 | 10,809,441 | 8,824,142 | 8,419,045 | 4,186,917 | 2,959,859 | 2,371,047 | | |
| Medical Post-65 (Item 15) | 2,576,386 | 2,967,041 | 3,343,566 | 3,710,969 | 4,077,862 | 4,458,252 | 4,817,731 | 5,145,871 | 5,340,600 | 5,456,866 | CNH Savings | |
| Prescription Pre-65 (Item 16) | 7,326,600 | 6,552,271 | 5,796,655 | 4,996,835 | 4,164,477 | 3,399,815 | 2,473,020 | 1,613,084 | 1,140,324 | 913,476 | 179,882,050 | 192,872,556 |
| Prescription Post-65 (Item 17) | - | - | - | - | - | - | - | - | - | - | | |
| Premium Pre-65 (Item 18) | - | 1,209,480 | 2,118,630 | 2,588,799 | 2,666,108 | 3,326,560 | 2,678,027 | 1,861,365 | 1,409,620 | 1,266,897 | | |
| Premium Post-65 (Item 19) | - | 132,023 | 291,757 | 497,136 | 671,249 | 687,565 | 1,125,461 | 1,360,054 | 1,620,015 | 1,856,280 | | |
| Out-of-Pocket Medical Pre-65 (Item 20) | 1,306,342 | 1,228,254 | 1,138,620 | 1,019,316 | 875,731 | 696,337 | 518,133 | 342,499 | 246,096 | 200,482 | | |
| Out-of-Pocket Medical Post-65 (Item 21) | 497,151 | 598,010 | 701,489 | 808,226 | 916,410 | 1,031,554 | 1,146,826 | 1,259,234 | 1,343,152 | 1,411,178 | Retiree Impact | |
| Out-of-Pocket Prescription Pre-65 (Item 22) | 1,927,635 | 1,812,409 | 1,660,145 | 1,504,100 | 1,292,227 | 1,027,512 | 761,605 | 505,390 | 363,138 | 295,831 | 120,898,226 | 112,875,637 |
| Out-of-Pocket Prescription Post-65 (Item 23) | 3,814,942 | 4,468,917 | 5,093,120 | 5,666,825 | 6,278,785 | 6,872,573 | 7,427,731 | 7,918,179 | 8,450,849 | 8,856,046 | 300,780,276 | |
| **Current Plan** | | | | | | | | | | | | |
| Medical Pre-65 (Item 24) | 21,365,162 | 20,088,035 | 18,622,068 | 16,670,857 | 14,322,533 | 11,366,543 | 8,441,328 | 5,601,549 | 4,024,879 | 3,278,874 | | |
| Medical Post-65 (Item 25) | 3,035,644 | 3,651,638 | 4,263,729 | 4,923,475 | 5,596,649 | 6,300,008 | 7,004,183 | 7,660,848 | 8,203,636 | 8,619,421 | | |
| Prescription Pre-65 (Item 26) | 9,554,031 | 8,982,927 | 8,327,379 | 7,454,841 | 6,404,722 | 5,092,706 | 3,774,776 | 2,504,889 | 1,799,838 | 1,466,240 | | |
| Prescription Post-65 (Item 27) | 6,820,673 | 8,215,355 | 9,651,858 | 11,104,471 | 12,646,347 | 14,255,050 | 15,869,650 | 17,448,860 | 18,640,664 | 19,626,275 | 372,754,609 | |
| Out-of-Pocket Medical Pre-65 (Item 28) | 206,025 | 193,710 | 179,573 | 160,758 | 136,113 | 109,620 | 81,400 | 54,016 | 38,812 | 31,618 | | |
| Out-of-Pocket Medical Post-65 (Item 29) | 60,796 | 73,133 | 85,792 | 98,605 | 112,087 | 126,173 | 140,276 | 154,028 | 164,298 | 172,625 | | |
| Out-of-Pocket Prescription Pre-65 (Item 30) | 257,348 | 241,965 | 224,307 | 200,804 | 172,518 | 137,177 | 101,678 | 67,472 | 48,481 | 39,495 | 8,022,569 | |
| Out-of-Pocket Prescription Post-65 (Item 31) | 212,395 | 255,494 | 299,720 | 344,481 | 391,581 | 440,792 | 490,061 | 538,105 | 573,984 | 603,075 | 380,777,198 | |

**Methodology (Proposed and Current Plan Expected Payments)**

1) Develop projected gross pre-65 and post-65 claims and Medicare Part D subsidies (for the current plan only) using December 31, 2012 retiree medical actuarial valuation assumptions and methodologies.
2) Develop excise taxes expected to be paid in 2013 - 2022 under Proposed Plan (For the Current Plan, assume for excise tax purposes pre-65 and post-65 benefits can be aggregated and treated as one plan, under this assumption there will not be excise tax payments before 2022).
3) Develop employee contributions under the proposed plan assuming that contributions are $0 in 2013 and increase by 60% of the increase in claims each year following.
4) Develop percentages to apply to gross claims to estimate the portion of claims that are prescription drug claims versus medical claims.
   Proposed Plan Pre-65 Medical/Rx split is 72.2%/27.8%, Proposed Plan Post-65 Medical/Rx split is 100.0%/0.0%, Current Plan Pre-65 Medical/Rx split is 69.1%/30.1%, Current Plan Post-65 Medical/Rx split is 26.8%/73.2%.
5) Develop percentages of costs that the medical and prescription drug plans covers. The costs that the plans to do not cover are the assumed out of pocket expenses for participants.
   Proposed Plan Pre-65 OOP costs included in Medical/Rx are 93.6%/79.2%, Proposed Plan Post-65 OOP costs included in Medical is 63.6%,
   Current Plan Pre-65 OOP costs included in Medical/Rx are 99.0%/97.4%, Current Plan Post-65 OOP costs included in Medical/Rx are 98.0%/97.5%.
6) Apply the percentages developed in items 4 and 5 to the claims and excise taxes developed in items 1 and 2 as appropriate.