# EXHIBIT B

*Attachment B*

October 2, 1993

Mr. Bill Casstevens
Secretary-Treasurer
Agricultural Implement Dept.
Solidarity House
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

Dear Mr. Casstevens:

This will confirm our understanding that the average per capita annual cost to the Company of providing medical and related benefits under the Case Group Benefit Plan to retired employees and surviving spouses of deceased employees shall not exceed $2,750 for Medicare eligible individuals and $8,500 for those individuals who are not eligible for Medicare. Notwithstanding the foregoing, no covered person shall be required to pay a portion of any excess amount prior to April 1, 1998.

Sincerely,

J I CASE COMPANY


T. E. Evans
Senior Vice President
North American Manufacturing


AGREED this _____ day

of _____ 1993.

_____

UAW 3310