EXHIBIT 3

**CNH - UAW Grandfathered Rx Claims**

|  | All Rx Paid | | | Top 25 Rx not existing in 1998 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Year | Total Paid | Top 25 Paid | Other | Paid | % of Top 25 | % of Total |
| 2009 | $14,711,492 | $5,850,680 | $8,860,812 | $3,540,272 | 60.5% | 24.1% |
| 2010 | $15,448,971 | $5,821,910 | $9,627,061 | $3,910,401 | 67.2% | 25.3% |
| 2011 | $16,097,721 | $6,103,146 | $9,994,575 | $4,343,424 | 71.2% | 27.0% |
| 2012 | $15,004,809 | $5,712,250 | $9,292,559 | $4,701,418 | 82.3% | 31.3% |

STAHL00043C_Drugs by Year_Exhibit.xlsx

CNH - UAW Grandfathered Retirees

Top 25 Rx - Total Plan Paid Claims for drugs that became available in 1999 or after

| Year | Amount |
|---|---|
| 2009 | $3,540,272 |
| 2010 | $3,910,401 |
| 2011 | $4,343,424 |
| 2012 | $4,701,418 |

STAHL00043C_Drugs by Year_Exhibit.xlsx

| 2009 Plan Cost | Drugs | Type | Year | Plan Cost | Total for Rx > 1998 |
|---|---|---|---|---|---|
| 1 | Nexium | SSB | 2001 | 884,524 | 3,540,272 |
| 2 | Lipitor | SSB | 1996 | 725,831 | |
| 3 | Plavix | SSB | 1997 | 352,953 | |
| 4 | Actos | SSB | 1999 | 331,389 | |
| 5 | Prevacid | SSB | 1995 | 316,452 | |
| 6 | Advair Diskus | SSB | 2000 | 299,867 | |
| 7 | Crestor | SSB | 2003 | 222,959 | |
| 8 | Humira | SSB | 2002 | 219,745 | |
| 9 | Enbrel | SSB | 1998 | 190,671 | |
| 10 | Celebrex | SSB | 1998 | 184,034 | |
| 11 | Vytorin | SSB | 2004 | 171,667 | |
| 12 | Zetia | SSB | 2002 | 168,818 | |
| 13 | Tricor | SSB | 2001 | 162,506 | |
| 14 | Cymbalta | SSB | 2004 | 157,243 | |
| 15 | Singulair | SSB | 2002 | 149,301 | |
| 16 | Effexor XR | SSB | 1997 | 149,213 | |
| 17 | Flomax | SSB | 1997 | 144,746 | |
| 18 | Xenazine | SSB | 2008 | 141,998 | |
| 19 | Spiriva | SSB | 2004 | 131,698 | |
| 20 | Niaspan | SSB | 1997 | 131,491 | |
| 21 | Aciphex | SSB | 1999 | 127,395 | |
| 22 | Lantus | SSB | 2000 | 126,927 | |
| 23 | Pantoprazole Sodium | G | 2007 | 124,723 | |
| 24 | One Touch Ultra Test Strips | SSB | 2000 | 119,512 | |
| 25 | Viagra | SSB | 1998 | 115,017 | |

| 2010 Plan Cost | Drugs | Type | Year | Plan Cost | Total for Rx > 1998 |
|---|---|---|---|---|---|
| 1 | Nexium | SSB | 2001 | 868,628 | 3,910,401 |
| 2 | Lipitor | SSB | 1996 | 728964 | |
| 3 | Plavix | SSB | 1997 | 390072 | |
| 4 | Actos | SSB | 1999 | 350372 | |
| 5 | Advair Diskus | SSB | 2000 | 295719 | |
| 6 | Crestor | SSB | 2003 | 262292 | |
| 7 | Humira | SSB | 2002 | 257362 | |
| 8 | Enbrel | SSB | 1998 | 223183 | |
| 9 | Celebrex | SSB | 1998 | 180593 | |
| 10 | Zetia | SSB | 2002 | 178031 | |
| 11 | Cymbalta | SSB | 2004 | 172400 | |
| 12 | Vytorin | SSB | 2004 | 169941 | |
| 13 | Singulair | SSB | 2002 | 166101 | |
| 14 | Spiriva | SSB | 2004 | 160552 | |
| 15 | Tricor | SSB | 2001 | 155213 | |
| 16 | Niaspan | SSB | 1997 | 140700 | |
| 17 | Aciphex | SSB | 1999 | 135619 | |
| 18 | Viagra | SSB | 1998 | 132372 | |
| 19 | One Touch Ultra Test Strips | SSB | 2000 | 131185 | |
| 20 | Pantoprazole Sodium | G | 2007 | 126565 | |
| 21 | Omeprazole | G | 2002 | 124857 | |
| 22 | Lansoprazole | G | 2009 | 120104 | |
| 23 | Lantus | SSB | 2000 | 119637 | |
| 24 | Oxycontin | SSB | 2010 | 115823 | |
| 25 | Seroquel | SSB | 1997 | 115625 | |

| 2011 Plan Cost | Drugs | Type | Year | Plan Cost | Total for Rx > 1998 |
|---|---|---|---|---|---|
| 1 | Nexium | SSB | 2001 | 893,021 | 4,343,424 |
| 2 | Lipitor | SSB | 1996 | 808664 | |
| 3 | Plavix | SSB | 1997 | 46704 | |
| 4 | Actos | SSB | 1999 | 354085 | |
| 5 | Crestor | SSB | 2003 | 326649 | |
| 6 | Advair Diskus | SSB | 2000 | 325508 | |
| 7 | Humira | SSB | 2002 | 302338 | |
| 8 | Enbrel | SSB | 1998 | 281470 | |
| 9 | Cymbalta | SSB | 2004 | 207054 | |
| 10 | Spiriva | SSB | 2004 | 206929 | |
| 11 | Singulair | SSB | 2002 | 206327 | |
| 12 | Celebrex | SSB | 1998 | 190733 | |
| 13 | Zetia | SSB | 2002 | 190582 | |
| 14 | Vytorin | SSB | 2004 | 176180 | |
| 15 | Tricor | SSB | 2001 | 166354 | |
| 16 | Oxycontin | SSB | 2010 | 155067 | |
| 17 | Niaspan | SSB | 1997 | 154686 | |
| 18 | Viagra | SSB | 1998 | 154161 | |
| 19 | Januvia | SSB | 2006 | 153753 | |
| 20 | Lantus | SSB | 2000 | 152050 | |
| 21 | Aciphex | SSB | 1999 | 142492 | |
| 22 | One Touch Ultra Test Strips | SSB | 2000 | 140650 | |
| 23 | Lovaza | SSB | 2004 | 123484 | |
| 24 | Avonex | SSB | 1996 | 123304 | |
| 25 | Lansoprazole | G | 2009 | 120901 | |

| 2012 Plan Cost | Drugs | Type | Year | Plan Cost | Total for Rx > 1998 |
|---|---|---|---|---|---|
| 1 | Nexium | SSB | 2001 | 906,932 | 4,701,418 |
| 2 | Atorvastatin Calcium | G | 2011 | 406222 | |
| 3 | Crestor | SSB | 2003 | 368813 | |
| 4 | Advair Diskus | SSB | 2000 | 322036 | |
| 5 | Humira | SSB | 2002 | 299205 | |
| 6 | Cymbalta | SSB | 2004 | 250436 | |
| 7 | Spiriva | SSB | 2004 | 216698 | |
| 8 | Enbrel | SSB | 1998 | 207931 | |
| 9 | Zetia | SSB | 2002 | 202494 | |
| 10 | Celebrex | SSB | 1998 | 198464 | |
| 11 | Actos | SSB | 1999 | 197439 | |
| 12 | Lantus Solostar | SSB | 2000 | 197305 | |
| 13 | Tricor | SSB | 2001 | 175124 | |
| 14 | Plavix | SSB | 1997 | 173372 | |
| 15 | Januvia | SSB | 2006 | 172858 | |
| 16 | Vytorin | SSB | 2004 | 168717 | |
| 17 | Niaspan | SSB | 1997 | 163494 | |
| 18 | Singulair | SSB | 2002 | 155454 | |
| 19 | Aciphex | SSB | 1999 | 147102 | |
| 20 | Viagra | SSB | 1998 | 144446 | |
| 21 | One Touch Ultra Test Strips | SSB | 2000 | 132952 | |
| 22 | Lovaza | SSB | 2004 | 129503 | |
| 23 | Oxycontin | SSB | 2010 | 129392 | |
| 24 | Avonex | SSB | 1996 | 123125 | |
| 25 | Cialis | SSB | 2003 | 122736 | |