UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, on behalf of themselves
and a similarly situated class,

    Plaintiffs,

Hon. Patrick J. Duggan

Case No. 04-70592

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | McDermott Will & Emery |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C. 20001 |
| | (202) 756-8000 |

_____/

### DECLARATION OF SUZANNE M. DANIELS


EXHIBIT A

I, Suzanne M. Daniels, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been retained or specially employed to be an expert witness on behalf of the plaintiffs in this matter.

2. The attached expert report dated June 3, 2013, which I hereby incorporate into this Declaration by reference, contains a statement of my opinions in this matter and the basis and reasons for such opinions. The attached disclosure also identifies the data or other information considered in forming my opinions and my qualifications to act as an expert witness in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/23/14

Suzanne M. Daniels

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, on behalf of themselves
and a similarly situated class,

    Plaintiffs,

Hon. Patrick J. Duggan

Case No. 04-70592

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170) | Norman C. Ankers (P30533) |
| David R. Radtke (P47016) | HONIGMAN MILLER |
| Darcie R. Brault (P43864) | SCHWARTZ AND COHN LLP |
| McKNIGHT, McCLOW, CANZANO | Attorneys for Defendants |
| SMITH & RADTKE, P.C. | 2290 First National Building |
| Attorneys for Plaintiffs Reese, et al. | 660 Woodward Avenue |
| 400 Galleria Officentre, Suite 117 | Detroit, MI 48226 |
| Southfield, MI 48034 | (313) 465-7000 |
| (248) 354-9650 | |
| | Bobby R. Burchfield, Esq. |
| | McDERMOTT WILL & EMERY |
| | McDermott Will & Emery |
| | The McDermott Building |
| | 500 North Capital Street, Northwest |
| | Washington, D.C. 20001 |
| | (202) 756-8000 |

_____/

## DECLARATION OF THEO FRANCIS

I, Theo Francis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been retained to be an expert witness on behalf of the Plaintiffs in this matter.

2. The Expert Report dated September 26, 2013, which I hereby incorporate into this Declaration by reference, contains a statement of my opinions in this matter and the basis and reasons for such opinions. My Report also describes my qualifications to act as an expert witness in this matter and Exhibit 1 identifies the data or other information I considered in forming my opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2014

_____
Theo Francis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, on behalf of themselves
and a similarly situated class,

    Plaintiffs,

Hon. Patrick J. Duggan

Case No. 04-70592

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

_____/

| | |
|---|---|
| Roger J. McClow (P27170)<br>David R. Radtke (P47016)<br>Darcie R. Brault (P43864)<br>McKNIGHT, McCLOW, CANZANO<br>SMITH & RADTKE, P.C.<br>Attorneys for Plaintiffs Reese, et al.<br>400 Galleria Officentre, Suite 117<br>Southfield, MI 48034<br>(248) 354-9650 | Norman C. Ankers (P30533)<br>HONIGMAN MILLER<br>SCHWARTZ AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>(313) 465-7000<br><br>Bobby R. Burchfield, Esq.<br>McDERMOTT WILL & EMERY<br>McDermott Will & Emery<br>The McDermott Building<br>500 North Capital Street, Northwest<br>Washington, D.C. 20001<br>(202) 756-8000 |

_____/

## SECOND DECLARATION OF MARK LYNNE

I, Mark Lynne, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been retained to be an expert witness on behalf of the Plaintiffs in this matter.

2. My Expert Report and Rebuttal Report dated September 24, 2013 and January 15, 2014 respectively, which I hereby incorporate into this Declaration by reference, contain statements of my opinions in this matter and the basis and reasons for those opinions. The Exhibits to the Report and the Rebuttal Report identify the documents, data or other information I considered in forming my opinions and my qualifications to act as an expert witness in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/23/14

Mark Lynne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN, on behalf of themselves
and a similarly situated class,

    Plaintiffs,

Hon. Patrick J. Duggan

Case No. 04-70592

v.

**Class Action**

CNH GLOBAL N.V., formerly
known as Case Corporation,
and CNH AMERICA LLC,

    Defendants.

---

Roger J. McClow (P27170)
David R. Radtke (P47016)
Darcie R. Brault (P43864)
McKNIGHT, McCLOW, CANZANO
SMITH & RADTKE, P.C.
Attorneys for Plaintiffs Reese, et al.
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650

Norman C. Ankers (P30533)
HONIGMAN MILLER
SCHWARTZ AND COHN LLP
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000

Bobby R. Burchfield, Esq.
McDERMOTT WILL & EMERY
McDermott Will & Emery
The McDermott Building
500 North Capital Street, Northwest
Washington, D.C. 20001
(202) 756-8000

---

**DECLARATION OF WILSETTA L. MCCLAIN**

I, Wilsetta L. McClain, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have been retained to be an expert witness on behalf of the Plaintiffs in this matter.

2. My Expert Report dated January 15, 2014, which I hereby incorporate into this Declaration by reference, contains a statement of my opinions in this matter and the basis and reasons for such opinions. My Report also describes my qualifications to act as an expert witness in this matter and identifies the documents I considered in forming my opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6.25.2014

_____
Wilsetta L. McClain