UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                                  Case No. 2:04–cv–70592–PJD–PJK
                                                  Hon. Patrick J. Duggan

CNH Global N. V., et al.,

                Defendant(s),
_____

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 861. The following motion(s) are scheduled for hearing:

        Motion for Summary Judgment – #419
        Motion for Summary Judgment – #423
        Motion to Strike – #428
        Motion – #433

- MOTION HEARING: February 3, 2015 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/M. Orem
                                                           Case Manager

Dated:   January 21, 2015