UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>          Plaintiffs,<br><br>    v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA LLC,<br><br>        Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## NOTICE OF SUPPLEMENTAL AUTHORITY

CNH Industrial N.V. and CNH Industrial America LLC hereby provide notice of the recent decision of the Supreme Court of the United States in *M&G Polymers USA, LLC v. Tackett*, decided January 26, 2015. The Supreme Court reversed the Sixth Circuit's decision in *Tackett*, and after reviewing the inferences regarding retirement health care benefits set forth in *International Union, UAW v. Yard-Man, Inc.*, 716 F.2d 1476 (6th Cir. 1983), and its progeny, ruled that those inferences "conflict with ordinary principles of contract law" and are improper. No. 13-1010, 2015 WL 303218, at *6 (U.S. Jan. 26, 2015) (attached).

Although the *Tackett* decision does not alter the remand instructions by the Sixth Circuit in this case for this Court to consider the plan changes proposed by

CNH, *Tackett* does undermine the earlier conclusion of the Sixth Circuit in this case that Plaintiffs' health benefits are vested. CNH expressly reserves its position that the benefits are *not* vested, but will proceed with the hearing on February 3, 2015, addressing the proposed changes to Plaintiffs' benefits. At the appropriate time, CNH expects to raise the issue of whether the contracts in this case provide vested benefits under *Tackett*.

Dated: January 29, 2015                           Respectfully submitted,

                                                  s/Joshua David Rogaczewski
Norman C. Ankers (P30533)                         Bobby R. Burchfield
(nankers@honigman.com)                            (bburchfield@mwe.com)
Honigman Miller Schwartz and Cohn                 Joshua David Rogaczewski
LLP                                               (jrogaczewski@mwe.com)
2290 First National Building                      Laura J. Capotosto
660 Woodward Avenue                               (lcapotosto@mwe.com)
Detroit, Michigan 48226                           McDermott Will & Emery LLP
313.465.7306                                      The McDermott Building
313.465.7307 fax                                  500 North Capitol Street, Northwest
                                                  Washington, D.C. 20001
                                                  202.756.8000
                                                  202.756.8087 fax

*Attorneys for CNH Industrial N.V. and CNH Industrial America LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2015, I electronically filed the foregoing

**Notice of Supplemental Authority** with the Clerk of the Court using the ECF

system which will send notification of such filing to all ECF participants.

<u>s/Joshua David Rogaczewski</u>
Joshua David Rogaczewski
(jrogaczewski@mwe.com)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, Northwest
Washington, D.C. 20001
202.756.8195
202.591.2757 fax