UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, FRANCES ELAINE PIDDE,
JAMES CICHANOFSKY, ROGER MILLER,
and GEORGE NOWLIN , on behalf of themselves          Hon. Patrick J. Duggan
and a similarly situated class,

                                                     Case No. 04-70592

        Plaintiffs,

v.                                                   **Class Action**

CNH INDUSTRIAL N.V. and
CNH INDUSTRIAL AMERICA LLC,

        Defendants.
_____/


## STIPULATED ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT


        1.      Defendant CNH filed its Motion for Summary Judgment on February 24, 2015

(R.438)

        2.      Plaintiffs' response is due March 20, 2015.

        4.      The parties have agreed that the due date for Plaintiffs' response to the motion should

be extended to Friday, April 3, 2015.

        It is so ordered.



                                s/Patrick J. Duggan_____
                                Patrick J. Duggan
                                United States District Judge

Dated:  March 16, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of

record on March 16, 2015, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

I hereby Stipulate to Entry of this Order:

| McKNIGHT, McCLOW, CANZANO, SMITH & RADTKE, P.C. | McDERMOTT WILL & EMERY |
|---|---|
| By: /s/Darcie R. Brault | By: /s/Joshua D. Rogaczewski |
| Darcie R. Brault (P43864) | Joshua D. Rogaczewski, Esq |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 400 Galleria Officentre, Suite 117 | 500 N. Capital Street, NW |
| Southfield, MI 48034 | Washington, D.C. 20001 |
| (248) 354-9650 | (202) 756-8000 |
| dbrault@michworklaw.com | jrogaczewski@mwe.com |

Dated: March 16, 2015