UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, AND GEORGE NOWLIN,<br><br>       Plaintiffs,<br><br>       v.<br><br>CNH INDUSTRIAL N.V. AND CNH INDUSTRIAL AMERICA, LLC,<br><br>       Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Bobby R. Burchfield, formerly of McDermott Will & Emery, as counsel for the defendants CNH Industrial N.V. and CNH Industrial America LLC, is no longer affiliated with McDermott Will & Emery. Mr. Burchfield will continue as counsel for the defendants with King & Spalding LLP.

Effective immediately, all further communications regarding the above-captioned matter should be addressed to Defendants' counsel of record as follows:

> Bobby R. Burchfield
> King & Spalding LLP
> 1700 Pennsylvania Avenue, N.W., Suite 200
> Washington, D.C. 20006
> Telephone: (202) 626-5524
> Facsimile:  (202) 626-3737
> *bburchfield@kslaw.com*

Dated:  April 20, 2015

Respectfully submitted,

 s/Bobby R. Burchfield
Bobby R. Burchfield
(bburchfield@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 626-5524

Facsimile: (202) 626-3737

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record via electronic filing system pursuant to the Federal Rules of Civil Procedure on the 20th day of April, 2015.

                                         s/Bobby R. Burchfield  
                                         Bobby R. Burchfield