UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, et al.,

       Plaintiffs,

vs.

CNH INDUSTRIAL N.V., et al.,

       Defendants.
_____/

Civil Action No.
04-CV-70592

Honorable Patrick J. Duggan

## **JUDGMENT**

For the reasons discussed in the opinion and order issued on today's date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that summary judgment is granted in favor of Defendants.


Dated: September 28, 2015

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE


Copies to:

Counsel of Record