UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, JAMES CICHANOFSKY,
ROGER MILLER, and GEORGE NOWLIN               Hon. Patrick J. Duggan
on behalf of themselves and
a similarly situated class,                              Case No. 04-70592

    Plaintiffs,

v.                                                                  **Class Action**

CNH INDUSTRIAL N.V. and
CNH INDUSTRIAL AMERICA, LLC,

    Defendants.
_____/

## EXHIBIT B

### to

### PLAINTIFFS' MOTION FOR RECONSIDERATION

**Letter – Clement J. Devine to Mrs. Reba Williams**

**with copy going to Jack Reese, UAW**

**June 18, 1990**

JUN 20 1990

**J I Case**
A Tenneco Company

Corporate Offices



700 State Street
Racine, Wisconsin 53404
(414) 636-6011

June 18, 1990

Mrs. Reba Williams
4219 South 12th St.
Terre Haute, IN 47802

Dear Mrs. Williams:

At the recent labor contract negotiations between the Company and the United Auto Workers (U.A.W.), the Company agreed to extend certain group insurance coverages to you effective retroactively to June 2, 1990. These coverages are the same as those provided to other surviving spouses of deceased retirees, that including group medical insurance, prescription drug coverage, group dental coverage, and vision and hearing care expense insurance. You will now have these coverages for your lifetime.

We have enclosed a supply of claim forms for your future use, an Identification Card, and a temporary Prescription Drug Card. A regular Prescription Drug Card will be sent to you. If you have incurred any medical, dental, or prescription drug expenses since June 2nd, they will be covered by the Case Group Plan. To submit claims, merely attach itemized billing, or have your doctor, dentist, etc. complete the appropriate claim form and send it to the Metropolitan office listed on the form.

If you have any questions at this time, contact our office.

Sincerely,

C. J. Devine, Manager
Thrift and Retirement Plans

Enclosure

CJD:gms

cc: J. Reese U.A.W.



UAWR007140