UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, ET.AL,

    Plaintiffs,

v.

CNH INDUSTRIAL N.V.,ET.AL,

    Defendants.
_____/

Case No. 04-70592
Honorable Patrick J. Duggan

## NOTICE

On September 28, 2015, this Court issued an Opinion and Order regarding Defendants' Motion for Summary Judgment. Plaintiffs' filed a motion for reconsideration on October 13, 2015.

Local Rule 7.1(h)(2) provides that no response to the motion is permitted unless the Court orders otherwise. The purpose of this Notice is to inform the parties that the Court will permit Defendants to submit a response to the above motion, if Defendants desires to respond to the motion. Any response shall be filed no later than October 23, 2015.

_____

### Certificate of Mailing

I certify that a copy of this notice was electronically filed and served on counsel of record.

Date: October 16, 2015

s/ Marilyn Orem,
Deputy Clerk, (313) 234-5145