# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JACK REESE, FRANCES ELAINE PIDDE, JAMES CICHANOFSKY, ROGER MILLER, and GEORGE NOWLIN,<br><br>       Plaintiffs,<br><br>v.<br><br>CNH INDUSTRIAL N.V. and CNH INDUSTRIAL AMERICA, LLC,<br><br>       Defendants. | Case 2:04-cv-70592-PJD-PJK<br><br>Hon. Patrick J. Duggan, U.S.D.J.<br><br>Hon. Paul J. Komives, U.S. Mag. J. |

## NOTICE OF APPEAL

Notice is hereby given that Defendants CNH Industrial N.V. and CNH Industrial America, LLC appeal to the United States Court of Appeals for the Sixth Circuit from the Order granting summary judgment in favor of Plaintiffs entered in this action on November 9, 2015 [ECF No. 450].

Date: November 10, 2015                    Respectfully Submitted,

/s Bobby R. Burchfield
Bobby R. Burchfield
  *Counsel of Record*
Nikesh Jindal
David M. Barnes
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
bburchfield@kslaw.com
njindal@kslaw.com
dbarnes@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s  Bobby R. Burchfield
Bobby R. Burchfield