UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jack Reese, et al.,

                Plaintiff(s),

v.                                          Case No. 2:04–cv–70592–PJD–PJK
                                                Hon. Patrick J. Duggan

CNH Industrial N.V., et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on November 12, 2015.

                                                      DAVID J. WEAVER, CLERK OF COURT


                                                      By: <u>s/ Leanne Hosking</u>
                                                           Deputy Clerk

Dated:   November 12, 2015