# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 26, 2018

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Mar 26, 2018
DEBORAH S. HUNT, Clerk

> Re:  CNH Industrial N. V., et al.
>      v. Jack Reese, et al.,
>      No. 17-515 (Your docket No. 15-2382)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:  Mr. Bobby Burchfield, Esq.
      Ms. Darcie R. Brault, Esq.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 26, 2018

Mr. Bobby Burchfield, Esq.
King & Spalding, LLP
1700 Pennsylvania Ave., N. W.
Washington, D. C. 20006

    Re:  CNH Industrial N. V., et al.
           v. Jack Reese, et al.,
           No. 17-515

Dear Mr. Burchfield:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    The petitioners are given recovery of costs in this Court as follows:

        **Clerk's costs:**        **$300.00**

    This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:   Ms. Darcie R. Brault, Esq.
       Clerk, USCA Sixth Circuit
          (Your docket No. 15-2382)

# Supreme Court of the United States

No. 17-515

**CNH INDUSTRIAL N. V., ET AL.,**

Petitioners

v.

**JACK REESE, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court in this cause is reversed with costs, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with this opinion.

**IT IS FURTHER ORDERED** that the petitioners CNH Industrial N. V., et al. recover from Jack Reese, et al. Three Hundred Dollars ($300.00) for costs herein expended.

February 20, 2018

**Clerk's costs:**       $300.00



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp