UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK REESE, et al,

    Plaintiffs,

v.

CNH INDUSTRIAL N.V. et al,

    Defendants.

_____/

Case No. 2:04-cv-70592

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Sixth Circuit's order dated August 27, 2018 and the mandate issued October 19, 2018, judgment is hereby entered in favor of Defendants.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/D. Parker
Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2018, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager